# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| GILBERTO SAUCEDO, LEONARDO YANES, MARLON HERNANDEZ, GERALD ALVAREZ, individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> J. FLETCHER CREAMER & SONS, INC., CREAM RIDGE CONSTRUCTION CO., INC., RIVER CONTRACTING, LLC, JOHN FLETCHER CREAMER, JR., JOSEPH WALSH, ALBINO OLIVEIRA, ROBERT CAMPOS, THERESA WARREN, JOANNE GEBBIA, JOHN DOES 1-100, JANE DOES 1-100, AND ABC Corps 1-100,[1] <br><br> Defendants. | Case No.: <br><br> **CLASS ACTION COMPLAINT AND JURY DEMAND** |

Plaintiffs Gilberto Saucedo, Leonardo Yanes, Marlon Hernandez and Gerald Alvarez, individually and on behalf of all those similarly situated, (collectively, "Plaintiffs"), file this Complaint against the Defendants J. Fletcher Creamer & Sons, Inc., Cream Ridge Construction, Inc, River Contracting, LLC, and ABC Corps 1-100 (collectively referred to as the "Corporate Defendants"); and J. Fletcher Creamer, Jr., Joseph Walsh, Albino Oliveira, Robert Campos, Theresa Warren, Joanne Gebbia, and John Does 1-100 (collectively referred to as the " Individual Defendants"), hereby state:

---

[1] This action is intended to encompass certain employees of Defendants and/or companies owned/operated by Defendants, who performed work on public works projects during the relevant time period. At this time, prior to discovery, Plaintiffs are unaware of the corporate names of all appropriate Defendants but Plaintiffs intend to join all such appropriate Defendants if/when they are identified during discovery.

## Nature of the Action

1.      This lawsuit involves a well-orchestrated and systematic wage misappropriation scheme. At times, Defendants managed to misappropriate more than 50% of the hourly wages owed to the Plaintiffs.

2.      The Corporate Defendants and the Individual Defendants (collectively, the "Creamer Enterprise") are owners and/or employees of one of the State's largest general contractors, performing hundreds of millions of dollars in business with the State of New Jersey, in addition to other entities throughout the State.

3.      After the 2008 economic collapse, the federal government invested hundreds of billions of dollars to perform infrastructure and other construction upgrades. The State of New Jersey, at the state, county and local level disseminated a great deal of public money through the State, county and local levels to perform such work.

4.      The Creamer Enterprise solicited, and continues to solicit, contracts to perform such work which are commonly known as public works projects. On information and belief, the Creamer Enterprise, led by Defendants CEO John Fletcher Creamer, Jr. and President Joseph Walsh, actively sought, through unscrupulous public bidding and/or political contributions, to influence the awarding of hundreds of millions of dollars in such contracts.

5.      Public works contracts in New Jersey are awarded contingent on the recipient obeying the law, including the New Jersey Prevailing Wage Act ("NJPWA"). The NJPWA sets minimum wages which a company must pay to workers laboring on public works contracts. This rate is significantly higher than the normal minimum wage for other jobs.

6.      The Creamer Enterprise systematically violated the NJPWA, in an ongoing racket from which it has reaped tens of millions of dollars in profit.

7.     The Creamer Enterprise managed to misappropriate more than 50% of the hourly compensation that the named Plaintiffs were due at times for work governed by the NJPWA. This number does not include additional money misppropriated from these Plaintiffs, such as for overtime work, holiday work, improper classifications, and hazardous waste work.

8.     To conceal their illegal and immensely profitable racket while unjustly enriching themselves at the cost of the taxpayers and their employees, defendants engaged in a cover-up. The Creamer Enterprise would regularly generate incorrect time sheets and submit fraudulently certified payrolls to public entities to hide their wage theft.

9.     As a result, the Creamer Enterprise is able to submit artificially low bids for public works projects, from which they profit immensely and further their ongoing scheme.

10.     When employees complained, members of the Creamer Enterprise would retaliate against them, or try to buy them off to prevent further complaints.

11.     As intended by the New Jersey legislature when codifying the NJPWA and civil RICO statute, the entities of the Creamer Enterprise should be dissolved and all members of the Creamer Enterprise should be debarred from soliciting, obtaining, or working on any public works contracts within the State due to their gross and egregious illicit conduct and victimization of countless innocent persons.

## Jurisdiction and Venue

12.     This Court has jurisdiction over this action pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), because at least one Class member is a citizen of a state other than that of Defendant, there are more than 100 Class members, and the aggregate amount in controversy exceeds $5 million, exclusive of interest and costs.

13.     Venue is proper in this Court because Plaintiffs reside within the District, the acts

or omissions giving rise to this lawsuit took place in this District, and Defendants maintain business operations within the District.

## The Parties

14.     Upon information and belief, Defendant J. Fletcher Creamer & Sons, Inc. ("JFC") is a New Jersey corporation that maintains its principal place of business and headquarters in Hackensack, New Jersey.

15.     Upon information and belief, Defendant Cream Ridge Construction Co., Inc. ("Cream Ridge") is a New Jersey corporation that maintains its principal place of business and headquarters in Hackensack, New Jersey.

16.     Upon information and belief, Defendant River Contracting, LLC ("River") is a New Jersey corporation that maintains its principal place of business and headquarters in Hackensack, New Jersey.

17.     Upon information and belief, Defendant John Fletcher Creamer, Jr. is an employee and owner of JFC, Cream Ridge and River.

18.     Upon information and belief, Defendant Joseph Walsh is an employee and president of JFC.

19.     Upon information and belief, Defendant Albino Oliveira is an employee and general supervisor of JFC.

20.     Upon information and belief, Defendant Robert Campos is an employee and shop steward of JFC.

21.     Upon information and belief, Defendant Theresa Warren is an employee and Payroll Supervisor of JFC.

22.     Upon information and belief, Defendant Joanne Gebbia is an employee and payroll

clerk of JFC.

23.     Upon information and belief, Defendants John Does 1-100 are individuals yet to be identified who are responsible for the claims identified herein, and ABC Corps 1-100 are entities yet to be identified who are responsible for the claims identified herein, as set forth above.

24.     Upon information and belief, all Defendants had the power to hire and fire employees on behalf of the Corporate Defendants.

25.     Plaintiff Gilberto Saucedo is an individual who resides in Elizabeth, New Jersey. Saucedo began his employment with Cream Ridge on or about July 9, 2012 and continued to be employed through April 19, 2015.

26.     Plaintiff Leonardo Yanes is an individual who resides in Linden, New Jersey. Yanes began his employment with Cream Ridge on or about March 25, 2007 and continued to be employed through July 20, 2014.  During that time Yanes was also employed by River.

27.     Plaintiff Marlon Hernandez is an individual who resides in Linden, New Jersey. Hernandez began his employment with Cream Ridge on or about May 10, 2010 and continued to be employed through July, 2014.  During that time Hernandez was also employed by River.

28.     Plaintiff Gerald Alvarez is an individual who resides in Harrison, New Jersey. Alvarez began his employment with JFC on or about March 25, 2013 and continued to be employed through October 27, 2013.

29.     Upon information and belief, all Defendants had the power to, and did, supervise employees of the Corporate Defendants on a day to day basis and assign them specific work duties.

30.     Upon information and belief, all Defendants had control over the records of the Corporate Defednants, and specifically their corporate payrolls and certified payrolls.

31.     Upon information and belief, all Defendants had operational control over the

Corporate Defendants.

### The Creamer Enterprise's Wage Theft Racket

32.     All of Plaintiffs' wage claims derive from the NJPWA. None of Plaintiffs' claims involve, in any way, any collective bargaining agreement.

33.     Plaintiffs were hired by Defendants as general laborers.

34.     The significant portion of the work Plaintiffs performed for Defendants was on public works construction projects.

35.     As such, Defendants were obligated to pay Plaintiffs as per the NJPWA. Minimum rates are set by the New Jersey Department of Labor ("NJDOL") via periodic prevailing wage rate determinations. The rates vary based on the location of the work and type of work performed. The rates include a base hourly wage component, and a benefit component that may be paid as additional wages or fringe benefits.

36.     For example, from September 2013 through February 2014, the minimum base combined pay rate Plaintiffs were entitled to for work on public works projects was about $58.03 per hour. That rate subsequently increased to $60.53 per hour. Copies of those determinations are attached as **Exhibit A**. The rates have increased since then.

37.     However, Plaintiffs were all grossly underpaid, while Defendants made enormous profits.

38.     Plaintiffs were initially hired on the following approximate dates at the below rates, far below NJPWA rates:

| Plaintiff | Hourly Rate | Benefit Rate | Approx. Hiring Date |
|---|---|---|---|
| Gilberto Saucedo | $17.50 | $0 | July 2012 |
| Leonardo Yanes | $16.00 | $0 | March 2007 |
| Marlon Hernandez | $16.00 | $0 | May 2010 |
| Gerald Alvarez | $15.00 | $0 | March 2013 |

39.     Other than certain Plaintiffs receiving minor raises of a few dollars per hour, these wages remained largely the same for all Plaintiffs through the end of their employment by the Corporate Defendants.

40.     However, even after the pay raises, none of the Plaintiffs have ever been properly paid.

41.     The NJPWA determinations required that Defendants pay increased hourly rates in various circumstances, such as:

     a.  One and a half times the hourly rate for time worked performed beyond the first eight hours per day on weekdays, and work on Saturdays;

     b.  Double the hourly rate for time worked on Sundays and recognized holidays;

     c.  Increased hourly rate for working at hazardous waste sites or with hazardous waste; and

     d.  Increased hourly rate for performing different types of work.

42.     Plaintiffs regularly met the aforementioned criteria for increased hourly rates, such as by:

     a.  Frequently working overtime, weekends, and holidays;

     b.  Working with hazardous materials like asbestos;

     c.  Working various roles which warrant different rates within the general laborer classification, such as by working with concrete; and

     d.  Working in different job classifications altogether, such as by routinely driving commercial vehicles or operating heavy construction equipment.

43.     However, Plaintiffs' compensation has never been properly adjusted to account for the criteria described above.

44.     Apart from the aforementioned overtime in which Plaintiffs are not properly paid, Plaintiffs were forced to do other overtime work for which they are not paid at all.

45.     For example, Plaintiffs were frequently required to report for work prior to their

scheduled start time to load material and tools into commercial trucks and then drive them to worksites, but were not paid for time that they worked prior to arriving at the work site.

46.    Some of the Plaintiffs drove commercial trucks from jobsites back to work yards after the official end of the workday, for which they were not paid. When combined with the unpaid time spent loading and driving trucks in the morning,  these Plaintiffs would not be paid for an average of two to three hours per day.

47.    To help conceal their racket, Defendants intentionally created false timesheets and signed false certifications which hid the true wages that they paid the Plaintiffs.

### The Creamer Enterprise

48.    In March 2014, several class Members confronted Defendants Campos and Oliveira as to the ongoing wage misappropriation.

49.    Campos was a shop steward, who worked at the Creamer Enterprise but also represented the Union.

50.    Oliveira was a general supervisor at the Creamer Enterprise, who supervised other supervisors including Campos at times.

51.    In an attempt to pay-off these class members, Defendants offered to increase their rates (although still below what they should have been paid). Defendants were keenly aware that if this information became public, other workers would insist on being properly paid and their racket would be ruined.

52.    This recorded conversation with defendants Olivieria and Campos reveals core pillars of the Creamer Enterprise's illegal racket, including admissions of systemic wage misappropriation. A transcript of the recording is attached as **Exhibit B** and includes the following exchange:

8

MR. OLIVEIRIA: …. What I'm doing, I could get in trouble. I could get into a lot of trouble. Okay?....

MR. CAMPOS: Obviously, anything that's said here today stays in the room. Okay?

MR. OLIVEIRA: Yeah, it has to stay here. It has to say here, please.

MR. CAMPOS: Because that man will deny it, and I will deny it …..

MR. OLIVEIRA: But when I tell you guys we have to wait, we have to wait, because some of you did get me in trouble, big trouble, a lot of trouble, into a lot of trouble, all right?.... So I need you guys to work with me. I need you guys to keep your mouth shut and I need you guys to work hard. And now with this **very considerable, considerable, considerable raise that is not seen by anyone**, you guys deserve it, I'm not telling you, you don't, but I also expect you guys to show me that you deserve to be getting paid that.

(T: 9:11-9:21, 10:8-23)(emphasis added).

53.    The fact that these Defendants call this a "very considerable, considerable, considerable raise that is not seen by anyone" – when all that was done was increase these class members' wages closer to the amount that they should have been paid – confirms Defendants' ongoing systemic wage misappropriation.

54.    Oliveria and Campos also revealed their personal financial interest in the scheme:

MR. OLIVEIRA: If anything, I'm going to be harder on you guys, okay? Because []now  you're costing me a lot more money…. So put your heads, take your heads, keep your -- your friggin' mouth shut. I'm serious about this, because the bullshit will get you laid off from here or fired….

MR. CAMPOS: Some of your stubs made it down to the hall. Not a good move, gentleman, not a good fucking move. …. But it creates a fucking tension between the company and the union that nobody needs, nobody needs…. Can't have that, okay? That could have fucking destroyed everything.

(T. 11:7-11:10, 12:10-12:20, 19:17-19:25).

55.    This conversation also reveals that Campos feared retaliation from his superiors within the Creamer Enterprise – suggesting that he feared Walsh and other superiors such as J.

Fletcher Creamer:

> MR. CAMPOS: Listen, I've said how many times, I don't necessarily agree with it, and I've been fighting it for a long fucking time, but I put my job in jeopardy. I've got too much fucking time in this organization, but I've also got a lot of time in this company, but I've got too much time in this organization to put my job in jeopardy. Okay? …. Nobody needs to know that this happened…. You do your fucking work. Look, you put the -- I think I might have told you put your fucking blinders on, you keep fucking working. They start asking questions; ["]don't break my fucking balls. I don't ask you what you make, leave me the fuck alone.["] That's it.
>
> (T. 50:2-50:7, 72:11-72:17).

56.     The conversation also implicates Walsh as one of the leaders in the wage misappropriation racket:

> MR. CAMPOS: Basically, JFC is sponsoring you and paying in on you, okay? …. He knows because something was said to Joe Walsh that ["]what the fuck are you doing, what's going on, we're going to have to fucking go down there and have a meeting with Al, we've got big fucking problems with Al,["] okay?  That sends a bad message for him, like he told you. And it sends a bad message for me.  Because that's – that's the[m] telling me ["]what the fuck are you doing over there, you're supposed to be watching out for this shit,["] okay?
>
> (T. 18:20-19:9)

57.     Defendant Walsh also personally approved minor pay raises for these class members, and thus knew that they were being paid less than the required amounts under the NJPWA.

58.     Furthermore, Defendants admit that they ignore the NJPWA requirements to pay workers different rates for different work being done:

> MR. CAMPOS: …. Creamer pays one rate, plain and simple. There is a CDL rate. There is a "this" rate, a "that" rate. We pay one rate.
>
> (T. 20:23-20:25)

10

## The Creamer Enterprise's Apprenticeship Racket

59.     Defendants have falsely claimed that they are permitted to pay less than NJPWA rates because class members were appentices or in an apprenticeship program.

60.     However, Plaintiffs were never apprentices or in an apprentice program. Thus, the apprenticeship exemption does not apply. Rather, this is merely another falsehood perpetuated by the Creamer Enterprise to conceal its wage theft racket.

61.     In addition, Creamer representatives admitted that there was no space available in apprenticeship program and therefore, Plaintiffs could not have been apprentices:

> MR. CAMPOS: …. But the same thing with that apprenticeship program, it's been closed basically for two fucking years. We can't get anybody into the apprenticeship program because they've got a list that doesn't fucking end….
>
> (T. 16:14-21, 16:25-17:3, 46:21-47:15, 48:19-49:7)

62.     Nor is there any indication that any of the legal requirements for an apprenticeship were ever met. The NJPWA requires that apprentices must be "registered with the United States Department of Labor - Office of Apprenticeship and enrolled in a certified apprenticeship program during the period in which they are working on the public works project."

63.     Accordingly, Defendants' assertion that Plaintiffs and class members were proper apprentices makes Defendant Gebbia's certification in **Exhibit C** false.

64.     To the best of Plaintiffs' knowledge, they have never been registered or enrolled in any such apprenticeship program while employed by the Corporate Defendants.

65.     Plaintiffs are all "Construction Workers," meaning they are involved in construction, reconstruction, demolition, alteration, custom fabrication, repair work, maintenance work, painting, and/or decorating.

66.     They performed the same or similar job duties as one another in that they performed

various labor tasks on Defendants' public works projects.

67.     Plaintiffs were subjected to the same pay policies in that they were all hourly-paid and all worked on public works projects, but Defendants failed to pay them the statutorily required rate (prevailing wages) for all hours worked.

68.     As a result, Plaintiffs overtime wages were paid at a rate less than time and one half their regular rate of pay, for overtime hours that Defendants credited them with having worked and paid them for.

69.     Defendants also failed to pay Plaintiffs for all overtime hours worked as a result of their common pay policy/practice by which they wilfully failed to credit Plaintiffs for all hours worked.

70.     Defendants were required to pay Plaintiffs overtime premiums equal to time and one half their regular rate of pay for all hours worked in excess of 40 each work week.

71.     Defendants' failures in this regard resulted from common policies or practices applicable to all Construction Workers including the plaintiffs.

72.     Defendants knowingly, wilfully, or with reckless disregard carried out their illegal pattern or practice of failing to pay minimum wages with respect to Plaintiffs.

73.     Defendants have acted wilfully in failing to pay Plaintiffs in accordance with the law.

74.     Defendants have failed to maintain accurate records of Plaintiffs' work hours in accordance with the law. In fact, Defendants have deliberately created false records to conceal their wrongdoing.

## TOLLING OF STATUTES OF LIMITATION

75.     Plaintiffs and the members of the proposed class were not aware of Defendants'

improper and illegal practices when they were they were occurring, despite their exercise of due diligence. Therefore, the discovery rule is applicable to the claims asserted by Plaintiffs and the members of the proposed class.

76.     Plaintiffs are informed and believe and based thereon allege that Defendants were aware that they were violating the law and despite that knowledge, concealed these facts from plaintiffs and class members. As a result of Defendants' concealment, any statute of limitations applicable to claims assrted should be tolled.

## CLASS ACTION ALLEGATIONS

77.     Plaintiffs bring this action on behalf of themselves, and on behalf of a nationwide class, pursuant to Fed. R. Civ. P. 23(a), 23(b)(2), and/or 23(b)(3); specifically, the following Class and Sub-Class:

> Class:                All current or former employees of Defendants who during the six years prior to the filing of the Complaint worked on a public work project and were not paid prevailing wages.
>
> NJ RICO Sub-Class:    All current or former employees of Defendants who during the four years prior to the filing of the Complaint worked on a public work project and were not paid prevailing wages.

78.     Excluded from the Class and the NJ RICO Sub-Class are Defendants, their affiliates, officers and directors and the Judge(s) assigned to this case. Plaintiffs reserve the right to modify the Class and NJ RICO Sub-Class definitions if discovery and/or further investigation reveal that they should be expanded or otherwise modified.

79.     There is a well-defined community of interest in the litigation and the Class is readily ascertainable.

80.     Numerosity: Although the exact number of Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that

joiner is impracticable.  The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court.  The Class Members are readily identifiable from information and records in Defendants' possession, custody, or control.

81.     <u>Typicality</u>: The claims of the representative Plaintiffs are typical of the claims of the Class in that the representative Plaintiffs, like all Class Members, were employed by Defendants, worked on public works projects and were not paid the required prevailing wage. The representative Plaintiffs, like all Class Members, have been damaged by Defendants' misconduct in that they were paid less than they were entitled under the law.  Furthermore, the factual bases of Defendants' misconduct are common to all Class Members and represent a common thread resulting in injury to all Class Members.

82.     <u>Commonality</u>: There are numerous questions of law and fact common to Plaintiffs and the Classes that predominate over any question affecting only individual Class Members.  These common legal and factual issues include the following:

(A)     Whether Plaintiffs and Class members worked on public works projects;

(B)     Whether Defendants failed to pay Plaintiffs and Class members the required prevailing wages on public works projects;

(C)     Whether Defendants intentionally concealed their improper wage practices;

(D)     Whether Defendants violated the NJPWA;

(E)     Whether Defendants have been unjustly enriched;

(F)     Whether Defendants violated the NJ Civil RICO statute;

(G)     Whether Plaintiffs and the other class members are entitled to equitable relief, including but not limited to a preliminary and/or permanent injunction;

(H)     Whether, as a result of Defendants' illegal and improper conduct, Plaintiffs

14

and Class members have suffered ascertainable loss; and

(I)     Whether Plaintiffs and Class members are entitled to monetary damages and/or other remedies, and if so the nature of any such relief.

83.     <u>Adequacy</u>:  Plaintiffs will fairly and adequately protect the interests of the Class Members.  Plaintiffs have retained attorneys experienced in the prosecution of class actions and other complex litigation, and Plaintiffs intend to prosecute this action vigorously.

84.     Plaintiffs and the Class Members have all suffered and will continue to suffer harm and damages as a result of Defendants' unlawful and wrongful conduct.  A class action is superior to other available methods for the fair and efficient adjudication of the controversy. Absent a class action, most Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy at law.  Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for Defendants' misconduct.  Absent a class action, Class Members will continue to incur damages, and Defendants' misconduct will continue without remedy.  Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

85.     In the alternative, the Class may be certified because:

(A)     The prosecution of separate actions by the individual members of the class would create a risk of inconsistent or varying adjudication with respect to individual class members, which would establish incompatible standards of conduct for Defendants;

(B)     The prosecution of separate actions by individual class members would create a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of other class members not parties to the adjudications, or substantially impair or impede their ability to protect

15

their interests; and

(C)    Defendants have acted or refused to act on grounds generally applicable to the class, thereby making appropriate final and injunctive relief with respect to the members of the class as a whole.

## VIOLATIONS ALLEGED

### COUNT I
### (New Jersey Civil RICO, *N.J.S.A.* 2C:41-1 *et seq.*)

86.    Plaintiffs reallege each allegation above as if fully set forth herein.

87.    Plaintiffs bring this cause of action individually and on behalf of the NJ RICO Sub-Class.

88.    For the purposes of Counts One, Plaintiffs allege that Defendants acted with the knowledge and intent required to violate the statutes identified as racketeering activity below and/or were wilfully blind to or deliberately ignorant of the unlawfulness of the criminal conduct they perpetrated against Plaintiffs.

89.    Defendants violated the New Jersey Civil RICO statute by committing or conspiring amongst themselves and others to commit a pattern of racketeering activity in violation of *N.J.S.A.* 2C:41-2(c) and -2(d).

### *The Creamer Racketeering Enterprise*

90.    Defendants have committed a pattern of racketeering activity through their agreement to participate in and actual participation in an association-in-fact enterprise comprised of the persons and entities captioned herein (the "Creamer Enterprise").

91.    The Creamer Enterprise included at least the following persons, businesses, and/or other legal entities or John/Jane Does that played the following discrete and well-defined roles in Defendants' carefully planned, highly organized racketeering and fraud scheme: J. Fletcher Creamer, Inc., Cream Ridge Construction Co., Inc., River Contracting, LLC, John Fletcher

16

Creamer, Jr., Joseph T. Walsh, Albino Oliveira, Robert Campos, Theresa Warren and Joanne Gebbia.

92.     Defendants have committed a pattern of racketeering activity through their agreement to participate in and their actual participation in an association-in-fact enterprise comprised of the persons and entities (the "Creamer Enterprise").

### Creamer Racketeering Enterprise Hierarchy

93.     The Creamer Enterprise, consisting of at least J. Fletcher Creamer, Inc., Cream Ridge Construction Co., Inc., and River Contracting, LLC also, at least, includes the following known racketeers:

94.     John Fletcher Creamer, Jr. is the Chief Executive Officer ("CEO") of J. Fletcher Creamer & Son, Inc.

95.     Upon information and belief, including Defendants' admissions, John Fletcher Creamer, Jr.'s responsibilities include actively managing J. Fletcher Creamer & Son, Inc., and he also has an active supervisory and managerial role in Cream Ridge Construction Co., Inc. and River Contracting, LLC.

96.     Upon information and belief, and in concert with others, John Fletcher Creamer, Jr. had the authority to, and does, make decisions that concern the policies defendants adopt and the implementation of those policies.

97.     Upon information and belief, and and in concert with others, John Fletcher Creamer, Jr. has the authority to, and does, make decisions that concern defendants' operations, including functions related to employment, human resources, training, payroll, and benefits.

98.     Upon information and belief, due in part to his role as CEO, John Fletcher Creamer, Jr. is actively involved in the creation of the illegal policies and/or rackets complained of in this

case.

99.     Upon information and belief, due in part to his role as CEO, John Fletcher Creamer, Jr. actively advises defendants' agents on the enforcement of illegal policies and/or rackets complained in this case.

100.     Upon information and belief, due in part to his role as CEO, John Fletcher Creamer, Jr. actively ensures defendant's compliance or non-compliance with State law, including the requirements of NJPWA and NJ Civil RICO.

101.     Upon information and belief, and in concert with others, John Fletcher Creamer, Jr. has the authority to, and does, make decisions that concern the reviewing and counseling of defendants regarding employment decisions, including hiring and firing of Plaintiffs.

102.     Upon information and belief, and in concert with others, John Fletcher Creamer, Jr. has the authority to, and does, make decisions that concern employees' schedules, hours, and standard benefit levels.

103.     Upon information and belief, John Fletcher Creamer, Jr. has the authority to, and does, make decisions that concern pay.

104.     Upon information and belief, John Fletcher Creamer, Jr. has the authority to, and does, make decisions that concern defendants' human resources policies, the resolution of issues and disputes regarding policies and their applications, the counsel locations receive regarding human resources issues, and communications with employees about human resource issues and policies.

105.     Upon information and belief, John Fletcher Creamer, Jr. has the authority to, and does, make decisions that concern defendant's employment and human resource records, including systems for keeping and maintaining those records.

106.    Upon information and belief, John Fletcher Creamer, Jr. has the authority to, and does make decisions that concern training and education functions across the Corporate Defendants.

107.    Upon information and belief, John Fletcher Creamer, Jr. has the authority to, and does make decisions that concern the type and scope of training employees must attend as well as any compensation they receive for attending training.

108.    Upon information and belief, John Fletcher Creamer, Jr. has authority to, and does make decisions concerning payroll functions across the Corporate Defendants.

109.    Upon information and belief John Fletcher Creamer, Jr. has authority to, and does make decisions that concern the system for keeping and maintaining employees' payroll records, the timing and method with which payment is conveyed to employees, and the manner and method with which employees receive payroll information including their payroll checks.

110.    John Fletcher Creamer, Jr. has authority to and does hire or fire employees, provide and direct support regarding human resources issues, including the hiring and firing of Plaintiffs, and control the drafting and enforcement of the policies which govern the hiring and firing of employees.

111.    John Fletcher Creamer, Jr. has authority to and does establish work schedules and/or conditions of employment, provide and direct support regarding human resource issues, including work schedules and/or conditions of employment, control the drafting and enforcement of the policies which govern employees' schedules and/or conditions of employment, establish the type and scope of training employees receive.

112.    John Fletcher Creamer, Jr. has the ultimate authority to and does establish employees' rate and method of payment and centrally control payroll functions, including pay, the

provision of payroll information, and the timing of payment.

113.    John Fletcher Creamer, Jr.  has authority with respect to defendants' centralized records, including a database regarding employees' employment records, and systems for keeping and maintaining payroll, and other employment related records.

114.    Because John Fletcher Creamer, Jr. provides day-to-day support regarding human resource issues, including employees' work schedules and/or conditions of payment, controls the drafting and enforcement of polices which govern employees' schedules and/or conditions of employment, he is affirmatively, directly, and actively involved in the operation of the defendants' business functions, particularly in regards to the employment of Plaintiffs.

115.    Because John Fletcher Creamer, Jr. is actively involved in the creation of illegal policies and/or rackets complained of in this case, actively advises defendants' agents on the enforcement of the illegal policies and/or rackets complained of in this case and actively ensures defendants' compliance or non-compliance with the law, including the requirements of the NJPWA and RICO, he actively participated in the violations complained of in this action.

116.    Based upon the forgoing, John Fletcher Creamer, Jr. is liable to Plaintiffs because of his active role as leader of the Creamer Enterprise.

117.    Joseph T. Walsh is the President of J. Fletcher Creamer & Son, Inc.

118.    Upon information and belief, including defendants' admissions, Joseph T. Walsh responsibilities include actively managing J. Fletcher Creamer & Son, Inc.

119.    Upon information and belief, and in concert with others, Joseph T. Walsh had the authority to, and does make decisions that concern the policies defendants adopt and the implementation of those policies.

120.    Upon information and belief, and in concert with others, Joseph T. Walsh has the

authority to, and does make decisions that concern defendants' operations, including functions related to employment, human resources, training, and payroll.

121.    Upon information and belief, due in part to his role as President, Joseph T. Walsh is actively involved in the creation of the illegal policies and/or rackets complained of in this case.

122.    Upon information and belief, due in part to his role as president, Joseph T. Walsh actively advises defendants' agents on the enforcement of illegal policies and/or rackets complained of in this case.

123.    Upon information and belief, due in part to his role as president, Joseph T. Walsh actively ensures defendant's compliance or non-compliance with State law, including the requirements of NJPWA.

124.    Upon information and belief, and in concert with others, Joseph T. Walsh has the authority to, and does, make decisions that concern the reviewing and counseling of defendants regarding employment decisions, including hiring and firing of Plaintiffs.

125.    Upon information and belief, and in concert with others, Joseph T. Walsh has the authority to, and does make decisions that concern employees' schedules and hours.

126.    Upon information and belief, Joseph T. Walsh has the authority to, and does make decisions that concern pay.

127.    Upon information and belief, Joseph T. Walsh has the authority to, and does make decisions that concern defendants' human resources policies, the resolution issues and disputes regarding policies and their applications, the counsel locations receive regarding human resources issues, and communications with employees about human resources issues and policies.

128.    Upon information and belief, Joseph T. Walsh has the authority to, and does make decisions that concern defendant's employment and human resource records, including systems

21

for keeping and maintaining those records.

129.    Upon information and belief, Joseph T. Walsh has the authority to, and does make decisions that concern training and education functions across J. Fletcher Creamer & Son, Inc.

130.    Upon information and belief, Joseph T. Walsh has the authority to, and does make decisions that concern the type and scope of training employees must attend as well as any compensation they receive for attending training.

131.    Upon information and belief, Joseph T. Walsh has authority to, and does make decisions concerning payroll functions across J. Fletcher Creamer & Son, Inc.

132.    Upon information and belief Joseph T. Walsh has authority to, and does make decisions that concern the system for keeping and maintaining employees' payroll records, the timing and method with which payment is conveyed to employees, and the manner and method with which employees receive payroll information including their payroll checks.

133.    Joseph T. Walsh has authority to and does hire or fire employees, provide and direct support regarding human resources issues, including the hiring and firing of Plaintiffs, and control the drafting and enforcement of the policies which govern the hiring and firing of employees, Joseph T. Walsh.

134.    Joseph T. Walsh has authority to and does establish work schedules and/or conditions of employment, provide and direct support regarding human resources issues, including work schedules and/or conditions of employment, control the drafting and enforcement of the policies which govern employees' schedules and/or conditions of employment, establish the type and scope of training employees receive.

135.    Joseph T. Walsh has authority to establish employee's rate and method of payment and centrally control payroll functions, including pay, the provision of payroll information, and

the timing of payment.

136.     Joseph T. Walsh has authority with respect to defendants' centralized records, including a database regarding employees' employment records, and systems for keeping and maintaining payroll, and other employment related records.

137.     Joseph T. Walsh provides day-to-day support regarding human resource issues, including employees' work schedules and/or conditions of payment, controls the drafting and enforcement of polices which govern employees' schedules and/or conditions of employment.

138.     Joseph T. Walsh is actively involved in the creation of illegal policies and/or rackets complained of in this case, actively advises defendants' agents on the enforcement of the illegal policies and/or rackets complained of in this case and actively ensures defendants' compliance or non-compliance with the law, including the requirements of the NJPWA.

139.     Based upon the forgoing, Joseph T. Walsh is liable to Plaintiffs because of his active role as the second-highest ranking known member of the Creamer Enterprise, and is a member of said racket.

140.     Albino Oliveira is the General Superintendent of J. Fletchers Creamer & Son, Inc.

141.     Upon information and belief, including defendant's admissions, Albino Oliveira's responsibilities include actively managing J. Fletcher Creamer & Son, Inc.

142.     Upon information and belief, and in concert with others, Albino Oliveira had the authority to, and does, make decisions that concern the policies defendants' adopt and the implementation of those policies.

143.     Upon information and belief, and in concert with others, Albino Oliveira has the authority to, and does, make decisions that concern defendants' operations, including functions related to employment, human resources, training, and payroll. Oliveria was involved in the hiring

of some of the Plaintiffs.

144.     Upon information and belief, due in part to his role as an agent, Albino Oliveira is actively involved in the creation of the illegal policies and/or rackets complained of in this case.

145.     Upon information and belief, due in part to his role as an agent, Albino Oliveira actively advises defendants' agents on the enforcement of illegal policies and/or rackets complained of in this case.

146.     Upon information and belief, due in part to his role as an agent, Albino Oliveira actively ensures defendant's compliance or non-compliance with State law, including the requirements of the NJPWA.

147.     Upon information and belief, and in concert with others, Albino Oliveira has the authority to, and does make decisions that concern the reviewing and counseling of defendants regarding employment decisions, including hiring and firing of Plaintiffs.

148.     Upon information and belief, and in concert with others, Albino Oliveira has the authority to, and does make decisions that concern employees' schedules, and hours.

149.     Upon information and belief, Albino Oliveira has the authority to, and does make decisions that concern Plaintiffs' pay.

150.     Upon information and belief, Albino Oliveira has the authority to, and does make decisions that concern defendants' human resources policies, the resolution of issues and disputes regarding policies and their applications, the counsel locations receive regarding human resources issues, and communications with employees about human resources issues and policies.

151.     Upon information and belief, Albino Oliveira has the authority to, and does make decisions that concern defendants' employment and human resource records, including systems for keeping and maintaining those records.

152.    Upon information and belief, Albino Oliveira has the authority to, and does make decisions that concern training and education functions across J. Fletcher Creamer & Son, Inc.

153.    Upon information and belief, Albino Oliveira has the authority to, and does make decisions that concern the type and scope of training employees must attend as well as any compensation they receive for attending training.

154.    Upon information and belief, Albino Oliveira has authority to, and does make decisions concerning payroll functions across J. Fletcher Creamer & Son, Inc.

155.    Upon information and belief, Albino Oliveira has authority to, and does make decisions that concern the system for keeping and maintaining employees' payroll records, the timing and method by which payment is conveyed to employees, and the manner and method by which employees receive payroll information including their payroll checks.

156.    Albino Oliveira has authority to and does hire or fire employees, provide and direct support regarding human resources issues, including the hiring and firing of Plaintiffs, and control the drafting and enforcement of the policies which govern the hiring and firing of employees.

157.    Albino Oliveira has authority to and does establish work schedules and/or conditions of employment, provide and direct support regarding human resources issues, including work schedules and/or conditions of employment, control the drafting and enforcement of the policies which govern employees' schedules and/or conditions of employment, establish the type and scope of training employees receive.

158.    Albino Oliveira has authority to and does establish employees' rate and method of payment and centrally control payroll functions, including pay, the provision of payroll information, and the timing of payment.

159.    Albino Oliveira has authority with respect to defendants' centralized records,

including a database regarding employees' employment records, and systems for keeping and maintaining payroll and other employment related records and he maintains employees' employment records.

160.    Albino Oliveira provides day-to-day support regarding human resource issues, including employees' work schedules and/or conditions of payment, controls the drafting and enforcement of polices which govern employees' schedules and/or conditions of employment, and he is affirmatively, directly, and actively involved in operation of the defendants' business functions, particularly in regards to employment of Plaintiffs.

161.    Because Albino Oliveira is actively involved in the creation of illegal policies and/or rackets complained of in this case, actively advises defendants' agents on the enforcement of the illegal policies and/or rackets complained of in this case and actively ensures defendants' compliance or non-compliance with the law, including the requirements of the NJPWA, he actively participates in the violations complained of in this action.

162.    Based upon the forgoing, Albino Oliveira is liable to Plaintiffs because of his active role as an enforcer for the Creamer Enterprise and a member of said racket.

163.    Robert Campos is an agent of J. Fletchers Creamer & Son, Inc.

164.    Upon information and belief, including based upon defendant's admissions, Robert Campos responsibilities include actively managing J. Fletcher Creamer & Son, Inc.

165.    Upon information and belief, and in concert with others, Robert Campos had the authority to, and does make decisions that concern the polices defendants' adopt and the implementation of those policies.

166.    Upon information and belief, and in concert with others Robert Campos has the authority to, and does make decisions that concern defendants' operations, including functions

related to employment, human resources, training, and payroll.

167.   Upon information and belief, due in part to his role as an agent, Robert Campos is actively involved in the creation of the illegal policies and/or rackets complained of in this case.

168.   Upon information and belief, due in part to his role as an agent, Robert Campos actively advises defendants' agents on the enforcement of illegal policies and/or rackets complained in this case.

169.   Upon information and belief, due in part to his role as an agent, Robert Campos actively ensures defendants' compliance or non-compliance with State law, including the requirements of NJPWA .

170.   Upon information and belief, and in concert with others, Robert Campos has the authority to, and does make decisions that concern the reviewing and counseling of defendants regarding employment decisions, including hiring and firing of Plaintiffs.

171.   Upon information and belief, and in concert with others, Robert Campos has the authority to, and does make decisions that concern employees' schedules, and hours.

172.   Upon information and belief, Robert Campos has the authority to, and does make decisions that concern pay.

173.   Upon information and belief, Robert Campos has the authority to, and does make decisions that concern defendants' human resources policies, the resolution issues and disputes regarding policies and their applications, the counsel locations receive regarding human resources issues, and communications with employees about human resources issues and policies.

174.   Upon information and belief, Robert Campos has the authority to, and does make decisions that concern defendants' employment and human resource records, including systems for keeping and maintaining those records.

175.    Upon information and belief, Robert Campos has the authority to, and does make decisions that concern training and education functions across J. Fletcher Creamer & Son, Inc.

176.    Upon information and belief, Robert Campos has the authority to, and does make decisions that concern the type and scope of training employees must attend as well as any compensation they receive for attending training.

177.    Upon information and belief, Robert Campos has authority to, and does make decisions concerning payroll functions across J. Fletcher Creamer & Son, Inc.

178.    Upon information and belief, Robert Campos has authority to, and does make decisions that concern the system for keeping and maintaining employees' payroll records, the timing and method with which payment is conveyed to employees, and the manner and method with which employees receive payroll information including their payroll checks.

179.    Robert Campos has authority to and does hire or fire employees, provide and direct support regarding human resources issues, including the hiring and firing of Plaintiffs, and control the drafting and enforcement of the policies which govern the hiring and firing of employees.

180.    Robert Campos has authority to and does establish work schedules and/or conditions of employment, provide and direct support regarding human resources issues, including work schedules and/or conditions of employment, control the drafting and enforcement of the policies which govern employees' schedules and/or conditions of employment, establish the type and scope of training employees receive.

181.    Robert Campos has authority to and does establish employees' rate and method of payment and centrally control payroll functions, including pay, the provision of payroll information, and the timing of payment.

182.    Robert Campos has authority with respect to defendants' centralized records,

including a database regarding employees' employment records, and systems for keeping and maintaining payroll and other employment related records, and he maintains employees' employment records.

183.    Because Robert Campos provides day-to-day support regarding human resource issues, including employees' work schedules and/or conditions of payment, controls the drafting and enforcement of polices which govern employees' schedules and/or conditions of employment, he is affirmatively, directly, and actively involved in operation of the defendants' business functions, particularly in regards to employment of Plaintiffs.

184.    Because Robert Campos is actively involved in the creation of illegal policies and/or rackets complained of in this case, actively advises defendants' agents on the enforcement of the illegal policies and/or rackets complained of in this case and actively ensures defendants' compliance or non-compliance with the law, including the requirements of the NJPWA, he actively participates in the violations complained of in this action.

185.    Based upon the forgoing, Robert Campos is liable to Plaintiffs because of his active role as an enforcer for the Creamer Enterprise, and is a member of said racket.

186.    Theresa Warren is a payroll supervisor of J. Fletcher Creamer & Son, Inc.  Upon information and belief, Theresa Warren's responsibilities include actively managing payroll and other policies of J. Fletchers Creamer & Son, Inc.

187.    Upon information and belief, and in concert with others Theresa Warren had the authority to, and does make decisions that concern the policies defendants adopt and the implementation of those policies.

188.    Upon information and belief, and in concert with others Theresa Warren has the authority to, and does make decisions that concern defendants' operations, including functions

related to employment, human resources, training, and payroll.

189.    Upon information and belief, due in part to her role as payroll supervisor, Theresa Warren is actively involved in the creation of the illegal policies and/or rackets complained of in this case.

190.    Upon information and belief, due in part to her role as payroll supervisor, Theresa Warren actively advises defendants' agents on the enforcement of illegal policies and/or rackets complained in this case.

191.    Upon information and belief, due in part to her role as payroll supervisor, Theresa Warren actively ensures defendant's compliance or non-compliance with State law, including the requirements of NJPWA.

192.    Upon information and belief, and in concert with others, Theresa Warren has the authority to, and does make decisions that concern employees' schedules, and hours.

193.    Upon information and belief, Theresa Warren has the authority to, and does make decisions that concern pay.

194.    Upon information and belief, Theresa Warren has the authority to, and does make decisions that concern defendants' human resources policies, the resolution issues and disputes regarding policies and their applications, the counsel locations receive regarding human resources issues, and communications with employees about human resources issues and policies.

195.    Upon information and belief, Theresa Warren has the authority to, and does make decisions that concern defendants' employment and human resource records, including systems for keeping and maintaining those records.

196.    Upon information and belief, Theresa Warren has authority to, and does make decisions concerning payroll functions across J. Fletcher Creamer & Son, Inc.

197.    Upon information and belief Theresa Warren has authority to, and does make decisions that concern the system for keeping and maintaining employees' payroll records, the timing and method with which payment is conveyed to employees, and the manner and method with which employees receive payroll information including their payroll checks.

198.    Theresa Warren has authority to and does establish employee's rate and method of payment and centrally control payroll functions, including pay, the provision of payroll information, and the timing of payment.

199.    Theresa Warren has authority with respect to defendants' centralized records, including a database regarding employees' employment records, and systems for keeping and maintaining payroll and other employment related records, and she maintains employees' employment records.

200.    Because Theresa Warren provides day-to-day support regarding human resource issues, including employees' work schedules and/or conditions of payment, controls the drafting and enforcement of policies which govern employees' schedules and/or conditions of employment, she is affirmatively, directly, and actively involved in operation of the Creamer Racketeering Enterprise, particularly in regards to employment of Plaintiffs.

201.    Because Theresa Warren is actively involved in the creation of illegal policies and/or rackets complained of in this case, actively advises defendants' agents on the enforcement of the illegal policies and/or rackets complained of in this case and actively ensures defendants' compliance or non-compliance with the law, including the requirements of the NJPWA, she actively participates in the violations complained of in this action.

202.    Based upon the forgoing, Theresa Warren is liable to Plaintiffs because of her active role as a high-ranking member of the Creamer Enterprise, being a member of said racket.

203.    Joanne Gebbia is a payroll clerk of J. Fletcher Creamer & Son, Inc.

204.    Upon information and belief, Joanne Gebbia's responsibilities include actively managing payroll and other policies of J. Fletcher Creamer & Son, Inc.

205.    Upon information and belief, and in concert with others, Joanne Gebbia had the authority to, and does make decisions that concern the policies defendants adopt and the implementation of those policies.

206.    Upon information and belief, and in concert with others, Joanne Gebbia has the authority to, and does make decisions that concern defendants' operations, including functions related to employment, human resources, training, and payroll.

207.    Upon information and belief, due in part to her role as payroll clerk, Joanne Gebbia is actively involved in the creation of the illegal policies and/or rackets complained of in this case.

208.    Upon information and belief, due in part to her role as payroll clerk, Joanne Gebbia actively advises defendants' agents on the enforcement of illegal policies and/or rackets complained in this case.

209.    Upon information and belief, due in part to her role as payroll clerk, Joanne Gebbia actively ensures defendants' compliance or non-compliance with State law, including the requirements of NJPWA.

210.    Specifically, Joanne Gebbia falsely signed certified payrolls, which falsely attest to the proper payment of prevailing wages when she knew or should have known that such wages were not properly paid.

211.    Upon information and belief, and in concert with others, Joanne Gebbia has the authority to, and does make decisions that concern employees' schedules, and hours.

212.    Upon information and belief, Joanne Gebbia has the authority to, and does make

decisions that concern pay.

213.    Upon information and belief, Joanne Gebbia has the authority to, and does  make decisions that concern defendants' human resources policies, the resolution issues and disputes regarding policies and their applications, the counsel locations receive regarding human resources issues, and communications with employees about human resources issues and policies.

214.    Upon information and belief, Joanne Gebbia has the authority to, and does make decisions that concern defendant's employment and human resource records, including systems for keeping and maintaining those records.

215.    Upon information and belief, Joanne Gebbia has authority to, and does make decisions concerning payroll functions across J. Fletcher Creamer & Son, Inc.

216.    Upon information and belief, Joanne Gebbia has authority to, and does make decisions that concern the system for keeping and maintaining employees' payroll records, the timing and method with which payment is conveyed to employees, and the manner and method with which employees receive payroll information including their payroll checks.

217.    Joanne Gebbia has authority to establish employee's rate and method of payment and centrally control payroll functions, including pay, the provision of payroll information, and the timing of payment, and she determines the rate and method of employees' payment.

218.    Joanne Gebbia has authority with respect to defendants' centralized records, including a database regarding employees' employment records, and systems for keeping and maintaining payroll and other employment related records, and she maintains employees' employment records.

219.    Because Joanne Gebbia provides day-to-day support regarding human resource issues, including employees' work schedules and/or conditions of payment, controls the drafting

and enforcement of polices which govern employees' schedules and/or conditions of employment, she is affirmatively, directly, and actively involved in operation of the defendants' business functions, particularly in regards to employment of Plaintiffs.

220.    Because Joanne Gebbia is actively involved in the creation of illegal policies and/or rackets complained of in this case, actively advises defendants' agents on the enforcement of the illegal policies and/or rackets complained of in this case and actively ensures defendants' compliance or non-compliance with the law, including the requirements of the NJPWA, she actively participates in the violations complained of in this action.

221.    Based upon the forgoing, Joanne Gebbia is liable to Plaintiffs because of her active role as in executing the fraudulent designs and schemes of the Creamer Enterprise, being a member of said racket.

222.    Each of the Individual Defendants identified above served in a supervisory capacity within the Corporate Defendants as well as the Creamer Enterprise.

223.    Each of the Defendants is a "person" within the meaning of N.J.S.A. 2C:41-1b and -1c.

224.    The members of the Creamer Enterprise played specific and well-defined roles as described above and below.

225.    The members of the Creamer Enterprise shared the common purpose of obtaining pecuniary gain.

226.    At all relevant times, the Creamer Enterprise was and remains engaged in trade or commerce in activities affecting trade or commerce in connection with the sale and purchase of commercial construction in the State of New Jersey.

227.    The Creamer Enterprise is an enterprise within the meaning of N.J.S.A. 2C:41-1c.

228.    The Corporate Defendant members of the Creamer Enterprise were each active participants in the enterprise and engaged in conduct distinct from the Individual Defendants.  For instance, while certain Indiviual Defendants approved of and directed aspects of the wage theft racket, the Corporate Defendants were the entities that actually submitted bids (that accounted for their underpayment of their employees) for work on public works projects.

229.    In addition to their individual misconduct, the Corporate Defendants are also liable for the illegal activities of the Individual Defendants pursuant to the theories of respondeat superior and aiding and abetting.

### *The Creamer Enterprise Pattern of Racketerring Incidents*

230.    The members of the Creamer Enterprise engaged in a pattern of racketeering conduct consisting of two or more incidents of racketeering conduct. Defendants committed this pattern of racketeering conduct during at least 2011 to present. The acts of racketeering include, but are not limited to, those set forth below:

**i.     Government Contract Fraud (N.J.S.A. 2C:21-34)**

231.    Under N.J.S.A. 2C:21-34 (c), an "employer commits a crime if the employer knowingly pays one or more employees employed in public work subject to the provisions of P.L.1963, c.150 (C.34:11-56.25 et seq.) at a rate less than the rate required pursuant to that act."

232.    On two or more occasions, Defendants committed, attempted to commit, solicited another to commit, conspired to commit, or engaged in intentional acts involving deceptive business practices by not paying the required rates.

233.    As alleged in detail above, Defendants in the course of their business knowingly failed to pay one or more employees employed in public work the rate required pursuant to that act.

234.    Defendants knew that the payroll records included those untrue statements of fact or material omissions.

235.    Defendants made these misrepresentations and omissions for their own and the Creamer Enterprise's pecuniary gain, and to protect members of the Enterprise from apprehension by law enforcement.

236.    Defendants' violations of N.J.S.A. 2C:21-34 constitute racketeering activity pursuant to N.J.S.A. 2C:41-1(a)-(o).

ii.    **Misconduct by Corporate Official(s) (N.J.S.A. 2C:21-9(c) and N.J.S.A. 2C:2-7)**

237.    Under N.J.S.A. 2C:21-9(c), a person is guilty of a crime when "He purposely or knowingly uses, controls or operates a corporation for the furtherance or promotion of any criminal object."

238.    Under N.J.S.A. 2C:2-7, a corporation is guilty of a crime when "The offense consists of an omission to discharge a specific duty of affirmative performance imposed on corporations by law."

239.    The conduct constituting the offense as described above, was engaged in by Defendants John Fletcher Creamer, Jr., Joseph Walsh and other senior agents of the Corporate Defendants while acting within the scope of their employment and on behalf of the Corporate Defendants.

240.    On two or more occasions, Defendants committed, attempted to commit, solicited another to commit, conspired to commit, or engaged in intentional acts involving deceptive business practices by not paying the required rates to employees as required by NJPWA.

241.    As alleged in detail above, Defendants in the course of their business knowingly failed to pay one or more employees employed in public work the rate required pursuant to that

NJPWA.

242.   Defendants knew that the payroll records included those untrue statements of fact or material omissions.

243.   Defendants made these misrepresentations and omissions for their own and the Creamer Enterprise's pecuniary gain, and to protect members of the Enterprise from apprehension by law enforcement.

244.   Defendants' violations of N.J.S.A. 2C:21-9(c) and N.J.S.A. 2C:2-7 constitute racketeering activity pursuant to N.J.S.A. 2C:41-1(a)-(o).

### iii.   Money Laundering. (N.J.S.A. 2C:21-25)

245.   Under N.J.S.A. 2C:21-25, a "person is guilty of a crime if the person: a.transports or possesses property known or which a reasonable person would believe to be derived from criminal activity; or b.engages in a transaction involving property known or which a reasonable person would believe to be derived from criminal activity (1) with the intent to facilitate or promote the criminal activity; or (2) knowing that the transaction is designed in whole or in part: (a) to conceal or disguise the nature, location, source, ownership or control of the property derived from criminal activity; or (b) to avoid a transaction reporting requirement under the laws of this State or any other state or of the United States; or (c) directs, organizes, finances, plans, manages, supervises, or controls the transportation of or transactions in property known or which a reasonable person would believe  to be derived from criminal activity."

246.   On two or more occasions, Defendants committed, attempted to commit, solicited another to commit, conspired to commit, or engaged in intentional acts involving money laundering by knowingly, intentionally and fraudulently engaging in hundreds of transactions wherein Defendants, with the intent to facilitate or promote criminal activity or knowingly

concealing or disguising the nature of the monies transacted and/or direct, organize, manage, supervise, or conspire to do any of the aforementioned, including transporting and/or transacting in fraudulent pay checks derived from the predicates contained herein. Defendants, likewise, on two or more occasions committed, attempted to commit, solicited another to commit, conspired to commit or engaged in intentional acts involving financial facilitation of criminal activity by not paying the statutorily required rates and engaging in the rackets outlined herein to avoid doing same.

247.    As alleged in detail above, Defendants in the course of their business knowingly failed to pay one or more employees employed in public work the rate required pursuant to that act.

248.    Defendants knew that the payroll records, including pay checks and corresponding pay stubs, included those untrue statements of fact or material omissions.

249.    Defendants made these misrepresentations and omissions for their own and the Creamer Enterprise's pecuniary gain, and to protect members of the Enterprise from apprehension by law enforcement.

250.    Defendants' violations of N.J.S.A. 2C:21-25 *et seq*. constitute, as a first-degree crime, racketeering activity pursuant to N.J.S.A. 2C:41-1(a)-(o).

**iv.    Falsifying or Tampering with Records (N.J.S.A. 2C:21-4)**

251.    Under N.J.S.A. 2C:21-4a, "a person commits a crime of the fourth degree if he falsifies, destroys, removes, conceals any writing or record, or utters any writing or record knowing that it contains a false statement or information, with purpose to deceive or injure anyone or to conceal any wrongdoing."

252.    On two or more occasions, Defendants committed, attempted to commit, solicited

38

another to commit, conspired to commit, or engaged in intentional acts involving falsifying or tampering with certified payroll records and/or pay checks and/or pay stubs, with the purpose to deceive and/or injure the Plaintiffs and conceal their systematic and ongoing fraud and racketeering enterprise.

253.     As alleged in detail above and in the Exhibits, Defendants in the course of their business knowingly failed to pay one or more employees employed in public work the rate required pursuant to that act and provided false records to them.

254.     Defendants knew that the payroll records included those untrue statements of fact or material omissions.

255.     Defendants made these misrepresentations and omissions for their own and the Creamer Enterprise's pecuniary gain, and to protect members of the Enterprise from apprehension by law enforcement.

256.     Defendants' violations of N.J.S.A. 2C:21-4 constitute racketeering activity pursuant to N.J.S.A. 2C:41-1(a)-(o).

**v.     Theft by Deception (N.J.S.A. 2C:20-4)**

257.     Under N.J.S.A. 2C:20-4, a person is guilty of theft if "he purposely obtains property of another by deception."

258.     On two or more occasions, Defendants committed, attempted to commit, solicited another to commit, conspired to commit, or engaged in intentional acts involving theft by deception wherein they, both orally and in writing, affirmatively lied to Plaintiffs to avoid complying with statutory wage laws, thereby obtaining Plaintiffs' property by deception, to wit, fraud and racketeering.

259.     As alleged in detail above, Defendants in the course of their business knowingly

failed to pay one or more employees employed in public work the rate required pursuant to that act.

260.    Defendants knew that the payroll records included those untrue statements of fact or material omissions.

261.    Defendants committed these thefts for their own and the Enterprise's pecuniary gain to the detriment of the Plaintiffs.

262.    Defendants' violations of N.J.S.A. 2C:20-4 constitute racketeering activity pursuant to N.J.S.A. 2C:41-1(a)-(o).

**vi.    Fraudulent Business Practices (N.J.S.A. 2C:21-7)**

263.    Under N.J.S.A. 2C:21-7, a "person commits an offense if in the course of business he: h. makes a false or misleading written statement for the purpose of obtaining property or credit."

264.    On two or more occasions, Defendants committed, attempted to commit, solicited another to commit, conspired to commit, or engaged in intentional acts involving deceptive business practices by artificially deflating their bids.

265.    As alleged in detail above, Defendants in the course of their business, over a period of years, have made thousands of false or misleading statements for the purpose of obtaining property or credit, for example, certified payroll records, public contract bids, and other documents which contain false or misleading statements meant to conceal the Enterprise and enrich its racketeers.

266.    Defendants' violations of N.J.S.A. 2C:21-7 constitute racketeering activity pursuant to N.J.S.A. 2C:41-1(a)-(o).

*Relatedness of the Acts of Racketeering*

267.   The incidents of racketeering activity committed by the Defendant/members of the Creamer Enterprises had, among other things, the same or similar intents, results, victims, and/or methods of commission.

268.   The acts of racketeering activity committed by Defendants relating to the Fraud and Theft involve transactions or purported transactions with or affecting Plaintiffs and Class members.

269.   The acts of racketeering activity committed by Defendants relating to the Fraud and Theft have the same or similar intents in that they sought to obtain property, including but not limited to Plaintiffs', Class members' and the public's money, through illegal means.

270.   The acts of racketeering activity committed by Defendants relating to the Fraud and Theft have the same or similar results, in that Defendants actually obtained personal property, including but not limited to Plaintiffs', Class members' and the public's money, through illegal means.

271.   The acts of racketeering activity committed by Defendants relating to the Fraud and Theft have the same or similar victims: workers (including Plaintiffs and Class members) in Creamer's employ, the Enterprise's competitors, and the public at-large, whom is deprived of honest bidding for publicly funded public works-related contracting.

272.   The methods by which Defendants committed the incidents of racketeering activity relating to the Fraud were the same or similar, including by way of example and not limitation, failure to post wage notices and signes, false payroll records and conspiracy.

273.   In the Creamer Enterprise, the acts of racketeering committed by the Defendants serving as members thereto are interrelated by distinguishing characteristics and are not isolated

incidents. The acts involve the same or similar methods of commission, the same or similar types of misrepresentations or omissions, the same or similar benefits to Defendants, the same or similar injuries to Plaintiff, and the same or similar efforts by Defendants to conceal their misconduct.

### Defendants' Violations of the New Jersey RICO Statute

274.    Defendants violated *N.J.S.A.* 2C:41-2(c) by associating with an enterprise and conducting or participating, indirectly or indirectly, in that enterprise through a pattern of racketeering activity.

275.    JFC is not only liable as primary violator, it is also jointly and severally liable because it controlled one or more of the primary violators, including the known and unknown Defendants.

276.    Cream Ridge is not only liable as primary violator, it is also jointly and severally liable because it controlled one or more of the primary violators, including the known and unknown Defendants.

277.    River is not only liable as primary violator, it is also jointly and severally liable because it controlled one or more of the primary violators, including the known and unknown Defendants.

278.    Defendants also violated *N.J.S.A.* 2C:41-2(d) by conspiring with others, including but not limited to the other members of the Creamer Enterprises, to violate *N.J.S.A.* 2C:41-2(c). In furtherance of that conspiracy, Defendants committed overt acts that include but are not limited to the racketeering activity alleged herein.

279.    None of the activities described above are normal business functions.  To the contrary, each of these activities constitutes the Defendants' knowing, purposeful and active participation in the illegal rackets perpetrated on Plaintiffs and Class members to fraudulently and

improperly deprive them of compensation they are owed.

### *Cause of Harm to Plaintiffs and Class Members by Creamer's Racketeering*

280.     Defendants' racket directly targeted Plaintiffs and Class members, which, as a result of the Creamer Enterprise systematically disobeying the law, has through fraud, theft, deception and other rackets caused Plaintiffs and Class members serious economic harm. Defendants' misrepresentations and omissions are the direct and proximate cause of said harm. As a result, Plaintiffs' and Class members' injuries flow directly from acts of racketeering activity committed by Defendants that constitute part of the pattern of racketeering activity.

281.     Plaintiffs and Class members have been injured by reason of these violations of *N.J.S.A.* 2C:41-2 and are entitled to recover three times the actual damages they have sustained pursuant to *N.J.S.A.* 2C:41-4(c).

282.     Pursuant to *N.J.S.A.* 2C:41-4(c), Plaintiffs and Class members are also entitled to recover its attorneys' fees in the trial and appellate courts, and its costs of investigation and litigation reasonably incurred.

283.     Pursuant to *N.J.S.A.* 2C:41-4(a), Plaintiffs and Class members are also entitled to such other and further relief that this Court may deem just and proper, including but not limited to the dissolution or reorganization of Defendants' RICO enterprise; the denial, suspension, or revocation of Defendants' licenses to do business in the State of New Jersey; and any and all appropriate cease and desist orders necessary to discontinue Defendants' acts or conduct.

### COUNT II
### (New Jersey Prevailing Wage Act, *N.J.S.A.* 34:11-56.25, *et seq.*)

284.     Plaintiffs incorporate the other paragraphs in this complaint as if fully set forth herein.

285.     Plaintiffs bring this cause of action individually and on behalf of the Class.

286.    Plaintiffs and Class members performed construction work on public works projects, which constitute "public work" within the meaning of *N.J.S.A.* 34:11-56.26.

287.    Plaintiffs and Class members were entitled to be paid at the prevailing wages for such work.

288.    The prevailing wages are set by the NJDOL's wage rate determination sheets, and include a base pay rate and a fringe benefit rate (which may be paid in cash instead) which vary based on the type of work being performed.

289.    The prevailing wages also require increased hourly rates in various circumstances, such as (i) one and a half times the hourly rate for time worked beyond the first eight hours per day on weekdays, and on Saturdays; (ii) double the hourly rate for time worked on Sundays and recognized holidays; and (iii) increased hourly rate for working hazardous waste sites or with hazardous waste.

290.    From the date Plaintiffs and Class members were hired through the date the complaint was filed, they have never been paid the proper prevailing wage rate across any workweek.

291.    *N.J.S.A.* 34:11-56.40 authorizes Plaintiffs and Class members to sue to recover such amounts due and owing to them.

292.    The Corporate Defendants' (and their employees herein named and others yet to be identified) violations warrant that it be listed as a contractor who failed to pay prevailing wages pursuant to *N.J.S.A.* 34:11-56.37.

293.    The Corporate Defendants' (and its employees herein named and others yet to be identified) violations warrant that it be prohibited from being awarded any public work or undertaking any public work for three years pursuant to *N.J.S.A.* 34:11-56.38.

44

## COUNT III
### (Unjust Enrichment)

294.    Plaintiffs incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

295.    Plaintiffs bring this cause of action individually and on behalf of the Class.

296.    As a direct and proximate result of Defendants' illegal and improper wage theft racket, Plaintiffs and Class members have conferred a significant benefit on Defendants.

297.    Specifically, Plaintiffs and Class members were entitled to be paid the required prevailing wages for all work performed on public works projects.  Defendants' failure to pay the required prevailing wages resulted in Plaintiffs and Class members performing such work for less than 50% of the wages they were entitled to under the law.

298.    Defendants have therefore been unjustly enriched due to their illegal and improper pay practices by retaining compensation that was required to be paid to Plaintiffs and Class members, and through the use of said funds that earned interest or otherwise added to Defendants' profits when said money should have remained with Plaintiffs and Class members.

299.    As a result of the Defendants' unjust enrichment, Plaintiffs and Class Members have suffered damages.

### Prayer for Relief

Wherefore Plaintiffs pray for relief as follows:

An award in favor of Plaintiffs and Class members against the Defendants, jointly and severally, for all damages sustained as a result of their wrongdoing, in an amount to be proven at trial, but including at a minimum:

        a.    An order certifying the proposed Class and Sub-Class, designating Plaintiffs as named representatives of the Class, and designating the undersigned as Class Counsel;

b.  Plaintiffs' and Class members monetary losses, including interest;

c.  Awarding Plaintiffs and Class members a monetary judgment in lieu of the fringe benefits they would otherwise have been due under the NJPWA as permitted by NJDOL's wage rate determinations;

d.  Awarding Plaintiffs overtime compensation in the amount due to them for Plaintiffs' time worked in excess of forty (40) hours per work week at the applicable prevailing wage rates;

e.  Treble damages;

f.  Liquidated damages;

g.  Punitive damages;

h.  Order requiring JFC, Cream Ridge and River be listed by the New Jersey Department of Labor as contractors who failed to pay prevailing wages;

i.  Order prohibiting JFC, Cream Ridge and River from being awarded public work or undertaking any public work for three years;

j.  Dissolution of JFC, Cream Ridge and River;

k.  An Order barring JFC, Cream Ridge and River from doing business with any public entity pending dissolution;

l.  Attorneys' fees and costs;

m.  Prejudgment interest at the maximum legal rate; and

n.  Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues.

## LOCAL CIVIL RULE 11.2 CERTIFICATION

I hereby further certify that to the best of my knowledge that the matter in controversy is the subject of one other action, pending arbitration or administrative proceeding, which is pending in this District and styled *Costa, et al. v. Costa, et al. v. J. Fletcher Creamer & Son, Inc., et al.*, No.: 16-849-CCC-SCM.

Dated: January 8, 2019

/s/ Matthew R. Mendelsohn_____
Matthew R. Mendelsohn
David M. Freeman
David A. Mazie
**Mazie Slater Katz & Freeman, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-0391
mrm@mazieslater.com
dfreeman@mazieslater.com
dmazie@mazieslater.com

Joshua F. McMahon
**Schiller McMahon LLC**
123 South Avenue East
Westfield, NJ 07090
(908) 233-4840
Jfm@schillermcmahon.com

*Attorneys for Plaintiffs*

EXHIBIT A

**TERRITORY**
**ENTIRE STATE**

**NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

**PREVAILING WAGE RATE DETERMINATION**

**OPERATING ENGINEERS**      **Rates Expiration Date :   06/30/2014**

{For apprentice rates refer to "Operating Engineers" apprentice rates in any county rate package}

On all machines, including pile drivers with booms of 100 feet and over (including jib) the Operating Engineer shall receive the regular hourly rate plus: $1.00 per hour on rigs with 100 foot Boom (including jib) up to 139 feet, and $2.00 per hour on rigs with 140 foot Boom (including jib) and over. On all hoists where "Cat Head" or "Sheave Point" is 100 feet or more above ground level, the same differential pay shall apply as applicable to booms 100 feet and over.

The regular workday consists of 8 hours, Monday to Friday, between 6:00 AM and 4:30 PM.

SHIFT DIFFERENTIALS:
- Shift work must run for 5 consecutive workdays.
- When 2 shifts are worked, the second shift shall receive an additional 10% of the regular rate inclusive of benefits, per hour.
- When 3 shifts are worked, the second shift shall receive 8 hours pay for 7.5 hours of work, plus an additional 10% of the regular rate inclusive of benefits, per hour.  The third shift shall receive 8 hours pay for 7 hours of work, plus an additional 15% of the regular rate inclusive of benefits, per hour.
- When such hours are mandated by the project owner, a shift that starts between 8:00 PM and midnight and ends by 6:00 AM Saturday, or that starts after 8:00 PM on Sunday, provided there are consecutive hours of work within the shift, shall receive an additional 15% of the regular rate, inclusive of benefits.
- On Highway, Road, Street, and Sewer projects  irregular shifts starting between 5:00 PM and 12:00 AM may be worked Monday through Friday, and shall receive an additional 15% of the regular rate, inclusive of benefits.  When working with other trades that receive a higher irregular shift rate, the Operating Engineer shall also receive the higher irregular shift rate.

OVERTIME:
- Hours in excess of 8 per day, or outside of the regular workday, Monday through Friday, that are not shift work, and all hours on Saturdays shall be paid at time and one-half the regular rate, inclusive of benefits.  All hours on Sundays and holidays shall be paid at double the regular rate, inclusive of benefits.
- Four 10-hour days may be worked, Monday through Thursday, at straight time, with all hours on Friday paid at time and one-half the regular rate, inclusive of benefits.

RECOGNIZED HOLIDAYS: New Year's Day, Presidents' Day, Memorial Day, July 4th, Labor Day, Veterans' Day, Thanksgiving Day, Christmas Day.  Sunday holidays observed the following Monday.

On hazardous waste removal work or asbestos removal work, on a state or federally designated hazardous waste site, where the operating engineer is in direct contact with hazardous material and when personal protective equipment is required for respiratory, skin, and eye protection, the operating engineer shall receive an additional 20% of the hourly wage, per hour.

TERRITORY
ENTIRE STATE

NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

PREVAILING WAGE RATE DETERMINATION

<u>OPERATING ENGINEERS</u>     <u>Rates Expiration Date :   06/30/2014</u>

| Effective Date: | | 07/01/2013 | | | 01/01/2014 | |
|---|---|---|---|---|---|---|
| | Rate | Fringe | Total | | Total | Total |
| | 41.48 | 29.08 | 70.56 | | 71.81 | 0.00 |

A-Frame

Backhoe (combination)

Boom Attachment on loaders (Except pipehook)

Boring & Drilling Machine

Brush Chopper, Brush Shredder, Tree Shredder

Bulldozer, finish grade

Cableway

Carryall

Concrete Pump

Concrete Pumping System (Pumpcrete & similar types)

Conveyor, 125 feet or longer

Drill Doctor (Duties include dust collector and maintenance)

Front End Loader (2 cu. yds. but less than 5 cu. yds.)

Grader, finish

Groove Cutting Machine (ride-on type)

Heater Planer

Hoist (all types including steam, gas, diesel, electric, air
  hydraulic, single and double drum, concrete, brick shaft caisson,
  snorkle roof, and other similar types, Except Chicago-boom type)

Hydraulic Crane (10 tons & under)

Hydro-Axe

Hydro-Blaster

Jack (screw, air hydraulic, power-operated unit, or
  console type, Except hand jack or pile load test type)

Log Skidder

**TERRITORY**
**ENTIRE STATE**

NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

PREVAILING WAGE RATE DETERMINATION

<u>OPERATING ENGINEERS</u>     <u>Rates Expiration Date :   06/30/2014</u>

| Effective Date: | | | | 07/01/2013 | | | 01/01/2014 | |
|---|---|---|---|---|---|---|---|---|
| | | | Rate | Fringe | Total | | Total | Total |
| | | | 41.48 | 29.08 | 70.56 | | 71.81 | 0.00 |

Pan

Paver, concrete

Plate & Frame Filter Press

Pumpcrete (unit type)

Pumpcrete, Squeezecrete, or Concrete Pumping machine
  (regardless of size)

Scraper

Side Boom

Straddle Carrier (Ross and similar types)

Vacuum Truck

Whiphammer

Winch Truck (hoisting)

**TERRITORY**
**ENTIRE STATE**

### NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

### PREVAILING WAGE RATE DETERMINATION

<u>**OPERATING ENGINEERS**</u>     <u>**Rates Expiration Date :  06/30/2014**</u>

| Effective Date: | | | | | |
|---|---|---|---|---|---|
| | **07/01/2013** | | | **01/01/2014** | |
| | Rate | Fringe | Total | Total | Total |
| | 43.07 | 29.08 | 72.15 | 73.40 | 0.00 |

Autograde Pavement Profiler - Recycle Type (CMI & similar types)

Autograde Pavement Profiler (CMI & similar types)

Autograde Placer/Trimmer/Spreader Combination (CMI & similar types)

Autograde Slipform Paver (CMI & similar types)

Backhoe (Excavator)

Central Power Plant

Concrete Paving Machine

Crane (all types, including overhead- and straddle-type, and gantry)

Derrick (land, floating, or Chicago-boom type)

Draglines

Drill, Bauer, AMI and similar types

Drillmaster, Quarrymaster

Drillmaster/Quarrymaster (down-the-hole drill), rotary drill, self-propelled hydraulic drill, self-powered drill

Elevator Grader

Field Engineer-Chief of Party

Front End Loader (5 cu. yards or larger)

Gradall

Grader, Rago

Helicoptor Communications Engineer

Helicoptor Co-Pilot

Locomotive (large)

Mucking Machine

TERRITORY
ENTIRE STATE

## NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT

## PREVAILING WAGE RATE DETERMINATION

**HEAVY & GENERAL LABORERS - NORTH**     **Rates Expiration Date :   08/31/2013**

THESE RATES APPLY IN THE FOLLOWING COUNTIES ONLY:
Bergen, Essex, Hudson, Hunterdon, Middlesex, Monmouth, Morris, Passaic, Somerset, Sussex, Union, Warren

{For apprentice rates refer to "Laborer - Heavy & General" apprentice rates in any county rate package}

The regular workday consists of 8 hours, starting at 7:00 AM or 8:00 AM.

SHIFT DIFFERENTIALS:
- Shifts must start at 3:00 PM, 4:00 PM, 12:00 AM, or 1:00 AM, to be considered shift work, except when the project owner mandates special hours of work in the job specifications, in which case those hours may be considered shift work.
- When such hours are mandated by the project owner, a shift that begins before midnight on Friday and ends on Saturday morning, or that begins at or after 8:00 PM on Sunday and ends on Monday morning may be paid at the shift differential rate.
- Shifts shall receive an additional $2.50 per hour.

OVERTIME:
- Hours in excess of 8 per day, Monday through Friday, or outside of the regular workday that are not shift work, and all hours on Saturdays, shall be paid at time and one-half the hourly rate.  All hours on Sundays and holidays shall be paid at double the hourly rate.
- Four 10-hour days may be worked, Monday through Thursday, at straight time, with Friday used as a make-up day for a day lost to inclement weather. If Friday is not a make-up day, all hours on Friday shall be paid at time and one-half the hourly rate.

RECOGNIZED HOLIDAYS: New Year's Day, Presidents' Day, Memorial Day, July 4th, Labor Day, Presidential Election Day, Veterans' Day, Thanksgiving Day, Christmas Day.  Sunday holidays observed the following Monday.

Hazardous Waste Work:
-where Level A, B, or C protection is required: + $3.00/hr
-other Hazardous Waste site: + $1.00/hr

| Effective Date: | | 03/01/2013 | | | 09/01/2013 | 03/01/2014 |
|---|---|---|---|---|---|---|
| | Rate | Fringe | Total | | Total | Total |
| | 33.75 | 23.78 | 57.53 | | 58.03 | 60.53 |

"D" Rate:
basic, landscape, asphalt, slurry seal, or railroad track laborer; utility meter installer; traffic director/flagman; salamander tender; pitman; dumpman; rakers or tampers on cold patch work; wrappers or coaters of pipe; waterproofer; timberman; wagon drill or drill master helper; powder carrier; magazine tender; signal man; power buggy operator; tree cutter; operator of basic power tools

| Effective Date: | | 03/01/2013 | | | 09/01/2013 | 03/01/2014 |
|---|---|---|---|---|---|---|
| | Rate | Fringe | Total | | Total | Total |
| | 34.45 | 23.78 | 58.23 | | 58.73 | 61.23 |

"C" Rate:
pipe layer; laser man; conduit or duct line layer; operator of jack hammer, chipping hammer, pavement breaker, concrete cutter, asphalt cutter, sheet hammer, or walk-behind saw cutter; sandblaster; acetylene cutting or burning; wagon drill, directional drill, or hydraulic drill operator; drill master; core driller; traffic control coordinator; asphalt raker or lute man

TERRITORY
ENTIRE STATE

**NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT**

**PREVAILING WAGE RATE DETERMINATION**

<u>HEAVY & GENERAL LABORERS - NORTH</u>     <u>Rates Expiration Date :  08/31/2013</u>

| Effective Date: | | 03/01/2013 | | | 09/01/2013 | 03/01/2014 |
|---|---|---|---|---|---|---|
| | | Rate | Fringe | Total | Total | Total |
| | | 34.70 | 23.78 | 58.48 | 58.98 | 61.48 |

"B" Rate:
concrete finisher; setter of brick or stone pavers; stone cutter; form setter; manhole, catch basin, or inlet builder; asphalt screedman; rammer; hardscaping; gunite nozzle man

| Effective Date: | | 03/01/2013 | | | 09/01/2013 | 03/01/2014 |
|---|---|---|---|---|---|---|
| | | Rate | Fringe | Total | Total | Total |
| | | 38.25 | 23.78 | 62.03 | 62.53 | 65.03 |

"A" Rate:
blaster

| Effective Date: | | 03/01/2013 | | | 09/01/2013 | 03/01/2014 |
|---|---|---|---|---|---|---|
| | | Rate | Fringe | Total | Total | Total |
| | | 36.00 | 23.78 | 59.78 | 60.28 | 62.78 |

"FOREMAN" Rate:
labor foreman, asphalt foreman, drill foreman, pipe foreman, grade foreman, finisher foreman, concrete foreman

| Effective Date: | | 03/01/2013 | | | 09/01/2013 | 03/01/2014 |
|---|---|---|---|---|---|---|
| | | Rate | Fringe | Total | Total | Total |
| | | 37.00 | 23.78 | 60.78 | 61.28 | 63.78 |

"GENERAL FOREMAN" Rate

EXHIBIT B

In the Matter of:

Heavy & General Construction


Case No.: 22-CDB-135411


Audio Transcribed for the

National Labor Relations Board Region 22


MARY E. DRING, AD/T 582
Burke Court Reporting, LLC
1044 Route 23, Suite 316
Wayne, New Jersey 07470

Audio Recorded by:
unknown

1                    (Begin recording)

2          MR. CAMPOS:  You going to be here for a little bit?

3   I've got Melvin's books.

4          SPEAKER:  All right.

5          SPEAKER:  Just leave them on my desk.

6          MR. CAMPOS:  Okay.

7          MR. N. COSTA:  I've never been here.

8          MR. T. COSTA:  Fucking lost.  Mark.

9          SPEAKER:  Hey, Bobby.

10         MR. CAMPOS:  Hi, how are you.

11         MR T. COSTA:  All right, now I'm lost.

12         MR. CAMPOS:  I think they went up there but I'm not

13  sure.

14         SPEAKER:  I don't know.

15         SPEAKER:  Where we're supposed to go?

16         FEMALE SPEAKER:  Have a seat in the conference room.

17         SPEAKER:  I didn't know the issue was this big.

18         MR. N. COSTA:  He said follow me.  I followed him.

19         I didn't want to get left behind.

20         MR. CAMPOS:  I stopped for a quick fucking wave to a

21  couple of people.

22         MR. OLIVEIRA:  You guys probably have an idea of why

23  you're here.

24         MR T. COSTA:  Yep.

| | |
|---|---|
| 1 | MR. CAMPOS:  All right.  Start off with a couple of |
| 2 | little comments, then we'll move in, let Al throw his whatever |
| 3 | he needs to throw in.  And I'm going to need you gentlemen for |
| 4 | a couple of minutes by myself afterwards, if you don't mind. |
| 5 | As of next Monday, the full package will kick in for |
| 6 | the three of you gentlemen that are sitting here.  What that |
| 7 | comprises of, your rate, and this you can thank this gentleman |
| 8 | for, your rate will be 35 and a quarter an hour.  On top of |
| 9 | that, you've got a benefit package, which is 20 and change, but |
| 10 | I'll give you a quick rundown. |
| 11 | Your health and welfare is 955.  Your pension will be 665. |
| 12 | Annuity fund will be 525.  Vacation fund of 275.  Sixty cents |
| 13 | goes into a safety -- the safety education training fund, which |
| 14 | we have.  I don't know if any of you are aware of it, but we |
| 15 | have a whole training center down in Aberdeen, maybe some |
| 16 | places up in Newark, with a whole barrage of different training |
| 17 | and everything that you guys need to take. |
| 18 | MR. T. COSTA:  Like OSHA-10 and all that? |
| 19 | MR. CAMPOS:  And we will get that rolling, too.  Once |
| 20 | I get you squared away then you're going to start getting into |
| 21 | that.  You're going to need OSHA-10, which I don't think any of |
| 22 | you have. |
| 23 | MR. N. COSTA:  I have. |
| 24 | MR. CAMPOS:  Okay. |
| 25 | MR. N. COSTA:  I have 30. |

```
 1            MR. CAMPOS:  Thirty.

 2            Okay, so even better.

 3            MR. N. COSTA:  I did my courses online.

 4            MR. CAMPOS:  Okay, all right.

 5            MR. N. COSTA:  I don't know if that counts or not.

 6            MR. CAMPOS:  It counts, as long as you've got the

 7   yellow OSHA card.

 8            MR. N. COSTA:  No, you've got to have the

 9   certificates.  You've got to purchase the certificates.  They

10   don't send them over to you unless you request them.

11            MR. CAMPOS:  Okay.  So we may have to do something a

12   little different, but we'll worry about that in the future.

13            There's 18 cents that goes into a construction

14   industry advancement program.  LIUNA health and safety -- LIUNA

15   is the International, the Laborers International Union of North

16   America.  So there's five cents that goes there.  And there is

17   another LIUNA fund lesset (sic) 25 cents.  So your total

18   benefit package is 2528, on top of the 3525 in the paycheck.

19   Okay?

20            Now you're going to have some deductions which are

21   going to come directly out of your paycheck.  For every hour

22   you work, 20 cents goes into a political action fund.

23   Basically, the union gathers that money to help with the

24   politics.  It's obviously to keep the union strong.  Okay?  And

25   there is an organizing fund, which they try to organize
```

1  nonunion companies, and that's 40 cents that will come out of

2  your paycheck, so 60 cents an hour total.  And then 2 1/2

3  percent of your wages goes into dues.  So what it works out to

4  it's an hour a week.  If you work a 40 hour week, it's an hour

5  a week.  If you go beyond the 40, it's the same 2 1/2 percent,

6  okay?  So they'll take the total and they'll pull out what they

7  need to pull out of there.  That's done automatically through

8  the company, but you'll see it in your deductions column.

9  Okay?

10         The vacation, you're going to see they'll put it in,

11 it's taxed on a weekly basis, every week.  On a 40 hour week --

12 it just went up to 275.  It used to be a little bit easier

13 math.  But on a 40-hour week, it was $100 bucks.  So you'd seen

14 in column, I think it's 391 down in the deductions, 391

15 vacation, and 100, and then below it was 395 vacation, 100.

16 They add it in, they tax it, they take it back out.  Why they

17 do that?  When it goes to the union, into the fund, it's

18 already been taxed.  So when you get your vacation check,

19 there's no taxes taken out of it.  It's taxed on a weekly

20 basis.  Okay?

21         So if you've got a $2,000 vacation check coming, and

22 I'm just throwing a number out there, it's the full $2,000,

23 okay?  The government already got their part.  Creamer already

24 handled that.  They taxed it.  They sent that to the

25 government.  You don't have to worry about it, so it's like

1   getting tax free money, but you already paid for it, anyway.

2           The annuity fund is all put into a big fund.  All,

3   every member that a contractor pays into that fund, all of that

4   money is pooled together.  We're at about $700 million in our

5   annuity fund.  And last year we had a return of 9.39, which is

6   pretty damn good.  If any of you have a savings account that's

7   paying a quarter of a percent, you know that 9.39 is damn good.

8   And you guys are getting it at a point where you're starting in

9   at five and a quarter, so that money is going to fucking away

10  real quick, especially a young guy like you, young guy like

11  you.

12          MR. OLIVEIRA:  I think $1.50 when it first came out.

13          MR. CAMPOS:  When it first started, it was a quarter.

14          MR. T. COSTA:  And now it's five.

15          MR. OLIVEIRA:  It started at a quarter, yes.  Yeah,

16  it started at a quarter, yeah.

17          MR. CAMPOS:  So now you're at five and a quarter,

18  okay?  You got guys that have got a ton of money in these

19  funds, ton of money.  You're a little bit older, these

20  gentlemen are a little bit younger.  Obviously, they're going

21  to grow a lot more than you'll grow.  You'll probably retire

22  before them, but you'll have a nice nest egg there, very nice

23  nest egg.

24          So that covers all of that.  Getting to the insurance

25  end of it a little bit, now obviously you have company

1   insurance right now?

2         MR. T. COSTA:  No, I don't have anything.

3         MR. CAMPOS:  No, okay, so you're not even -- so you

4   have, no, okay.

5         MR. MARIANO:  I do.

6         MR. CAMPOS:  Okay.  That's going to disappear.  You

7   realize that?  Part of getting $35 an hour is that you're going

8   to have to take care of your own insurance for a little bit,

9   okay?  But after 1,000 hours, and we'll get into this a little

10  more afterwards, but as of Monday the company is going to start

11  paying the full package.  Once you get 1,000 hours, you get a

12  basic hospitalization package, which I'll be honest with you it

13  isn't great.  It doesn't give you doctors, doesn't give you

14  prescriptions, but it allows you to go to a hospital emergency

15  room in a pinch, if you're really sick or one of your kids are

16  sick -- I know you have kids.  You guys are both single?

17        MR. T. COSTA:  Yeah.

18        MR. CAMPOS:  Okay.  You can get to an emergency room

19  and get taken care of, okay?  That will be after 1,000 hours.

20  Once you have completed your 1,000 hours, it makes it an --

21  it's an anniversary date, right?  From that anniversary date,

22  that's Class 1.  There's Class 1, 2, 3, 4, 5.  From that

23  anniversary date, you need to be -- to have the same coverage

24  that I have, your father has, anybody that's a union member

25  has, you need to be Class 3.  This gentleman has?  Sorry.

```
1              MR. N. COSTA:  He's excluding you.
2              MR. CAMPOS:  You have to be a Class 3, which most
3    people say, oh, fuck, it's going to take me three years to get
4    my insurance.  Not necessarily.  You're working for Creamer.
5    You work year round, okay?  Once that anniversary date hits, if
6    you complete 2,000 hours before your next anniversary date, so
7    a calendar year, let's say I'll throw a number out there again.
8    Say that your anniversary date was June 1st.  By the time
9    June 1st came of the following year, if you had 2,000 hours,
10   you're automatically Class 3, so you're not waiting the 3
11   years, okay?
12             I'm not going to tell you it's a year and a half,
13   because it may not be, and I'll tell you why in a second.  It
14   may not be a year and a half.  It might be a little bit longer.
15   What happens is Creamer puts into these funds, right?  We're
16   always three months behind because of how large we are.
17   There's a lot of accounting that goes into all of this shit.
18   So your hours that you're working starting Monday, which will
19   be April 7th, May, June, July, those hours probably -- April's
20   hours, you probably won't see in the union until July.
21             MR. OLIVEIRA:  It's paid for, okay?
22             MR. T. COSTA:  It's paid for based on Okay?
23             MR. CAMPOS:  The money is there, but it doesn't --
24             MR. OLIVEIRA:  The rollover takes a little bit of
25   time, because they have to do an audit on everyone and make
```

```
1   sure everybody is accounted for.  And Bobby does this, believe
2   it or not, everybody in this company gets paid for every hour
3   that they receive in their paycheck, every hour is equal, it's
4   equal to the money that it's supposed to be because they do a
5   simple math.  They multiply the 2528 times however many
6   employees we have.  It's a simple math.  And that number should
7   be even.  And it does, it usually comes out to where it's flat.
8   It has to be flat.
9            MR. CAMPOS:  Yeah, it has to be.
10           MR. OLIVEIRA:  It has to be.  The numbers have to
11  work.
12           MR. CAMPOS:  The numbers all add up.
13           MR. OLIVEIRA:  It's math.  It all has to add up the
14  right way.
15           MR. CAMPOS:  And they come in and audit us.
16           MR. OLIVEIRA:  So the three months, don't expect --
17  after next week, don't go to the union hall and say I'll check
18  my hours.
19           MR. CAMPOS:  No.  We're going to get into that, too.
20           MR. OLIVEIRA:  And we'll get into that in a little
21  bit.
22           MR. CAMPOS:  We're going to get into that, too.  I'll
23  get into that in a little bit -- in a little bit, maybe
24  probably after hours sometime, but we'll get into that.  But
25  that's basically where we're at, okay?  Any questions?
```

```
 1            MR. T. COSTA:  Thank you.
 2            MR. OLIVEIRA:  Okay, just so that you guys know, I
 3   held my word.  I understand that maybe, you know, right at the
 4   4,000 hour mark, it wasn't done right away like everyone
 5   expects, because I understand, I can put myself in your shoes
 6   and I could understand.  But keep in mind we've been working at
 7   this from December when I told you guys, and I told all three
 8   of you guys this in December we've been working at this.
 9            This has to go slow, okay?  And I'll say it in front
10   of him, and I'll say it in front of Bobby, too, this has to go
11   slow.  What I'm doing, I could get in trouble.  I could get
12   into a lot of trouble.  Okay?  But I'm doing this, number one,
13   people at -- I don't know you guys from Adam.
14            MR. CAMPOS:  Can I throw something out real quick?
15            MR. OLIVEIRA:  Yeah.
16            MR. CAMPOS:  Obviously, anything that's said here
17   today stays in the room.  Okay?
18            MR. OLIVEIRA:  Yeah, it has to stay here.  It has to
19   say here, please.
20            MR. CAMPOS:  Because that man will deny it, and I
21   will deny it -- be that way.
22            MR. OLIVEIRA:  Please, please, it has to stay here.
23   But I'll tell you one thing, I don't know you guys.  You guys
24   approached me, right?  Walked in this door.  I know your dad
25   for a long time, for as long as I've been here, but I don't
```

```
1    really know you, you know?  But your dad spoke to me and, you

2    know, I'll do anything for your dad.  Your dad is a great guy,

3    and was, and is, and is still going to be hopefully for a long

4    time in this company, you know.  I respect him a lot, you know,

5    just like I respect all three of you.

6            But work with me.  I will not lie to you.  If there's

7    something I can't do, I will tell you guys, seriously, I will

8    tell you guys.  But when I tell you guys we have to wait, we

9    have to wait, because some of you did get me in trouble, big

10   trouble, a lot of trouble, into a lot of trouble, all right?

11   And I didn't need that.  And I could have very easily just

12   gotten your check and told you guys to go home.  All right?

13           Somebody in this room knows who -- who they are,

14   okay?  And even though I said take a deep breath, and wait, and

15   it'll come, okay?  I didn't need him having to get his ass

16   chewed out.  Me, like I said, I could have got into some

17   serious trouble because I am a union member, okay?  So I need

18   you guys to work with me.  I need you guys to keep your mouth

19   shut and I need you guys to work hard.

20           And now with this very considerable, considerable,

21   considerable raise that is not seen by anyone, you guys deserve

22   it, I'm not telling you, you don't, but I also expect you guys

23   to show me that you deserve to be getting paid that.  So you

24   know my plan for you.  I've spoken to you.  I want you to learn

25   and do, you know.  You guys know what I want you to do, but I
```

1  need the head down and I need the freakin' bullshit to stop,

2  seriously.  I really need the gossip, the bullshit to stop.

3  And even gossip between the other 472 guys.  You guys are going

4  to be them and he'll explain it to you when I leave the room.

5  You guys are going to be them, part of them.  Okay?

6          But don't think that that book is a free ride.  It's

7  not a free ride.  If anything, I'm going to be harder on you

8  guys, okay?  Because know you're costing me a lot more money.

9  And I'm going to be honest with youse (sic), you're costing me

10  a lot more money.  You're not going to be off when you want to

11  be off.  And you're not going to not show up when you're not

12  going to show up, because then we're going to have issues,

13  because now you're on an even playing field with everybody

14  else.

15          I'm serious -- I'm very serious about that.  Keep

16  that in mind.  I want head down, work, and we have no issues,

17  just like we haven't had issues.  I don't see any issues.  I

18  don't see us having any issues.  But I just want to put it out

19  there, don't think that union card, and I have one, I think I

20  have three or four in mine, they're all from the URIF (ph.),

21  you know, don't think that union card is a free ride here at

22  JFC.  It's not.  And if you want to test the waters out there,

23  go test the waters, because they all come back.

24          MR. CAMPOS:  Well, there's some -- I'll add something

25  to that, too.

1          MR. OLIVEIRA:  You know, he'll add more.  It's not as
2    easy as just going there, you know?  Again, this is not -- it's
3    I'm not threatening.  I don't foresee an issue.  I just want
4    you guys to understand where I'm coming from, because right now
5    we're at -- we're at this level now, you know?  There was a
6    little bit of give and take between everyone -- between
7    everyone with the superintendents, with the foremen, with
8    everyone.  There is a little bit of give and take just because
9    of the difference.  Now there is no difference.  So now there
10   is no reason why not to, okay?  So put your heads, take your
11   heads, keep your -- your friggin' mouth shut.  I'm serious
12   about this, because the bullshit will get you laid off from
13   here or fired.
14          Now I'm not going to put up with it.  It's too many
15   guys here and too many guys for me to try to control, and push,
16   and move around, and make sure that they can go to a job every
17   day.  It's too many guys here for me to be going crazy with the
18   friggin' -- the gossip.  I can't deal with that.  All right?
19   There's already too much gossip in this company.   But other
20   than that, welcome aboard.
21          MR. T. COSTA:  Thank you.
22          MR. N. COSTA:  Thank you.
23          MR. OLIVEIRA:  Thank you.  You guys, like I said, you
24   guys deserve it.
25          MR. MARIANO:  Thank you.

```
 1              MR. OLIVEIRA:  All right.  You guys do deserve it,
 2    because I have more pluses than negatives.  All right.  We'll
 3    talk about the guy that got me in trouble.  See you.
 4              MR. CAMPOS:    See you later.
 5              MR. OLIVEIRA:  Bobby, thank you for your help.
 6              MR. CAMPOS:    See you later.
 7                    (Mr. Oliveira exits the room)
 8              MR. CAMPOS:  I need -- I'll get a photocopy, but I
 9    need your full name as it appears on it.  I'm starting to write
10    and full name as it appears on your driver's license.
11              MR. N. COSTA:  Thanks.
12              MR. T. COSTA:  Tiago Andre Costa. Yeah, Tiago.
13              MR. CAMPOS:  Tiago A?
14              MR. T. COSTA:  A. Costa.
15              MR. CAMPOS:  And no DeCosta, just Costa?
16              MR. T. COSTA:  Yeah, just Costa.
17              MR. CAMPOS:  Nuno?
18              MR. N. COSTA:  Nuno M. Costa.
19              MR. CAMPOS:  Okay.
20              MR. MARIANO:  Arthur C. Mariano, Jr..
21              MR. CAMPOS:  Okay, okay.  I started writing down
22    ahead of myself, that's okay.  I'll get copies of your
23    licenses.  Okay.
24              I don't know what he's been telling you all along.
25              Okay, I'm going to tell you what it's going to be
```

```
 1   from here on in.  I spoke to you one time in the office here.
 2   You called me on the phone and we got limited interaction;
 3   yourself the same.  I went up and saw you up in the mountain.
 4   I know you worked with my brother before.
 5              MR. N. COSTA:  Yep.
 6              MR. CAMPOS:  No complaints, no -- and I don't have
 7   any complaints.  I haven't heard complaints.  I told you what I
 8   had to tell you that day, right?
 9              MR. MARIANO:  One time, that was it.
10              MR. CAMPOS:  Okay.  Well, and I wanted to make it
11   real clear.  And I've run into you a bunch of times.  What did
12   I tell you?
13              MR. T. COSTA:  Just wait.
14              MR. CAMPOS:  I don't know, but I don't know that
15   you're here, right?
16              MR. T. COSTA:  Yep.
17              MR. CAMPOS:  My job and I'm sure you guys know, okay,
18   my job is if I come across gentlemen like yourselves is to put
19   you in my truck, and bring you back to the yard, and tell you,
20   you can't work.  That's my job.  That's why I can get in a ton
21   of fucking trouble.  Be happy to be in here and I'll bring you
22   -- Salvage, I don't think you mind, but --
23              MR. MARIANO:  Don't mind.
24              MR. CAMPOS:  But he was in here one day and, on the
25   files, it's a two man crew.
```

```
 1            MR. MARIANO:   Right, so --
 2            MR. CAMPOS:  Bickering.  Normal.  There's bickering.
 3  On a 10-man crew, there's bickering, that's normal.  We know
 4  that.  But he was making some noise in here, in the office, and
 5  the only thing I said is after my guy left, okay, I said, hey,
 6  you've got to take a time out on that, buddy; can't be having
 7  that.  I said, first of all, you're not supposed to be here.
 8  Now you're here and you're making fucking noise with a -- with
 9  a union labor.  We've got problems.  What did I say?  Keep a
10  low profile, keep your mouth shut.
11            MR. MARIONO:   Yeah.
12            MR. CAMPOS:  Keep a low profile.  When the times
13  comes, and it comes, took a little bit longer than all of youse
14  anticipated.  I was up at the mountain probably three months
15  ago now.
16            MR. T. COSTA:  Um-hum.
17            MR. N. COSTA:  In October.
18            MR. CAMPOS:  Right?  Okay.  So a little bit longer
19  than three months ago.  Nothing gets done fast.  And I'm sure
20  any of you guys know that.  So how do you -- with me to
21  coordinate a meeting with myself, Joe Walsh, my business
22  manager out of the union hall, and a business meeting.  My
23  schedule is probably the most flexible.  My business agent
24  would be second most flexible.  But when you're talking about
25  the president of a company this size and the business manager
```

```
 1   of a local our size, it's not easy to coordinate.  So we were
 2   finally able to get together and do our thing, okay?  I just
 3   want to, once again, sit here, today. Understood?
 4              MR. T. COSTA:  Okay.
 5              MR. CAMPOS:  I just want to make sure.  What Al got
 6   into a little bit there, he gave all youse an opportunity.  I
 7   never met you.  I don't know you from anyone.  You happen to
 8   know my brother.  I didn't know that until I came out and saw
 9   you that day.  I know your dad for many years, but I don't know
10   you, either.  So that was something that was done on his end,
11   okay?  He wanted to give you guys an opportunity.  And in all
12   reality, he gave you an opportunity that you probably wouldn't
13   have had anyplace else.  Okay?
14              At the time you started, if I remember correctly, you
15   didn't have a driver's license.
16              MR. MARIANO:  I didn't.
17              MR. CAMPOS:  Whatever the reason may be, it doesn't
18   matter, you wouldn't have even been able to sign up for an
19   application with the apprenticeship program because you didn't
20   have a valid driver's license.  That's one thing that's
21   required.  So this may be the opportunity that most wouldn't,
22   okay?
23              You guys, I don't know how you started.  Obviously,
24   you came because your brother was working here, and to work --
25   whatever it may be.  Okay.  But the same thing with that
```

```
 1   apprenticeship program, it's been closed basically for two
 2   fucking years.  We can't get anybody into the apprenticeship
 3   program because they've got a list that doesn't fucking end.
 4   And any time that they open up a new class, there's 1,000
 5   applicants down there.  So it's almost impossible, okay?
 6            The one way is your company sponsoring you.  The way
 7   this sponsorship, and I won't call it a sponsorship because
 8   sponsorship actually starts as of Monday, okay?  So the way
 9   things are done here, a little differently, like you guys came
10   into it knowing what the deal was.  You guys sat with that
11   gentleman and agreed to do what he said, right?  So we'll put
12   that behind us.  And these are things that I'm saying, okay.
13   As of Monday, you will get the rate with that full benefit
14   package and it's a pretty nice package.  I just threw some
15   numbers out at you pretty quick, but it's a pretty nice
16   package.  I don't know where you're at today --
17            MR. T. COSTA:  Eighteen.
18            MR. CAMPOS:  Eighteen?
19            MR. N. COSTA:  Nineteen fifty.
20            MR. CAMPOS:  Okay.  So double almost, a little under
21   double, but pretty good.  Okay.  Now he was talking about the
22   book.  Here's what happens.  From Monday back is no longer in
23   existence, okay?  From Monday forward starts Day 1, that full
24   rate, the full package.  You will not physically see a book in
25   your hand for 4,000 hours, okay?  You'll have every right that
```

1    every other member does, including as you build up your hours,

2    and your benefits, all of that will be in play, okay?

3           He was talking about going down and checking hours, I

4    know.  You're not going to do that.  Any issues that you have,

5    my business agent is aware that you're here, okay?  Everything

6    comes through me, okay?  Any issues, you need checking hours,

7    you're wondering where you're at, you know by your stubs but

8    you're not sure what's in there, you call me.  I'll get you a

9    printout.  Okay?  And I'll explain why later.  You're not

10   officially a member, although you are a member.  Somebody comes

11   out to the jobsite and he breaks your balls, hey, where's your

12   fucking book?  Call my steward.  And every one of youse will

13   leave out of here with my business card, today.  Phone is on

14   24/7.  I may have given you my phone number.  I may have given

15   you my card when I was out there, I don't know.

16          MR. N. COSTA:  No, no.

17          MR. CAMPOS:  Okay.  You'll have it today.  Anything

18   that comes up, give me a shout.  Issues, problems, whatever it

19   may be, okay?  Like I said, the business agent is aware, but

20   he's got to keep his distance.  Basically, JFC is sponsoring

21   you and paying in on you, okay?  So that's where we're at with

22   that.

23          Now you'll step back a couple of steps.  Very

24   recently, and after I spoke to all you guys and told you that

25   the time is close, it's coming, there was some stuff that came

1    up down at the hall.  And I didn't want him here because he

2    doesn't need to know that, okay?  He knows because something

3    was said to Joe Walsh that what the fuck are you doing, what's

4    going on, we're going to have to fucking go down there and have

5    a meeting with Al, we've got big fucking problems with Al,

6    okay?  That sends a bad message for him, like he told you.  And

7    it sends a bad message for me.  Because that's -- that's then

8    telling me what the fuck are you doing over there, you're

9    supposed to be watching out for this shit, okay?

10            I know some of your stubs made it down to the fucking

11   hall, correct?

12            MR. MARIANO:  Yes.

13            MR. CAMPOS:  Okay.  There's no need to deny it,

14   because --

15            MR. MARIANO:  I'm not denying it.

16            MR. CAMPOS:  And we'll get -- I know some of your

17   stubs made it down to the hall.  Some of your stubs made it

18   down to the hall.  Not a good move, gentlemen, not a good

19   fucking move.  Okay.  They're keeping their word.  They're not

20   going to turn their backs on you and tell you to go fuck

21   yourself.  But it creates a fucking tension between the company

22   and the union that nobody needs, nobody needs.  Everything is a

23   matter of time, okay?  And the time is here now, okay?

24            Can't have that, okay?  That could have fucking

25   destroyed everything.  You've been working hard.  You've made a

```
 1    good name for yourself, all of youse, working hard, nothing but
 2    good reviews.  Something like that could turn around and
 3    fucking create havoc, all right?
 4            I get a call from my business agent normally 5 or 10
 5    minutes after anybody goes to that fucking window if there is a
 6    problem.  So the day that those stubs went down there, I got a
 7    call.  A couple of days later and maybe a couple of days
 8    before, he opens up a fucking file with your stubs and said
 9    what the fuck is going on here.  We don't need that, all right?
10            Like I said, that's past, past.  What Al was alluding
11    to is, and it worked out like shit, because we're standing out
12    there and Anthony Legori walks up, I could see Jimmy Scott in
13    the window, and everybody sees that we're having a fucking
14    meeting today.
15            MR. N. COSTA:  Yeah.
16            MR. CAMPOS:  So, yeah, fucking gossip in this fucking
17    place make me fucking go through the roof.  You don't know how
18    many phone calls, oh, how come that guy's getting $5 over rate.
19    I'll tell you right now, nobody gets $5 over fucking rate here.
20    There's fucking two rates here.  There's foreman rate and
21    there's labor rate.
22            That's something else, too.  There are different
23    classifications and different rates in the union.  Creamer pays
24    one rate, plain and simple.  There is a CDL rate.  There is a
25    "this" rate, a "that" rate.  We pay one rate.  We keep our guys
```

1   pretty damn busy.  You guys have been here, you know.  We keep

2   our guys busy and that's how we compensate our guys.  Also,

3   transportation to and from the jobsites.  You guys work out of

4   this yard.  You know you don't need to take your car to go to a

5   jobsite.  You're coming here every day, getting in a company

6   vehicle, and going.  Okay.  That's part of it.

7           I'm trying to think of what else there may be.  Any

8   questions you guys got?  Here I've been rattling off 100 miles

9   an hour.

10          MR. N. COSTA:  For example, at the job that we were

11  up in Stillwater, we've got a steward over there.

12          MR. CAMPOS:  I know you did.  And I specifically --

13  remember when I specifically told the gentlemen that were just

14  here and the other gentleman that was running that job up

15  there, the day we went for a pre-con, and I said make sure you

16  don't send the wrong people up here.  And I don't mean -- I'm

17  not being disrespectful when I say the wrong people.

18          MR. N. COSTA:  No, no, I understand what you're

19  saying.

20          MR. CAMPOS:  But they put me in a bad position and

21  they put you guys in a bad position.

22          MR. N. COSTA:  Well, if I happen to go to a job that

23  has a steward onsite and they ask you for a book number?

24          MR. CAMPOS:  Tell them to call me.  That's it.

25  That's it.  Call me.

 1          MR. N. COSTA:  So we're not issued a number, an

 2   identification number or nothing?

 3          MR. CAMPOS:  Nada.  When the 4,000 hours are up,

 4   they're going to schedule a drug test for you; you're going to

 5   go take a drug test.  Once the results come back clean, which I

 6   hope they all will -- I'm just, hey --

 7          MR. N. COSTA:  You just never know.

 8          MR. CAMPOS:  When I first got in, the steward at the

 9   time here told me the same thing.  You coming to stay?  I said

10   I'm coming on to stay.  He goes -- this was in July.  He says,

11   ah, you're going to get to the fucking winter, it gets cold,

12   you're going to cry.  I said no.  What else?  He threw a bunch

13   of shit at me and then he says and then you know you have to

14   take a drug test?  It was a little different back then.  It was

15   at 1,000 hours you went for your drug test.  Things have

16   changed because of the apprenticeship program.  And I said,

17   nope, no problem.  Okay.  And we left it at that.

18          Yeah, tell him to call me, plain and simple, because

19   I will have on my, and I don't have one here with me.  I have

20   them in the truck.  Every week, I get a report from payroll

21   with every one of my laborers working, 472 laborers working in

22   New Jersey.  The only ones that wouldn't show up are some who

23   are working up in Rockland County.  Some are in Westchester

24   County.  So they don't show up on my report.  But every other

25   472 laborer that's working in New Jersey comes on my report.

1  Names, social, job location, regular hours, overtime hours,
2  double time hours, gross pay, the whole -- right across the
3  spectrum.
4          So basically, I can go and look.  It's always a week
5  delay, obviously, but I can go and look, and I know, okay, you
6  worked 60 hours last week, you worked 40 hours last week, you
7  worked 32 hours last week.  That comes to me every week.  So
8  pretty much if I keep track of that, I can see who is working
9  and who is not working.  I might miss a guy in between.  Like
10 that's what I tell a lot of the guys, look, if you're sitting
11 for more than two days, give me a call.  So if they tell you to
12 stay home Monday because it's rainy, and now Tuesday is sunny
13 and I stay home again, I want a call because then I can make my
14 call, do my job and say, oh, what the fuck are we doing.  Okay?
15 Because otherwise I might not catch -- and that's always a week
16 away, because when I get my report, it's for the previous week.
17         MR. N. COSTA:  Previous week.
18         MR. CAMPOS:  It's for the paycheck you got --
19         MR. T. COSTA:  Yeah.
20         MR. CAMPOS:  -- Thursday morning --
21         MR. T. COSTA:  But you work --
22         MR. CAMPOS:  -- I'm getting a report for that --
23         MR. T. COSTA:  -- last week.
24         MR. CAMPOS:  -- which was the previous week.  So I
25 might not know that you were off.  Give me a call.  Let me

```
 1   know.  If it's a rain thing, I don't need to follow-up.  If
 2   there was an issue with somebody and all of a sudden they're
 3   going to sit you home because the super said something stupid
 4   to you and you said something back, and now it became -- then
 5   let me know, okay?  Yeah, but that, tell him to call me.
 6             MR. N. COSTA:  No, I just want to make sure, because
 7   --
 8             MR. CAMPOS:  Yeah, sure.
 9             MR. N. COSTA:  -- I mean we might, I mean I don't
10   know about everybody, but I mean --
11             MR. CAMPOS:  Tell them to call me.
12             MR. N. COSTA:  -- we came across that --
13             MR. CAMPOS:  I'm sure you did.
14             MR. N. COSTA:  -- up there.
15             MR. CAMPOS:  I'm sure you did.
16             MR. N. COSTA:  You know he was okay with it.
17             MR. CAMPOS:  And I blame the company for that.
18             MR. N. COSTA:  Even though he knew.
19             MR. CAMPOS:  He knew.  He knew.
20             MR. N. COSTA:  But he kept his mouth shut, which was
21   good.
22             MR. CAMPOS:  He knew.
23             MR. T. COSTA:  Yeah, because he wanted his job, too,
24   you know.
25             MR. CAMPOS:  There's a lot of things that come into
```

1    play.

2              MR. T. COSTA:  Yeah.

3              MR. CAMPOS:  The whole thing is you've got to be

4    smart.  And that's why I'm telling you guys anything comes up,

5    call me.  If I don't answer, leave me a message.  If it's

6    urgent, make sure you tell me in the message it's urgent.

7    Okay?  Because if I'm in a meeting, like I'm in a meeting right

8    here, right now.  If my phone rings, I'm not going to answer

9    it.  We're talking.  I can answer it later.  But as soon as I

10   walk out that door, if my phone vibrates three, four times, I'm

11   going to get on that phone and see who the hell it was.  It

12   would be the same with you guys.  So if you call and I don't

13   answer, please leave a message.  If you call in the middle of

14   the night, maybe call back twice.  Make sure I wake my ass up.

15   I normally put it, once in a while I forget to take it off of

16   vibrate, but the phone is always on, Saturdays, Sundays,

17   whatever.  Something comes up, let me know.

18             I already told you about the union.  They're aware of

19   it.  They're aware you're here.  They're aware you're going to

20   be making what you're making.  All those hours will be known.

21   And if so, they'll start seeing it on my reports, also.  Those

22   reports I hand into them every week.  And then what happens is

23   when the money goes in for these funds, everything's got to

24   jive, okay?  So that's part of the reason for those reports.

25             MR. T. COSTA:  So that means if we work on a Sunday,

```
 1   we're getting paid double now?
 2          MR. CAMPOS:  You are getting paid as of right now --
 3   what were you doing?
 4          MR. T. COSTA:  Eighteen.
 5          MR. CAMPOS:  You have to make the 40 before you got
 6   your overtime.
 7          MR. T. COSTA:  Yeah.  But Sunday was -- it was never
 8   double.
 9          MR. CAMPOS:  Well, here's -- I'm going to get into
10   the whole spectrum.  You had to make 40 before you got
11   overtime?
12          MR. T. COSTA:  Yeah.
13          MR. CAMPOS:  Okay.  As of Monday, if you came in
14   Monday and you worked 24 hours, you would have 8 hours regular
15   and 16 hours overtime.  If you sat the rest of the week because
16   there was no work, that 8 and 16 is guaranteed.  Anything over
17   eight is overtime.  Okay?  Monday through Friday.  Saturday is
18   time and a half.
19          MR. T. COSTA:  A half.
20          MR. CAMPOS:  Sunday is double time.
21          MR. N. COSTA:  And it still works as far as if you
22   don't take lunch?  How does that work?  Because I mean you hear
23   -- I'm asking you now --
24          MR. CAMPOS:  Here's -- here's what I'm going to tell
25   you.
```

```
 1              MR. N. COSTA:  Because I hear all different things.
 2              MR. CAMPOS:  Here's what I'm going to tell you and
 3    this is a big issue for unions, and a lot of people don't
 4    realize this.  That whole start at 7:00, work till 3:30, 1/2 an
 5    hour lunch, that all came about because of the unions, because
 6    before the unions, you worked from sun up to sundown.  As long
 7    as the sun would shine, you were fucking working.  Okay?  They
 8    started realizing that people were getting hurt, people weren't
 9    getting enough rest.  So that was one of the thing that the
10    union is for, for employee rights, okay?
11              There's two sides of that.  There is employee rights
12    and then there's abuse of employee rights.  Okay?  Me, my job
13    is to tell you, you're going to take lunch every day.  12:00 to
14    12:30, you take lunch.  That's my job.  That's the union's
15    position.  Everybody takes lunch.  That's Dale Creamer's
16    position.  Everybody takes lunch.  Because he's has issues come
17    up in the past where the group of guys out on the jobsite
18    agree, you know, we're not going to -- we're going to work
19    through lunch and get out of here at three o'clock.  And that's
20    all find and dandy, everybody is in agreement because they want
21    to be out at three o'clock.  The first guy that gets laid off,
22    he's running down to the fucking hall to pitch a -- they made
23    me work through lunch and I didn't get paid for it.  Okay?
24    So --
25              MR. N. COSTA:  No, but what I'm asking is --
```

```
 1              MR. CAMPOS:  If it happens, it happens.  I don't know
 2     about it, then don't go down to the union hall.  If you agree
 3     to work through lunch --
 4              MR. N. COSTA:  That's something totally different.
 5              MR. CAMPOS:  -- because it's convenient for you and
 6     you agree to it or the whole group, or whoever it may be,
 7     agrees to that, that's fine.
 8              MR. N. COSTA:  The difference -- the difference is
 9     one is those, what you just said as far as the 30 minutes, and
10     the other one is if you work through lunch, they pay you an
11     hour.
12              MR. CAMPOS:  They pay you an hour.  Here's how it
13     works.  We start at seven.
14              MR. N. COSTA:  So if the four of us are working and
15     we all decide with the supervisor's authorization and
16     foreman's, we're all going to work through lunch --
17              MR. CAMPOS:  For your convenience.
18              MR. N. COSTA:  For everybody.  For everybody.
19              MR. CAMPOS:  Go ahead.
20              MR. N. COSTA:  But the thing is, is that if you're
21     leaving at 2:30, you leave at 3:30, should you get paid an hour
22     overtime?
23              MR. CAMPOS:  Yes.  But that's if you decide.  Here's
24     where it comes, if you guys decided that, then you were doing
25     it, and it wouldn't be 2:30.  Here's what happens here.  7:00
```

```
 1  to 3:30 is your workday, right?  A lot of guys say, oh, we'll
 2  work through lunch, get out at three, so they switch the half
 3  hour.
 4            MR. N. COSTA:  Okay.
 5            MR. CAMPOS:  Instead of taking it during the day --
 6            MR. N. COSTA:  Yeah.
 7            MR. CAMPOS:  -- they take it at the end of the day.
 8  By union rules, if you are required to work through your lunch,
 9  so I've got a concrete pour that starts at 11:30 in the
10  morning, I can't stop at 12:00 to go have my lunch, right?
11            MR. N. COSTA:  Yeah.
12            MR. CAMPOS:  The concrete is there, we've got to go.
13  Okay.  If you're required to work through lunch, two things.
14  It's a half an hour.  And if you're not allowed to take your
15  half an hour before the end of the work shift, it's another
16  half an hour.  So it's an hour.  That's where that hour thing
17  comes from.
18            MR. N. COSTA:  Okay.
19            MR. CAMPOS:  If it's the group, a lot of times what
20  we used to do with a holiday weekend, if the super will let us,
21  we'll start at six, work till two, and beat the fucking
22  traffic.  That was our choice.  What would happen there though
23  then everybody on that jobsite had to be in agreement, because
24  the way --
25            MR. N. COSTA:  Oh, absolutely.
```

```
 1              MR. CAMPOS:  -- the Laborers have rules.
 2              MR. N. COSTA:  Absolutely.
 3              MR. CAMPOS:  The Operators have rules.  The Teamsters
 4    have rules.  So one guy, that's all it takes, if the four of us
 5    were sitting here and Tiago says, no, fuck it, I don't want to
 6    work through lunch, I want to take my half-hour lunch, we're
 7    all taking lunch, because the company is not going to go on the
 8    hook for it to pay everybody at fucking overtime.  What sense
 9    does it make to the company?
10              MR. N. COSTA:  Absolutely.
11              MR. CAMPOS:  They'd rather you take your break, take
12    your half-hour break, relax for a little bit, and then get back
13    to work.  Okay.  I know and the comments were made, and this is
14    what Al says about the gossip, comments were made right out
15    there, and I didn't say nothing because I knew we were coming
16    here, about FIOS and not taking lunch.  I've had guys go down
17    to the hall complaining that, oh, we're forced to work through
18    lunch.  Two things.  You're not forced, first off.  You take
19    your half hour there is a half hour leave.  A lot of the FIOS
20    guys, I know they do it for convenience.  They want to get
21    done, get back in, and get the fuck out of there.  But I also
22    know that in the course of the day, you're probably doing eight
23    jobs in FIOS, right?
24              MR. N. COSTA:  Oh, yeah, eight, seven.
25              MR. CAMPOS:  I haven't done FIOs, so -- but 8, 10, 12
```

1   jobs, whatever it may be, none of them are side by side. So

2   you're going from Point A to Point B, you're stopping getting

3   coffee, you're stopping grabbing a sandwich, so you basically

4   had your lunch, you know what I mean?

5         MR. N. COSTA: Oh, yeah, absolutely. But I don't

6   mean by --

7         MR. CAMPOS: No, I know that, I know that.

8         MR. N. COSTA: -- as a FIOS.

9         MR. CAMPOS: But this is my argument with the guys

10   that all of a sudden they want to go down there and make a

11   fucking issue of this.

12         MR. N. COSTA: Oh, absolutely.

13         MR. CAMPOS: Are you fucking kidding me?

14         MR. N. COSTA: I mean you've got to know when to give

15   and give and take.

16         MR. CAMPOS: Well, you've got to watch with that

17   because you know what could happen with that, too, now they can

18   put somebody fucking watching you, right? All of a sudden,

19   you've got somebody fucking tailing you, watching what the fuck

20   you're doing. Oh, you're owing me time now. You fucking stop

21   for coffee, you were there 20 minutes. You stopped for fucking

22   a sandwich, but you were in the sandwich stop for a half an

23   hour. So you've got to be smart about it.

24         MR. N. COSTA: Absolutely.

25         MR. CAMPOS: You made a comment out there that I

1    liked, it's the give and take.  Some days you give an extra 10

2    minutes, but there's some days you get a little early.

3            MR. N. COSTA:  Oh, absolutely, absolutely.

4            MR. CAMPOS:  Some days you've got a fucking doctor's

5    appointment at two o'clock, they pay you the eight hours.  You

6    fucking disappear, right?

7            MR. N. COSTA:  Yep.

8            MR. CAMPOS:  So --

9            MR. N. COSTA:  No, I mean the reason I'm asking that

10   question is for my own clarification, because I don't want -- I

11   don't want to go to someone else to try to get the information,

12   you know.  If I have --

13           MR. CAMPOS:  That's what I'm here for.

14           MR. N. COSTA:  -- a question that if, you know --

15           MR. CAMPOS:  As I say, the phone is always on.  In

16   something like that, call.  Call.  No problem.  No problem.

17           MR. N. COSTA:  I mean it's not a matter of getting

18   you in trouble or anything.

19           MR. CAMPOS:  Let me clarify something --

20           MR. N. COSTA:  But --

21           MR. CAMPOS:  Let me clarify something, too.  Our

22   latest contract, which we only have one year left on, as of

23   March 1st, we're in the last year of our three-year contract.

24   Our latest contract, they put something new in there because

25   the contractors were complaining about the lunch.  Before, it

1  used to be from 11:00 to 1:00.  Somewhere in that window, you

2  had to take a half an hour lunch; otherwise, they had to pay

3  you a half an hour.  Now it's three hours after you start and

4  two hours before you finish is where that lunch has to kick in

5  somewhere.

6          So, if you're starting at 7:00, the super, by rights,

7  or the foreman, whoever you may be working with, can tell you,

8  hey, I've got a concrete trucking coming at 11 o'clock.  We're

9  going to take lunch today at 10:30 to 11:00; this way, when the

10 concrete truck gets here, we'll be ready to go.

11         MR. N. COSTA:  Yeah, well, absolutely.

12         MR. CAMPOS:  You know what I mean?  So that's

13 something different that we never had before.  And the same

14 thing on the tail end.  You're working till 3:30, they can go

15 anywhere from 10:00 in the morning, till 1:30 in the afternoon,

16 they can throw a 1/2 hour lunch in.  And that was because it

17 was -- it became an abuse thing, you know.  Where I was saying

18 before where there's -- there's with the union rights

19 protecting the workers and then how they want to try and abuse

20 their fucking rights.

21         MR. N. COSTA:  Is there such a thing as a wash-up?

22         MR. CAMPOS:  A wash-up?  Not really.

23         MR. N. COSTA:  Before the 10, the 10 minute?

24         MR. CAMPOS:  No, not right now.

25         MR. N. COSTA:  That's what I thought.

```
 1            MR. CAMPOS:  What will happen is --
 2            MR. N. COSTA:  Am I the only one talking?
 3            MR. CAMPOS:  What will happen is if you're on, and
 4    normally this would only happen where there's a lot of trades
 5    working together, where the other trades are doing it,
 6    normally, we will follow.  Maybe we won't do the 10-minute, but
 7    like I said, we're on the job where the Carpenters happen to
 8    have that 10-minute where they --
 9            MR. T. COSTA:  Yeah, they always --
10            MR. CAMPOS:  -- put their tools down and they're
11    walking off.  Normally, we're going to follow five minutes
12    behind.  We won't be right with them.
13            MR. N. COSTA:  Yeah.
14            MR. CAMPOS:  But we'll be five minutes behind, so
15    we'll get an extra five minutes.  Okay?  But that would
16    normally happen on PSE&G's site.
17            MR. T. COSTA:  Yeah.
18            MR. CAMPOS:  When we did Linden Gen down here, there
19    must have been 20 trades working over there.
20            MR. T. COSTA:  And they always leave like 10 minutes
21    before.
22            MR. CAMPOS:  Or the other trades had it in, so
23    obviously the Laborers are going to do the same thing.  We are
24    not going to be the jerk offs.
25            MR. T. COSTA:  Yeah.
```

```
 1              MR. CAMPOS:  But, no, we don't have in our contract,
 2   we do not have --
 3              MR. N. COSTA:  Because some people, you hear from
 4   some people we do, and then some people no.
 5              MR. CAMPOS:  We don't have -- we don't have a coffee
 6   break.
 7              MR. T. COSTA:  That's the company's rule.
 8              MR. CAMPOS:  That's a company courtesy.  They all do
 9   it.  Every company does it.  But that's a courtesy.
10              MR. T. COSTA:  Yeah.  They don't have to.
11              MR. CAMPOS:  There's nothing in our contract that
12   says, okay, 9 o'clock is coffee break for 10 minutes.  Nothing.
13   Nothing.  We have a specified lunch, a half hour lunch, but
14   there is no specified coffee break.  You know sometimes --
15              MR. N. COSTA:  It's the company give and take.
16              MR. CAMPOS:  -- mother fucking riding me.  Sometimes,
17   we've got to watch what we say because they're not riding you,
18   you know what I mean?  It's a courtesy.
19              MR. N. COSTA:  Absolutely.
20              MR. CAMPOS:  It's a courtesy.
21              What else?  Any other --
22              MR. N. COSTA:  I'm done.
23              MR. CAMPOS:  -- questions you guys have?
24              MR. N. COSTA:  I don't know about you guys.  I mean I
25   think I'm done.
```

```
 1              MR. T. COSTA:  You said it was 35 what?
 2              MR. N. COSTA:  Twenty-five.
 3              MR. CAMPOS:  Thirty-five and a quarter as of which,
 4    you guys are -- as of March 1st.  And our contract ends this
 5    year.
 6              MR. T. COSTA:  Is there another contract?  Well,
 7    they're --
 8              MR. CAMPOS:  Come October.  So they'll start
 9    negotiating real hard back and forth.  Okay.  Probably will be
10    another three-year contract.  This particular contract was
11    three years, which was always a traditional contract, three
12    years.  The one before this, they were able to get a five-year
13    contract.
14              MR. T. COSTA:  Yeah, I heard about that one.
15              MR. CAMPOS:  Which we did very good.  We did good
16    with this one, too.  I mean --
17              MR. T. COSTA:  That means the raise goes up or just -
18    -
19              MR. CAMPOS:  It will never go below, so, you know,
20    could stay flat.  If there was no work, it could stay flat.
21    You won't see it, knock on wood, we don't know what comes in
22    the future.  It's never --
23              MR. T. COSTA:  Because I know 825 went down.
24              MR. CAMPOS:  It's never gone back.
25              MR. T. COSTA:  That's what they told me.
```

1          MR. CAMPOS:  As of right now, like I said, as of

2    right now, we get to more out of -- were at a point now between

3    us here, we're at a point now that we've got to be a little

4    careful.  Nobody think they make enough money.  They don't

5    think that $35 an hour is enough.  But you've got to be careful

6    because you will price yourself right out of the market.  We're

7    laborers.  We are, and I don't say this in a bad way because

8    I'm a laborer.  My father was a laborer.  We are the lowest of

9    the trades, okay?  We need to stay there.  Pay-wise, also.  We

10   can't price ourselves out of work.  We can't get above what a

11   carpenter is making.  We're not a carpenter, were doing our own

12   fucking work, you know?  We already have a little issue with

13   the building trades laborers, because they make a little bit

14   less money than us and they're trying to infiltrate our fucking

15   territory.  It comes to power.  We've got to watch because if

16   the companies want to start taking those guys on, we're going

17   to be out of there, okay?  So I mean it's not -- it's not bad

18   money.  It's not bad money.

19          MR. N. COSTA:  It's a lot better than what I'm making

20   right now.

21          MR. CAMPOS:  You figure in that and all the other

22   stuff that comes in, I mean on an annuity fund, right?  We'll

23   just throw it -- I'm going to round this off.  It's easier to

24   work with.  But it's five and a quarter.  I'm going to make it

25   five.  You work 2,000 hours a year, which you will work above

```
 1   and beyond that, don't get me wrong, but just to give a round
 2   number, that's 10 grand, right, that the company is putting
 3   into this fucking -- basically, like a bank account, right?  So
 4   they're putting in 10 Gs, okay?  This past year, we got 9.34
 5   percent.  I'm going to round that to 10 percent.  Okay?  So on
 6   that 10 grand, you got 1,000 in interest.  The following year,
 7   another 10 grand.  Right?  So now you've got 21 fucking grand,
 8   2 fucking years.
 9            MR. N. COSTA:  And that's for the --
10            MR. CAMPOS:  And I'm just throwing a round number
11   out.
12            MR. N. COSTA:  Yeah, yeah, yeah.
13            MR. CAMPOS:  That's the annuity.
14            MR. N. COSTA:  The annuity.
15            MR. CAMPOS:  Yes.  Yes.
16            MR. COSTA:  In two years.
17            MR. N. COSTA:  Now the vacation is how much, 275?
18            MR. T. COSTA:  275.
19            MR. CAMPOS:  275.
20            MR. N. COSTA:  Times whatever hours you work.
21            MR. CAMPOS:  Depending on the hours you work.  It all
22   depends on the hours you work.
23            MR. T. COSTA:  I did my TWIC card.
24            MR. CAMPOS:  Yes.
25            MR. T. COSTA:  But I gave it to one of my
```

```
 1    superintendents, the receipt, do I --
 2              MR. CAMPOS:  Here?
 3              MR. T. COSTA:  Yeah.  His name was Rob, Rob Beckley
 4    (ph.).  But he never got me back -- I don't know if the union
 5    pays for that?  No?
 6              MR. CAMPOS:  The company pays for it.
 7              MR. T. COSTA:  The company pays for it?
 8              MR. CAMPOS:  I'm going to tell you why you're going
 9    to let the company pay for it.  Because when did you go?
10              MR. T. COSTA:  I don't remember.
11              MR. N. COSTA:  It was a few months back.  I want to
12    say about July or August.
13              MR. CAMPOS:  It wasn't -- was it Monday Night?
14              MR. T. COSTA:  A what?
15              MR. CAMPOS:  Was it from Monday and on?
16              MR. T. COSTA:  No.
17              MR. CAMPOS:  See what I mean?  This is what you've
18    got to keep in mind now.  Monday and on.
19              MR. N. COSTA:  So if I get my TWIC card after Monday
20    --
21              MR. CAMPOS:  I would give it a little time.  Don't do
22    it right away.
23              MR. MARIANO:  What is a TWIC card?
24              MR. T. COSTA:  You can work --
25              MR. CAMPOS:  Transportation Workers Identification
```

 1  Consorting.  It's -- it gives you access to work at certain
 2  areas.
 3          MR. T. COSTA:  Airport, port --
 4          MR. N. COSTA:  Port of New Jersey Transit, you've got
 5  to have that.
 6          MR. CAMPOS:  It gives you access to certain places.
 7          MR. T. COSTA:  I don't know about New Jersey Transit.
 8  It's different, New Jersey Transit.
 9          MR. CAMPOS:  Yeah, Jersey Transit also has a card.
10          MR. MARIANO:  Really?
11          MR. T. COSTA:  Yeah.
12          MR. CAMPOS:  Even the airport now, the port authority
13  wants a SWAC (ph.).
14          MR. T. COSTA:  Yeah, SWAC.
15          MR. CAMPOS:  If you need it, they will let me know.
16  And I would do that, too.
17          MR. N. COSTA:  Wait, wait until they actually --
18          MR. CAMPOS:  I would wait -- if they approached you
19  and said, hey, you've got to get yourself a TWIC card because
20  this job we want you to go on, you've got to have your TWIC,
21  then we'll approach that subject.
22          MR. N. COSTA:  That makes sense.
23          MR. CAMPOS:  Yours, I would wait for reimbur -- they
24  told you to go get it?
25          MR. T. COSTA:  No.

```
 1            MR. CAMPOS:  Here?

 2            MR. T. COSTA:  No.

 3            MR. CAMPOS:  You did it on your own?

 4            MR. T. COSTA:  Yeah.  I just did it, just to do it.

 5            MR. CAMPOS:  I would approach Al then, but I would

 6    try to track down Mr. Beckley.  Mr. Beckley was given his two

 7    weeks' notice.

 8            MR. T. COSTA:  I know.  I heard.

 9            MR. CAMPOS:  So you want to make sure you have that

10    receipt back in your hand before he does go.  Because if he

11    doesn't get it done for you, who knows where that receipt is

12    going to end up at, you know what I mean?

13            MR. T. COSTA:  Yeah, I should, yeah.  I'll ask him.

14    He probably threw it in the garbage or something.

15            MR. CAMPOS:  You have your actual card.  That's your

16    receipt, too.

17            MR. T. COSTA:  Yeah.  I have it right here.

18            MR. CAMPOS:  Okay.  Yeah, what happens with the

19    union, they will pay for the TWIC card the first time.  And

20    it's a five-year card.

21            MR. T. COSTA:  Yeah, I have five years.

22            MR. CAMPOS:  They will reimburse you once you have

23    your card.  You've basically got to put the money out, but once

24    you have the card, you can bring the card and the receipt down

25    to the union, which we're not going to do for 4,000 hours,
```

```
 1   correct?

 2            MR. N. COSTA:  Um-hum.

 3            MR. CAMPOS:  It will then come to Bobby.  You would

 4   bring it down there and they will reimburse you, okay?  Once

 5   you have to renew it, which mine is actually up for renewal.

 6   Mine expired back in February.  I've got to go back and do a

 7   renewal.  That's going to be on me.

 8            MR. T. COSTA:  Oh, so it's only one time, that's it.

 9            MR. CAMPOS:  But it's the type of thing, 100 and a

10   quarter?

11            MR. T. COSTA:  Thirty something.

12            MR. CAMPOS:  It's the type of thing, $130 -- well,

13   we'll make that math easy again, $125 over the course of 5

14   years is $25 a year.

15            MR. T. COSTA:  Yeah.

16            MR. CAMPOS:  If that's what you need to work, it's a

17   worthwhile investment, right?

18            MR. T. COSTA:  Yep.

19            MR. N. COSTA:  Absolutely.

20            MR. CAMPOS:  Shit, it costs you more for a pair of

21   boots.  And you go through two a year.

22            MR. T. COSTA:  Yep.

23            MR. CAMPOS:  Maybe three pairs a year.  Right?  So,

24   you know, a lot of the old time people, geez, oh, oh, I think

25   (indiscernible) yeah, but you're going to make a hundred
```

```
 1    fucking thousand a year.  Let's weigh it out, brother.  I'll
 2    throw $100 bucks out, if I know I'm going to make that kind of
 3    money.
 4             MR. T. COSTA:  Yeah.
 5             MR. CAMPOS:  Hey.
 6             MR. N. COSTA:  Oh, yeah, absolutely.
 7             MR. CAMPOS:  You know?
 8             MR. T. COSTA:  They don't think like that.
 9             MR. CAMPOS:  A lot of guys will bitch, oh, so buy one
10    more -- that's right, you know.
11                       (speaking a foreign language)
12             MR. N. COSTA:  That's right.
13             MR. CAMPOS:  Business agent knows about everything.
14    What I'm going to talk to him now is I'm going to let him know
15    that we had a sit-down.  He is aware that we were having a sit-
16    down.  And he wanted to make sure we had a sit-down.  You met
17    him?
18             MR. N. COSTA:  Who?
19             MR. CAMPOS:  Manny.
20             MR. N. COSTA:  Manny.
21             MR. CAMPOS:  Um-hum.  Just so I can relay all these
22    messages to you guys.  We never had this sit-down.  I will deny
23    it until the day I die, okay?
24             MR. MARIANO:  Okay.
25             MR. CAMPOS:  I just needed to get that information
```

```
 1   out there to youse.  But he doesn't need nobody coming to that
 2   window.  He's well aware of it.  Your hours will go in.  He'll
 3   keep track of everything.  He'll keep watching.  He'll keep --
 4   between him and I, we'll keep track of it.
 5           MR. T. COSTA:  So these hours that we just did,
 6   nothing.
 7           MR. MARIANO:  Previous hours, nothing in there?
 8           MR. T. COSTA:  Nothing.
 9           MR. MARIANO:  No.
10           MR. CAMPOS:  Did you see anything on your pay stub?
11           MR. MARIANO:  No.  But I feel like these past two
12   years have been down the drain --
13           MR. CAMPOS:  Listen to me --
14           MR. MARIANO:  -- 4,000 again.
15           MR. CAMPOS:  Nothing is down the drain.  How much are
16   you going to make Monday?
17           MR. MARIANO:  Yeah, I understand that.  But what
18   about these four years?  You told us 4,000 --
19           MR. CAMPOS:  If you weren't here, that's the --
20   Listen to me.  You didn't sit with me for that, right?
21           MR. MARIANO:  I didn't, but that's a lie I don't
22   know, it's --
23           MR. CAMPOS:  It's not -- it's he presented it the
24   wrong way.
25           MR. MARIANO:  Three or four thousand and you get your
```

1   book, that's all I've been hearing.  And --

2           MR. CAMPOS:  Basically, you have your book.  As of

3   Monday, you basically have your book.

4           MR. MARIANO:  But I don't.  I have to do another

5   4,000 to get it.  So these --

6           MR. CAMPOS:  So what?

7           MR. MARIANO:  The past two years that I busted my ass

8   --

9           MR. CAMPOS:  So what?

10          MR. MARIANO:  -- are going to shit, because I wasn't

11  going nowhere.

12          MR. CAMPOS:  No, they haven't.  No, they haven't.  If

13  you weren't here, where would you be?

14          MR. MARIANO:  I don't even -- I'm just a little upset

15  --

16          MR. CAMPOS:  I know, I understand that.  But I want

17  you guys to understand --

18          MR. MARIANO:  No, I didn't --

19          MR. CAMPOS:  -- that he gave you an opportunity.  How

20  he did it and how it was presented, I wasn't involved with.

21  And I don't necessarily agree with it.  It should have been

22  handled differently.  But that was something you agreed to, at

23  that time, right?

24          MR. MARIANO:  I agreed to do the 4,000 and you get

25  your book after you finish your 4 (sic), that's --

```
 1            MR. CAMPOS:  Listen to me.
 2            MR. MARIANO:  That's what I was told this whole time.
 3  Not --
 4            MR. CAMPOS:  Listen to me.  As of Monday --
 5            MR. MARIANO:  -- then you get a package --
 6            MR. CAMPOS:  As of Monday --
 7            MR. MARIANO:  -- and then you have to do another
 8  4,000 again.  That's why I'm getting --
 9            MR. CAMPOS:  Listen.
10            MR. MARIANO:  a little --
11            MR. CAMPOS:  As of Monday, whether you have this
12  little card in your pocket or you don't, it's the same
13  difference.  You're making your rate.  You're making your full
14  package.  That's the only thing that that book guarantees you
15  is that you're making your rate and you're making your full
16  package, and that you get your overtime the way you're supposed
17  to get it, and all of that.  That book --
18            MR. T. COSTA:  But why do you have to do the 4,000 to
19  get that piece of little paper?
20            MR. CAMPOS:  Because there is an apprenticeship
21  program through our local, right?  There is an apprenticeship
22  program.  The way the apprenticeship program works is you start
23  out at 60 percent of rate, which is about $18 an hour.
24            MR. T. COSTA:  I started at 15, 17, 18.
25            MR. N. COSTA:  Yeah, but it's a different plan.
```

```
 1              MR. T. COSTA:  Yeah, yeah, I know.
 2              MR. CAMPOS:  If you were going into the
 3    apprenticeship program, which is the proper way to do things.
 4              MR. T. COSTA:  You'll start at 18.
 5              MR. CAMPOS:  You would start Monday at $18 an hour,
 6    with about half of the package that we have, right?
 7              MR. T. COSTA:  Um-hum.
 8              MR. CAMPOS:  And then you have to work 1,000 hours.
 9    Nope, you have to take a two weeks class, no pay.  You have to
10    work 1,000 hours.  Take off two more weeks of work.
11              MR. T. COSTA:  Go for another class.
12              MR. CAMPOS:  Go for another two week class.  Now you
13    go up to 70 percent of pay.  Come back to work, work another
14    1,000 hours, take another 2 weeks off, no pay, take the class,
15    come back.  You have to build up those 4,000 hours this way.
16              MR. T. COSTA:  So starting Monday, basically,
17    everything --
18              MR. CAMPOS:  You bypassed that.
19              MR. T. COSTA:  Yeah.
20              MR. CAMPOS:  You bypassed that.  That's gone.
21              MR. N. COSTA:  You're getting your 100 percent of the
22    full package.
23              MR. CAMPOS:  Without having a physical book in hand.
24    Exactly. Do I agree? And again that's --
25              MR. N. COSTA:  That's one thing that's kind of
```

```
 1   bothering me is you don't actually have a book then.
 2            MR. T. COSTA:  No, you do.
 3            MR. N. COSTA:  No, you're getting paid as --
 4            MR. CAMPOS:  You have a book.
 5            MR. N. COSTA:  You just don't have a number.
 6            MR. CAMPOS:  You have a physical card.  You have --
 7   you are working for a union contractor.
 8            MR. N. COSTA:  But so I'm assigned a number then?
 9            MR. CAMPOS:  No, not until your 4,000 hours are
10   completed.  That number comes -- this book, every book comes
11   out of Washington, DC, out of headquarters.  You will not
12   physically have that book for two years.  You will not
13   physically see that book.  All your hours will be put in.  You
14   will be billed in pension credits.  Don't think that these
15   years aren't going to count.
16            MR. MARIANO:  Yeah, I know this will count, but not
17   now, the past won't count.
18            MR. CAMPOS:  No.  I already said it twice.  I'll say
19   it again.  I don't necessarily agree, but, at some point, you
20   guys sat down with your gentleman and you agreed to come work
21   for whatever you came to work for, correct?  And that's all I
22   can say about that.  If that didn't happen, we wouldn't be
23   sitting here, today.  Of that I can guarantee.
24            MR. T. COSTA:  You'd be an apprentice.
25            MR. CAMPOS:  No.  You'd be maybe waiting on an
```

```
 1    apprentice list.  If they opened up -- if they opened up the
 2    testing again and you were able to go down and put an
 3    application in, and take the test, and pass the test, then
 4    you'd be sitting, and maybe you would be sitting for another
 5    three or four years waiting to get into the union as an
 6    apprentice.  So as much as it may seem as it sucks, it -- I
 7    know, you're looking at me and he's looking at me.
 8              MR. T. COSTA:  It is --
 9              MR. MARIANO:  I know, because I feel like I've been
10    cheated.  I knew.  I busted my ass.
11              MR. CAMPOS:  You know who has been cheated?  Can I
12    say something?
13              MR. MARIANO:  Yes.
14              MR. CAMPOS:  You know who has been cheated?
15              MR. MARIANO:  Who?  Creamer's been making their money
16    these past two years.
17              MR. CAMPOS:  You know who's been cheated?  The man
18    that should have been working here in your place.  The man that
19    should have been working here in your place.
20              MR. MARIANO:  Yeah, I know that.
21              MR. CAMPOS:  The man that should have been working
22    here in your place.  You've got to look at it that way,
23    brother.
24              MR. N. COSTA:  It is what it is, bro.
25              Starting Monday, I'll be looking at that 3525.
```

```
 1              MR. MARIANO:  Yeah, I know that's good.  But --
 2              MR. CAMPOS:  Listen, I've said how many times, I
 3    don't necessarily agree with it, and I've been fighting it for
 4    a long fucking time, but I put my job in jeopardy.  I've got
 5    too much fucking time in this organization, but I've also got a
 6    lot of time in this company, but I've got too much time in this
 7    organization to put my job in jeopardy.  Okay?  So when I told
 8    you you've got to hang tight for a bit, you have to hang tight
 9    for a bit.  I've been doing everything in my power to get this
10    done.  You reached out to me on the phone not too long ago or
11    your father reached out to me on the phone.  What did I tell
12    you?  I'm just waiting on this one meeting.
13              MR. N. COSTA:  You know when the last time I spoke to
14    him?
15              MR. CAMPOS:  Who?
16              MR. N. COSTA:  With Al, about my book, October,
17    November.
18              MR. CAMPOS:  Okay.  After we talked.
19              MR. N. COSTA:  Yeah.  He's like, well, we know how
20    many hours you have, just wait.  But then you see my brother,
21    he's almost at 6,000 hours, and he's telling him we'll give you
22    -- in October, we'll give you in December, we'll give you
23    beginning of January and then you have to wait.
24              MR. CAMPOS:  We've been sitting.  I've been trying to
25    get this particular meeting together since --
```

```
 1              MR. N. COSTA:  I mean what would you do in my
 2   situation, for example.
 3              MR. CAMPOS:  Figure out what my number is and call me
 4   directly.  And my number is right outside of Al's office, if
 5   you haven't noticed.  But there is a little letter there with
 6   my number on it, which, listen, I had to keep my distance, too.
 7              MR. N. COSTA:  No, no, I understand.  I understand
 8   your point.
 9              MR. CAMPOS:  I had to keep my distance and I think
10   you understand.
11              MR. N. COSTA:  No, I do.
12              MR. CAMPOS:  I saw you in Hackensack not too long
13   ago.
14              MR. T. COSTA:  Yeah, with Jimmy.
15              MR. CAMPOS:  And you came over, what's going on?  And
16   I see fucking Jimmy pulling up.  I say this fucking kid's
17   killing me here, fucking Jimmy's pulling up, he's talking to me
18   --
19              MR. T. COSTA:  Yeah, and then I was like I'll talk to
20   you later.
21              MR. CAMPOS:  -- fucking shit.  And I'm like, oh, I've
22   got to go.  I don't need that.  None of us need that.
23              MR. T. COSTA:  Yeah.
24              MR. CAMPOS:  You know what I mean?  I didn't say
25   nothing to you.
```

```
 1            MR. T. COSTA:  Yeah.
 2            MR. CAMPOS:  I said I've got to go, when I seen Jimmy
 3    pulling up.  It's bad news.
 4            MR. T. COSTA:  Yeah.
 5            MR. N. COSTA:  But he knew it right from the
 6    beginning, also.
 7            MR. CAMPOS:  I told you before, he should never had
 8    you guys out on the fucking job, okay.  They're sending --
 9            MR. N. COSTA:  He didn't make -- he didn't make a big
10    deal or anything.
11            MR. T. COSTA:  No.  He knew based on --
12            MR. CAMPOS:  He didn't but, they're sending a steward
13    just for that fucking job.  His job is the same as my job
14    except he's got 20 guys to watch after, right?
15            MR. T. COSTA:  Um-hum.
16            MR. CAMPOS:  I've got over 200 guys that I've got to
17    try to keep track of.  He's got 20 guys.  He can get himself
18    jammed up for letting you be there.
19            MR. N. COSTA:  Well, that's why he didn't say
20    nothing.
21            MR. T. COSTA:  That's why he never talked about it,
22    either.
23            MR. N. COSTA:  That's why he never opened his mouth.
24            MR. CAMPOS:  But it's a bad spot of him, right?
25            MR. T. COSTA:  Yeah.
```

1          MR. N. COSTA:  Oh, absolutely.

2          MR. T. COSTA:  For him.

3          MR. CAMPOS:  Same with me, bad spot for me, bad spot

4   for me.  Everybody needs an opportunity, right?

5          MR. T. COSTA:  Does a good job, though.

6          MR. CAMPOS:  We all know that that.  Everybody needs

7   an opportunity.  I will agree with youse 100 percent.  I don't

8   necessarily agree with the way it was done.  The end result is

9   we got you where you need to be.  You're hung up on a little

10  card.

11         MR. MARIANO:  It's not -- I'm worried about the 4,000

12  hours that are gone, over 4,000.  I'm almost 5,000.

13         MR. CAMPOS:  It's not gone.  You were making your

14  money.  Where would you be working?

15         MR. MARIANO:  Me?  Nowhere, couldn't have been

16  working nowhere.

17         MR. CAMPOS:  I'm not saying you couldn't have been,

18  but --

19         MR. MARIANO:  But I just think --

20         MR. CAMPOS:  This opened the door for you, that's all

21  I'm saying.

22         MR. MARIANO:  I thought I was opening the door when I

23  was doing the hours, you know?

24         MR. CAMPOS:  I sympathize with you.  But, no --

25         MR. MARIANO:  I know, but -- all right.

```
 1              MR. CAMPOS:  Until you talk to me, and I told you
 2    before, good, bad, or ugly, sometimes happens give me a call
 3    right away. The only reason I know the shit came up was because
 4    we had a meeting with the business agent and business manager.
 5    And we said to them we've got guy coming down to the hall with
 6    fucking stubs, what the fuck are you doing with them?  We had a
 7    big sit down and talk it out.
 8              MR. N. COSTA:  So in another --
 9              MR. CAMPOS:  I knew that.
10              MR. N. COSTA:  So in another way that was actually
11    good then.
12              MR. CAMPOS:  No.
13              MR. N. COSTA:  Kind of forced it maybe?
14              MR. CAMPOS:  No, no, because it was already in the
15    works.  That just made it where you put them in a bad position
16    down there, because by you walking in with stubs, it puts them
17    -- you happen to see Manny.  You have a cousin that works
18    there.
19              MR. MARIANO:  Yeah.
20              MR. CAMPOS:  Who went to Manny, because he knows
21    Manny's, Creamer's business agent.  But you don't realize by
22    doing things like that it creates fucking havoc, havoc.  It is
23    what it is.
24              MR. N. COSTA:  I sat down with Tony Oliveira.
25              MR. CAMPOS:  It is what it is.  It's done.
```

```
 1              MR. N. COSTA:  I sat down with Tony.  I know Tony
 2   personally.  And the only --
 3              MR. CAMPOS:  What did he tell you?
 4              MR. N. COSTA:  The only thing he said to me, you need
 5   your 4,000 hours.
 6              MR. CAMPOS:  Thank you.  What did he tell you?  Did
 7   he tell you I could help you?  No.  Find a job on your own and
 8   get it done.
 9              MR. N. COSTA:  No, no, no, no, no.
10              MR. CAMPOS:  Go ahead, what did he tell you?
11              MR. N. COSTA:  He simply told me you need to have
12   your 4,000 hours.  When you do have your 4,000 hours, you ask
13   them for the book.  If they tell you and they give you the run
14   around, you come and you see me.  That came out of Tony's
15   mouth.  Tony went to my wedding and everything.
16              MR. CAMPOS:  I'm not saying a thing.  It is what it
17   is.
18              MR. N. COSTA:  You know, I mean I'm letting you know
19   what he told me.
20              MR. CAMPOS:  But here's what happens --
21              MR. N. COSTA:  And I only went there to get
22   information, you know?
23              MR. CAMPOS:  Call me.  I'll give you all the
24   information you need.
25              MR. N. COSTA:  Well, now it's a totally different
```

```
 1    story, you know what I mean?  It's a totally different
 2    situation.
 3              MR. CAMPOS:  But something like that, call me.  The
 4    day up at the mountain, I was able to talk to you because
 5    nobody was around.
 6              MR. N. COSTA:  Yeah.
 7              MR. CAMPOS:  We could sit there and talk a little
 8    bit.  You'll notice I don't come through here too much time
 9    anymore.  Right?
10              MR. T. COSTA:  Um-hum.
11              MR. CAMPOS:  You know why part of the reason is?
12              MR. T. COSTA:  Because of us, like this.
13              MR. CAMPOS:  Three, three of you sitting in this
14    room.  I've been working on this.  As long as you've been
15    working here, I've been working on this.  Fighting, fighting,
16    fighting, fighting non-stop every fucking day.
17              MR. N. COSTA:  Well, I got what I wanted.
18              MR. CAMPOS:  I want my organization --
19              MR. N. COSTA:  3525 an hour.
20              MR. CAMPOS:  I want my organization to be strong.
21    I'm a company man, don't get me wrong.  But we also have a
22    different organization.  Before, I was breaking your balls
23    about the hat.  I wanted you to look professional.  We're
24    construction workers and we want to look good, right?  We're
25    representing our whole group, right?  We want to keep it
```

```
 1  strong.  Your father's been a union member for a long fucking
 2  time, both for you're starting out and you have another 30
 3  years, right?
 4              MR. MARIANO:  Yep.
 5              MR. CAMPOS:  That's what we're hoping for.
 6              MR. N. COSTA:  Oh, I'm doing my 30.
 7              MR. CAMPOS:  For everybody.  And we need to keep our
 8  union strong.
 9              MR. N. COSTA:  Oh, I'm doing my 30.
10              MR. CAMPOS:  You're all company men, obviously.  You
11  all work here.  Getting into that, a lot of guys approach me,
12  and he said as long as you can get a company that is willing to
13  hire you and pay you full rate with full benefits, and pay them
14  into the union, for 4,000 hours, your book is there.  Which is
15  going to happen from Monday.  But you need to have that.
16              MR. T. COSTA:  I don't know if Jersey and New York
17  are the same thing --
18              MR. CAMPOS:  I couldn't tell you.
19              MR. T. COSTA:  But one of my friends that work
20  construction, but he's making like 40 something an hour.
21              MR. CAMPOS:  Okay.
22              MR. T. COSTA:  And he's not union.  That's the
23  company rules or --
24              MR. CAMPOS:  I couldn't tell you, brother, I couldn't
25  tell you.
```

```
 1            MR. T. COSTA:  It's different, right?
 2            MR. CAMPOS:  I couldn't tell you.  I don't know the
 3  exact particulars.  And even if I knew all the particulars, I
 4  don't know how they work.  They work a little different.
 5            MR. N. COSTA:  Now I don't know if you guys have the
 6  same question or not, but I -- I need a clarification.
 7            MR. CAMPOS:  Go ahead.
 8            MR. N. COSTA:  Let's say work slows, goes -- slows
 9  down, they're starting to lay off people.  I can go to the hall
10  looking for another job?
11            MR. CAMPOS:  No.
12            MR. N. COSTA:  Well, we call you?
13            MR. CAMPOS:  You call me.
14            MR. N. COSTA:  I mean -- what I mean by the whole, I
15  mean you --
16            MR. CAMPOS:  I'm going to tell you, I know exactly
17  where you're getting.  Remember that whole thing I just said
18  about sponsorship?  You would have to go out and try to find
19  another job on your own.  My job is to make sure you keep
20  working after Monday.  Before Monday, it was tough.  One of the
21  gentlemen that probably every single one of youse worked with
22  at some point or another, Louie Cresenza (ph.), they cut him
23  loose.  Now Louie, I'm a union member, goes down to the union
24  hall and he rattled off a bunch of names.  Okay?  This guy's
25  there, that guy's there, it's not fair, they don't have their
```

1   fucking book, they're still working.  Okay.  You guys know.

2   You've worked a lot of days that the other -- that the other

3   laborers stay home and you guys worked.

4           MR. T. COSTA:  Um-hum.

5           MR. CAMPOS:  What the fuck's the deal, right?  Still,

6   you're going to work.  You're going to work your hours.  I'm

7   going to watch out for you guys.  That's my job.  Okay?  I need

8   you to watch out for me, too.  Because you're going to make $35

9   an hour now next week, you don't think that, oh, now I can take

10  it easy, I've got it, I've got it made.  No.  You're going to

11  continue doing the job as you've done up to now.

12          I've said it many times in this meeting, there's been

13  no complaints.  You will be here.  Your performance continues

14  the way it's been up to now, you will be here.  You'll be here

15  30 years from now.  I'll be watching you when you walk up to

16  get your first retirement check, I hope if I'm still here.  I'm

17  a little bit older than you guys.  Okay?  And more than likely

18  you will stay right where you're at.

19          Once your 4,000 hours and you have your book in your

20  hand, you can go shave, you can go work someplace else.  And

21  you know what, this is home at that point.

22          MR. N. COSTA:  So we're basically trapped.

23          MR. CAMPOS:  You're not trapped.  You're not trapped.

24  You come talk to me.  I can't go beyond that right now.  You

25  come talk to me.

```
 1              MR. N. COSTA:  But why not right now?
 2              MR. CAMPOS:  Because this company is sponsoring you.
 3              MR. N. COSTA:  But as of Monday, it will be a
 4    different story.
 5              MR. CAMPOS:  No, no.  As of Monday, this company is
 6    sponsoring you.  They are basically -- they're saying to the
 7    union --
 8              MR. N. COSTA:  But they can lay me off.
 9              MR. CAMPOS:  They can lay anybody off.
10              MR. N. COSTA:  No, but I'm saying --
11              MR. CAMPOS:  They can lay me off.
12              MR. N. COSTA:  No, no, no, no, I know that.
13              MR. CAMPOS:  They can call -- they've got to make a
14    phone call, but they can call down to the hall and say, hey, we
15    don't want this steward no more, you better find a fucking
16    replacement.
17              MR. N. COSTA:  No, but I'm saying as far as laborers,
18    itself.  So they can simply lay you off, then we'll have to
19    contact you.
20              MR. CAMPOS:  Give me a call.  I will find out what
21    it's for.  I mean winter, we've been extremely busy the last
22    few winters.  But you may see a winter that gets a little bit
23    slower, where they've got to lay guys off.  It's part of the
24    business.
25              MR. N. COSTA:  Yeah, no, I understand that.
```

```
 1              MR. CAMPOS:  Take a guy like Artie's dad, I'm sure
 2     there was many a winters where it was all the foremen working
 3     together, when he was up in Lou Gara's (ph.) yard, the foremen
 4     worked together, the guys stayed home, couple of weeks, three
 5     weeks, whatever, till the weather got a little better.  And it
 6     all depends on the workload, too.
 7              Yeah, now, if you call me and say, hey, they just
 8     laid me off, today, my job is now go make my phone calls and
 9     find out why.  Is it a job performance thing?  Is it just lack
10     of work, where things are slow enough?  Then I'm going to give
11     you a call back and say, hey, there's really nothing going on;
12     they've got to keep the foremen busy, so you're going to be
13     home for two weeks.  In two weeks, you will hear from me and
14     you'll be right back at it.  Okay?
15              MR. N. COSTA:  Yeah, but let's say they don't -- they
16     don't know.
17              MR. CAMPOS:  Then I will handle it a different way.
18     If there was a reason where they had to get rid of you, then
19     that could go two ways.  That can go two ways.  If there was a
20     reason where they had to get rid of you, then that could go two
21     ways; that can go two ways.  If there was a reason, a good
22     reason that they said, whoa, good, bad, or ugly, I don't care
23     how good a worker this guy is, you did something way out there
24     where they said we can't have him working for us anymore, we've
25     got to cut our ties.
```

```
 1              MR. N. COSTA:  Okay.
 2              MR. CAMPOS:  Then that might be a little difficult.
 3    But if it was a butting heads thing --
 4              MR. N. COSTA:  Difficult in what sense?
 5              MR. CAMPOS:  That might be a little bit difficult
 6    because you haven't proven yourself to the union.
 7              MR. N. COSTA:  Okay.
 8              MR. CAMPOS:  Okay?  If it was a butting heads things,
 9    where you just happen to fall into a fucking job, you've got a
10    dictator for superintendent that didn't like you for some
11    reason and did everything in his power to get rid of you, okay,
12    at that point, I can talk to Manny and say, Manny, this guy's
13    got 3,000 fucking hours with you.  And I'm just throwing a
14    number out.
15              MR. N. COSTA:  Yeah, yeah, no, I understand.
16              MR. CAMPOS:  So we're talking about a year and a half
17    now, from now, this guy's got 3,000 fucking hours with me and
18    this mother fucking super is fucking with him and now the
19    company don't want him no more.  He will then put you to work.
20    You don't go on a list.  You don't have a book to go on a list.
21    That doesn't mean you won't get work.  Am I being clear --
22              MR. N. COSTA:  Yeah, no, I understand what you're
23    saying.
24              MR. CAMPOS:  And again, we're talking about --
25              MR. N. COSTA:  I understand what you're saying.
```

| 1 | MR. CAMPOS:  -- here is here, here.  Don't feel that |
|---|---|
| 2 | you're trapped.  You're not trapped.  You're not trapped. |
| 3 | Obviously, you're going to continue to do a good job -- |
| 4 | MR. N. COSTA:  Absolutely, absolutely. |
| 5 | MR. CAMPOS:  -- okay, you're not -- like I said |
| 6 | before, you're not going to now say, oh, fuck it, now I'm |
| 7 | making my $35 an hour, I'm going to take it easy.  No.  You're |
| 8 | going to keep producing.  You show that man over there that |
| 9 | you're serious about it.  And I anticipate that you will be a |
| 10 | foreman one day, I anticipate that you will be a foreman one |
| 11 | day, and I anticipate that you will be a foreman one day.  If |
| 12 | you look around, there's a lot of older guys as foremen.  A lot |
| 13 | of guys with 30 years as foremen.  So 30 years, they have a |
| 14 | right to retire.  Some of them will continue working because |
| 15 | they're too young, they enjoy what they're doing, they're not |
| 16 | ready to stop, and they figure if I'm going to work, I'm going |
| 17 | to keep doing what I've been doing.  But -- your father is |
| 18 | probably a 30-year member, no? |
| 19 | MR. MARIANO:  Not yet, two more. |
| 20 | MR. CAMPOS:  Well, he's right there, though, right? |
| 21 | MR. MARIANO:  Yeah. |
| 22 | MR. CAMPOS:  And you'll probably be replacing him.  I |
| 23 | know Al's got you with him already. |
| 24 | MR. MARIANO:  Yeah, I know. |
| 25 | MR. CAMPOS:  What's he doing?  He's wanting you to |

```
 1   fucking learn so that when the time comes, boom, easy

 2   transition.  Right?  And you're going to be there, too, and

 3   he's going to be there, too.  In the event that something did

 4   happen, unless there was something, if you got fucking locked

 5   up because you were fucking caught buying drugs somewhere or

 6   something, the union don't want you, fuck no.  And you ain't

 7   got a fucking book in hand, so they're going to say, whoa, time

 8   out, no fucking way, something like that, you know what I mean?

 9   Now if it was a conflict, I wouldn't worry about it too much.

10   Answered or no?

11          MR. N. COSTA:  It's answered, it's answered.

12          MR. CAMPOS:  Talk to me.

13          MR. N. COSTA:  It's just a lot of shit, man.

14          MR. CAMPOS:  Of course it's a lot of shit.

15          MR. N. COSTA:  Because, I mean, it's just like you

16   said, I mean, you worked all this time and, you know, you've

17   just got to do another 4,000 hours.  I know that you understand

18   and I know that, you know, you've got your hands tied, but --

19          MR. CAMPOS:  Yet there's no getting around that.  You

20   ain't --

21          MR. N. COSTA:  It's like you have a book --

22          MR. CAMPOS:  You ain't beating the government system.

23          MR. N. COSTA:  -- but you don't have a book.

24          MR. CAMPOS:  You're not beating the government's

25   system.
```

```
1              MR. N. COSTA:  But am I right, though?

2              MR. CAMPOS:  I agree with you.

3              MR. N. COSTA:  So you have a book, but you don't have

4    a book.

5              MR. CAMPOS:  No.

6              MR. N. COSTA:  You'll have a book because you're

7    getting paid 3525.

8              MR. CAMPOS:  Now you're proving over the next 4,000

9    hours --

10             MR. N. COSTA:  But --

11             MR. CAMPOS:  -- you're proving --

12             MR. N. COSTA:  So what have I been doing now up to

13   4,000?

14             MR. CAMPOS:  You've been proving to Creamer.  You

15   haven't been proving to the union, in their eyes.  Do you

16   understand what I mean?  In the union's eyes, you haven't been

17   proven to them.  They haven't --

18             MR. N. COSTA:  Oh, they don't -- they don't even know

19   who I am.

20             MR. CAMPOS:  After the first year when they see,

21   fuck, man, who the fuck is -- I'm looking Nuno Costa, fucking

22   2,700 hours, holy shit.

23             MR. N. COSTA:  Twenty-eight, last year.

24             MR. CAMPOS:  I'm just throwing a number out there,

25   all right?  Twenty-seven, mother fucking, this guy must be good
```

```
 1   if he's putting in these kind of hours.  You see what I'm
 2   saying?  Now if they see Nuno Costa who is working for Creamer,
 3   fucking 500 hours, 2013; 2014, 700 hours; 2015 -- what the fuck
 4   is this guy doing working 3 months and fucking taking off the
 5   rest of the year?  We don't need that, either.  Give them an
 6   awful lot, no?
 7              MR. N. COSTA:  Yeah, no, no, I understand what you're
 8   saying.
 9              MR. CAMPOS:  (indiscernible) because I've gone in and
10   I say, hey, I need a guy for this, and this, and this, okay.
11   So you go through the list.  Okay.  This guy's a warden (ph.)
12   guy, okay.  Now they go up on the fucking computer.  The first
13   thing they look at hours.  If it's 2,000 plus, that's got to be
14   a good guy because he's working all the time.  If it's 1,000,
15   1,100, 900, they say what the fuck's wrong with this guy; he
16   must be a trouble maker or, you know.  If it's one year, it's
17   one year.  You couldn't have gotten hurt.  You could have been
18   sick.  But if they see repeated, they know right away.  You say
19   what the fuck kind of worker is this guy?  So --
20              MR. N. COSTA:  All right.  I'll see my check on
21   Monday.  Well, I won't see it.  I'll see it the following week.
22              MR. CAMPOS:  You won't see it till the following
23   Thursday.
24              MR. N. COSTA:  But 3525, bring it in.
25              MR. CAMPOS:  In round about numbers, you work the 40
```

```
 1   hours, let's do it real fucking quick.  I can't do that math in
 2   my head, but we can do it real quick on the phone.
 3            MR. T. COSTA:  Well, we're single, so we're going to
 4   take out a little more.
 5            MR. CAMPOS:  Taxes --
 6            MR. N. COSTA:  Not me.
 7            MR. CAMPOS:  -- are taxes.  Taxes.  I'm just going to
 8   give you a gross, that's all, 3525 times 40, it's 1410 on 40
 9   hours.
10            MR. N. COSTA:  Bringing home about 1100.
11            MR. CAMPOS:  Yeah, you will -- you'll probably bring
12   home --
13            MR. T. COSTA:  A thousand.
14            MR. CAMPOS:  You may be a hair under 1,000, maybe, I
15   don't know.  I don't know what your tax structure --
16            MR. T. COSTA:  Better than 400.
17            MR. MARIANO:  Yeah, right.
18            MR. CAMPOS:  That's more than double, correct?
19            MR. T. COSTA:  Yes, sir.
20            MR. CAMPOS:  And I know you guys are a little bit
21   hung up on, you know, we could sit here and beat this up a
22   little.
23            MR. N. COSTA:  Oh, yeah, absolutely.
24            MR. CAMPOS:  We're going to get to the same
25   conclusion --
```

```
 1              MR. N. COSTA:  Absolutely.

 2              MR. CAMPOS:  -- at the end of the conversation.

 3    Okay?  At the end of the conversation, we're going to have the

 4    same conclusion.

 5              MR. N. COSTA:  Yep.

 6              MR. CAMPOS:  I know he's bitter.  He's the bitter

 7    one, I can see that.

 8              MR. MARIANO:  I'm not bitter.  I'm not --

 9              MR. CAMPOS:  That day you was in the office --

10              MR. MARIANO:  No, no, no, because --

11              MR. CAMPOS:  He's looking to scratch a guy's eyes

12    out.

13              MR. MARIANO:  No, I'm all right with Danny now, I see

14    what's up --

15              MR. CAMPOS:  Okay.

16              MR. MARIANO:  I'm not bitter.  I just feel I was

17    cheated.

18              MR. CAMPOS:  Look at the position he was in, though,

19    too, right?  And you're going to be in --

20              MR. MARIANO:  Creamer shouldn't have had people like

21    us working then like that with people who didn't -- who didn't

22    like nonunion.

23              MR. CAMPOS:  I've been fighting it.  No, they

24    shouldn't have had you --

25              MR. MARIANO:  You understand?
```

```
 1              MR. CAMPOS:  -- working at all, at the end of the
 2    day, is what it comes down to.
 3              MR. MARIANO:  They should have done this bonus
 4    package from the beginning, then the 4,000 would have been done
 5    and everybody would have been happy, and that's it.
 6              MR. CAMPOS:  They wouldn't have hired you.
 7              MR. T. COSTA:  Yeah, because they want money.
 8              MR. CAMPOS:  He hired you with the intent that he
 9    hired you at.
10              MR. MARIANO:  The intent.
11              MR. CAMPOS:  And we could sit here, again, beat to
12    the death --
13              MR. N. COSTA:  Yeah, you're going to come to the same
14    conclusion.
15              MR. CAMPOS:  I could beat this to death.
16              MR. N. COSTA:  That doesn't matter.  You've got to do
17    your 4,000 hours, you've got to do your 4,000 hours.  You don't
18    have a book and so you do 4,000 hours.  You have any questions,
19    you contact him.
20              MR. MARIANO:  No, that's it, I'm good.
21              MR. CAMPOS:  Yes, please, please.
22              MR. T. COSTA:  You have a card?
23              MR. CAMPOS:  Yes, you will have a card.  You will see
24    any questions come up, too, when you see your paychecks, give
25    me a call.  And any other questions that may pop up, especially
```

```
 1   now.  In the beginning, you're going to have a bunch of
 2   questions that pop up.  You will see a delay, like I told you
 3   before, on the hours going in because that's just the way it
 4   is.  You will never lose not even a half an hour.  Every hour
 5   that you see on your paycheck that you got paid for and
 6   benefits will be in that roll.  So if you worked 2,900 hours
 7   last year, there will be a check for that 2,900 hours times --
 8   it was 250, now it's 275.  There will be a check for that
 9   amount coming to you.
10           So that, there's never been, and he could attest to
11   that, his father's worked here a long time.  My father worked
12   here longer than his father.  My father started here in '66 and
13   he never, never did he get a bounced check.  Never did he have
14   problems with his hours not being reported.  So same thing
15   here.  A lot of guys go in, right?  And from day one the
16   company will hire them and start paying them this, right?
17   They're paying them this, but they're paying when they feel
18   like it.  So maybe on such a job, they're paying it in, and
19   then they may be paying the rate, but they're not paying a
20   benefit package.  So that guy might take 6 years to get his
21   4,000 hours.
22           MR. N. COSTA:  So let me ask you a question.
23           MR. CAMPOS:  Go ahead.
24           MR. N. COSTA:  I don't know what you were told.  I
25   mean you went there.  But when I went there --
```

```
 1              MR. CAMPOS:  I didn't go there.

 2              MR. N. COSTA:  Oh, you didn't go there.

 3              MR. CAMPOS:  No.

 4              MR. N. COSTA:  When I went there and I spoke with

 5   Manny, he tells me, well, I don't know how you're doing the

 6   calculations, but we don't do calculations the same way.  They

 7   grab your W2s and they divide by 36,000 (sic) hours.

 8              MR. CAMPOS:  I know exactly what they done.  They

 9   divide it by --

10              MR. N. COSTA:  So I made $54,000 last year, dividing

11   by 36,000 hour, you did 1,500 hours.  So where are those 1,500

12   hours?

13              MR. CAMPOS:  Forget about those hours.

14              MR. N. COSTA:  But you understand what I'm saying,

15   though?

16              MR. CAMPOS:  I understand what you're saying.

17   Understand what I'm saying.  Day one is Monday.  Monday --

18              MR. MARIANO:  So we're fucking new hired, bro.

19              MR. CAMPOS:  Day one is Monday --

20              MR. MARIANO:  Somebody calls you on the street, on

21   the yard, you don't know them.  Like, hey, my name is Artie,

22   what's up.  Right?

23              MR. CAMPOS:  Monday, April -- Monday, April 7th, is

24   day one, okay?

25              MR. N. COSTA:  Sounds good, man; 3525, bring it in.
```

```
 1            MR. CAMPOS:  All right.
 2            MR. N. COSTA:  You need a copy of the license, right?
 3            MR. CAMPOS:  That's understood?  Monday, April 7th,
 4   is day one.  Okay?
 5            MR. N. COSTA:  Sounds good.
 6            MR. CAMPOS:  Any issues, you call me.  I've got a
 7   little more work to do.
 8            MR. N. COSTA:  Sounds good.
 9            MR. T. COSTA:  You need a copy of our license?
10            MR. CAMPOS:  Also, what you're getting is yours,
11   correct?  Okay.  Nobody needs to know that this happened.
12            MULTIPLE SPEAKERS:  I don't know nothing.
13            MR. CAMPOS:  You do your fucking work.  Look, you put
14   the -- I think I might have told you put your fucking blinders
15   on, you keep fucking working.  They start asking questions;
16   don't break my fucking balls.  I don't ask you what you make,
17   leave me the fuck alone.  That's it.  There's a reason for
18   that.  So --
19            MR. T. COSTA:  Gossip.
20            MR. CAMPOS:  Gossip, exactly.  Plain and simple,
21   gossip, because everybody loves to talk.  I told you there's
22   fucking foremen here that say, oh, that other foreman makes $5
23   more an hour.  There is no fucking foreman that works in this
24   company that makes $5 over scale.  Not a fucking one.  They
25   could tell you whatever they want to tell you, but they don't
```

1   make it.

2          MR. T. COSTA:  What's the foreman's rate, like 37?

3          MR. CAMPOS:  Thirty-seven fifty.  It's two and a

4   quarter --

5          MR. T.COSTA:  Oh, it's two and a quarter more.

6          MR. CAMPOS:  Two and a quarter over, okay? Two and a

7   quarter over labor rate.  All right.  Used to be a dollar an

8   hour.

9          MR. T. COSTA:  That's a lot of headaches.

10         MR. CAMPOS:  Back so many years ago, it finally

11  kicked.

12         MR. T. COSTA:  That's a lot of headaches.

13         MR. CAMPOS:  There's headaches in everything.  I'll

14  tell you what.  If you're a dedicated laborer, there's

15  headaches in that, too, you know?

16         MR. T. COSTA:  Yeah.

17         MR. CAMPOS:  If you're a dedicated laborer, at the

18  end of the day, you thought you were going to get this much

19  done and it didn't get done, you're going home.

20         MR. T. COSTA:  Stressed.

21         MR. CAMPOS:  Obviously, the foreman's position is a

22  lot more because he's got a ton more people to answer for.

23  Laborers normally answer to the foreman, right?  So it's a

24  little bit different.  But there's some perks that come with

25  being a foreman, too, though, you know.  Having that company

```
 1  vehicle.  Like I said, for many years, man, that saved me a ton
 2  of money over the years, you know?  I never had to have a
 3  second vehicle, you know?  My wife had her car.  I didn't have
 4  to have a second vehicle, because I had something to get back
 5  and forth to work, you know, so there's definitely some perks
 6  that come along.  And you work every day.  You've got to be
 7  willing to come into work, you know.  A lot of people think
 8  foremen are guaranteed 40.  They're not, not in our contract.
 9  Once you come to work, you're guaranteed eight hours.  And they
10  will keep you working.  That's one thing this company does is
11  the foremen work.  As long as they want to work, they will work
12  every day.  But we're not guaranteed, no.
13          You guys know about the two, four, six, eight?
14          MR. N. COSTA:  What do you mean?
15          MR. T. COSTA:  What's that?
16          MR. CAMPOS:  Two hours show up time.
17          MR. N. COSTA:  Oh, yeah.
18          MR. T. COSTA:  Oh, yeah, yeah.
19          MR. CAMPOS:  Four hours if you start working, six
20  hours if you work till noon but stop before noon, lunch time,
21  because if you start at six o'clock, then it would be a little
22  bit different six, and then eight hours if you work past the
23  traditional noontime.  Okay?
24          You guys have been here long enough to know that if
25  you're not working tomorrow, you're going to know the day
```

1  before there's not going to be show-up time.  You're not going
2  to come to the yard for them to then send you home.  And a lot
3  of guys bitch about that.  But they've got to realize the
4  numbers that this company deals with, okay?  $35 an hour is $70
5  for 2 hours, if you show up, right?  So that's 70.  Multiple
6  that by 200 laborers, what have we got, $14,000 just for you to
7  come in and show your face and then go home.  So a lot of the
8  guys get pissy about that.
9          Well, what the fuck, the company can't throw away
10 $14,000 on a day that they're not going to get nothing done,
11 you know?
12         MR. N. COSTA:  Sounds good.
13         MR. CAMPOS:  Exactly. that adds up quick.
14         MR. N. COSTA:  Oh, yeah.
15         MR. CAMPOS:  And what happens is, and here's where we
16 get back into the talk before about the abuses, the laborers'
17 rights and laborers' abuses, what was happening, guys would
18 come in and refuse to work.  Oh, I don't want to fucking work,
19 it's fucking raining too much.  So the company said, okay, we
20 have the right in our contract, the company has the right to
21 call you ahead of time and tell you not to come.  So that's
22 what they started doing.  So now a couple of bad eggs ruined it
23 for everybody, because the guys that did come in -- what we
24 used to do, this was still in my time, I've been here 23 years
25 now, we would come in, be there for 7, you know, 6:30, quarter

1   after 6:00, whatever it was, you get to the jobsite.  If it was

2   fucking pouring, you wait.  Because how many times by 8 o'clock

3   it's done, or 8:30, the rain stops, fucking beautiful day.

4   Monday, this past Monday.

5            MR. N. COSTA:  Yeah.

6            MR. CAMPOS:  By 8:30, 9 o'clock, sun came out,

7   beautiful day.  What happened?  A lot of guys ended up losing a

8   fucking day because they were greedy before.

9            MR. T. COSTA:  Yeah, but what --

10           MR. CAMPOS:  Before, we used to come in, and if it

11  stopped raining by nine o'clock, we went to work.  If it

12  didn't, they tell us to go home.

13           MR. T. COSTA:  But how about those days when you work

14  in the pouring rain?

15           MR. CAMPOS:  Doesn't matter.

16           MR. T. COSTA:  That's fucked up.

17           MR. CAMPOS:  Doesn't matter.  That's part of being a

18  laborer, brother.

19           MR. T. COSTA:  Yeah.

20           MR. CAMPOS:  You take the good and the bad.  The one

21  thing I used to hate about rain days, I used to want my guys to

22  stay, because sometimes they say see if the guys want to stay,

23  if they -- it's tuff like that -- fucking come into work and

24  stay with me all fucking day.  Because you know what?  The days

25  they didn't come in, I still have to come in as a foreman, and

```
1   that was the days I had to bust my fucking ass, because they
2   would send three or foremen out, and we'd be working in the
3   fucking pouring rain all day.  You've got to get it done.  They
4   didn't want to hear the union got the fucking job done, what
5   the fuck, you send four foremen out and you couldn't get the
6   fucking job done?  To me, those were the worst fucking days.
7   I'd rather be working with my guys, let them get their eight
8   hours of pay in, instead of sitting home losing a day, and,
9   fuck it, we work like we always work.
10              MR. N.COSTA:  Yep.  Sounds good.  So you need a copy
11  of the license, right?
12              MR. CAMPOS:  Yes, I would definitely.  We'll stop out
13  by Al's office there and get that.
14              MR. N.COSTA:  All right.  All right.
15              MR. CAMPOS:  I've got a gentleman that's calling me
16  now.  I've got directions for him for tomorrow.
17  (end of recording)
```

78

<u>CERTIFICATION</u>

I, Mary E. Dring, the assigned transcriber, do hereby certify that the foregoing transcript of the audio provided to me is prepared in full compliance with the current Transcript Format for Judicial Proceedings and is a true and accurate non-compressed transcript of the proceedings as recorded.

_____

Signature/Date

Burke Court Reporting, LLC

EXHIBIT C



**J. FLETCHER CREAMER & SON, INC**.

Contractors

1701 East Linden Avenue, Linden, NJ 07036
(908) 925-3200 – Fax (908) 925-1264

# LETTER OF TRANSMITTAL

| Transmittal No. 099 |
| --- |

| DATE:  4/7/14       JOB NO:  13-4122 |
| --- |
| ATTENTION: Kambiz Riazi |
| RE: JFC Certified Payroll |
|  |
|  |
|  |
|  |
|  |

TO:

M&J Engineering
426 Hudson Street,
Hackensack, NJ 07601

GENTLEMEN:
WE ARE SENDING YOU     ☒ Attached     ☐ Under separate cover via          the following items

☐ Shop drawings      ☐ Prints          ☐ Plans          ☐ Samples          ☐ Specifications
☐ Copy of letter      ☐ Change Order      ☒      RFI_____

| COPIES | DATE | NO. | DESCRIPTION |
| --- | --- | --- | --- |
| 1 | 4/7/14 |  | JFC Certified Payroll: 3/3/14-3/30/14 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

THESE ARE TRANSMITTED as checked below:

☐ For approval              ☐ Approved as submitted          ☐ Resubmit _____ copies for approval
☐ For your use              ☐ Approved as noted              ☐ Submit _____ copies for distribution
☐ As requested              ☐ Returned for corrections        ☐ Return _____ corrected prints
☒ For review and comment    ☐ Sign & Return Original
☐ FOR BIDS DUE _____      ☐ PRINTS RETURNED AFTER LOAN TO US

REMARKS: 3/3/14-3/30/14

Thank you,

COPY TO      Job File                                    SIGNED

J.T. Walsh, Project Engineer, 201-522-6078

If enclosures are not as noted, kindly notify us at once
"AN EQUAL OPPORTUNITY EMPLOYER"



**J. Fletcher Creamer & Son, Inc. (210665029 )**
**Certified Payroll Report Ending Mar 09/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201410

| S.S.N. Name & Address | S | Code WH Class | A W | Job R | MON 03 | TUE 04 | WED 05 | THR 06 | FRI 07 | SAT 08 | SUN 09 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 01 ADAMS9120 APPRENTICE 60% | 1 | 134122 R O | | 8.00 | 8.00 | 8.00 1.50 | 8.00 .50 | | | 32.00 2.00 | 24.02 36.03 | .00 .00 | 768.64 72.07 | .00 .00 | .00 .00 | Hourly Gross | 1182.71 |
| | | | | | | | | | | | | 34.00 | | | 840.71 | | .00 | 190 Taxable Union B | 322.70 |
| 00111 - Ironworks-North NJ | | | | | | | | | | | | .00 | | | | | 1095.51 | Federal Taxes | 206.05- |
| Check #(s) 706785 | | | | | Total hours on other jobs | | | | | | | | | | | | 32.22 | Social Security | 93.33- |
| Male  White | | | | | Employer Benefits | | | | | | | | | | | | | State Tax | 43.00- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | 754.11 | | | Medicare | 21.83- |
| | | | | | Net Wage | | | | | | | | | | | | | State UI | 7.91- |
| | | | | | | | | | | | | | | | | | | State DI | 5.72- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 47.26- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 322.70- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 3.50- |
| | | | | | | | | | | | | | | | | | | *    WELFARE | 407.75 |
| | | | | | | | | | | | | | | | | | | *    PENSION | 383.25 |
| | | | | | | | | | | | | | | | | | | *    ANNUITY | 257.25 |
| | | | | | | | | | | | | | | | | | | *    TRAINING | 35.00 |
| | | | | | | | | | | | | | | | | | | *    IAF | 1.75 |
| | | | | | | | | | | | | | | | | | | *    IMPACT | 10.50 |
| | M | 00 BATTL0087 FOREMAN | 1 | 134122 R | | 8.00 | 8.00 | | | | | 16.00 | 48.83 | .00 | 781.28 | .00 | .00 | Hourly Gross | 1622.56 |
| | | | | | | | | | | | | 16.00 | | | 781.28 | | .00 | Federal Taxes | 192.48- |
| 0255C - CARP-NJ | | | | | Total hours on other jobs | | | | | | | | 16.00 | | | | | 444.40 | Social Security | 100.60- |
| Check #(s) 706794 | | | | | Employer Benefits | | | | | | | | | | | | 27.78 | State Tax | 37.56- |
| Male  White | | | | | Hourly Fringe Rate | | | | | | | | | | | | | Medicare | 23.53- |
| | | | | | Net Wage | | | | | | | | | | 1097.44 | | | State UI | 8.52- |
| | | | | | | | | | | | | | | | | | | State DI | 6.17- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 62.51- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 93.75- |
| | | | | | | | | | | | | | | | | | | *    HEALTH | 203.13 |
| | | | | | | | | | | | | | | | | | | *    PENSION/ANNUITY | 218.76 |
| | | | | | | | | | | | | | | | | | | *    ATF | 15.63 |
| | | | | | | | | | | | | | | | | | | *    TRAINING/SAFETY | 6.88 |
| | | | | | | | | | | | | | | | | | | *    HEALTH | 203.13 |
| | | | | | | | | | | | | | | | | | | *    PENSION/ANNUITY | 218.76 |
| | | | | | | | | | | | | | | | | | | *    ATF | 15.63 |
| | | | | | | | | | | | | | | | | | | *    TRAINING/SAFETY | 6.88 |

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N.<br>Name & Address | S | A<br>WH | Code<br>Class | A<br>W | Job<br>R | MON<br>03 | TUE<br>04 | WED<br>05 | THR<br>06 | FRI<br>07 | SAT<br>08 | SUN<br>09 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | ——— Earnings & Deductions ———<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 00 | BRIEN1298 | | 134122 | | | | | | | | | | | | | | Hourly Gross | 1700.50 |
| | | | | 1 | R | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 | 35.80 | .00 | 1432.00 | .00 | .00 | Federal Taxes | 334.63- |
| | | | | | O | | 1.50 | 1.50 | 1.50 | .50 | | | 5.00 | 53.70 | .00 | 268.50 | .00 | .00 | Social Security | 105.43- |
| 0469T - TEAMSTER-NJ | | | | | | | | | | | | | 45.00 | | | 1700.50 | | .00 | State Tax | 74.42- |
| Check #(s) 707066 | | | | | | | Total hours on other jobs | | | | | | .00 | | | | | | Medicare | 24.66- |
| Male  White | | | | | | | Employer Benefits | | | | | | | | | | | 1239.85 | State UI | 8.93- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | | 27.55 | State DI | 6.46- |
| | | | | | | | Net Wage | | | | | | | | | 985.97 | | | G23 G-NJ FAMILY SU | 160.00- |
| | | | | | | | | | | | | | | | | | | * | HEALTH & WELFARE | 98.10 |
| | | | | | | | | | | | | | | | | | | * | PENSION | 350.33 |
| | | | | | | | | | | | | | | | | | | * | ANNUITY | 399.00 |
| | | | | | | | | | | | | | | | | | | * | HEALTH & WELFARE | 1280.75 |
| | M | 05 | CACOI1851 | | 134122 | | | | | | | | | | | | | | Hourly Gross | 1727.24 |
| | | | LABORER | 1 | R | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 | 35.25 | .00 | 1410.00 | .00 | .00 | 190 Taxable Union B | 126.51 |
| | | | | | O | | 1.50 | 1.50 | 1.50 | 1.50 | | | 6.00 | 52.88 | .00 | 317.24 | .00 | .00 | Federal Taxes | 179.16- |
| 0472L - LABORERS-NJ NORTH | | | | | | | | | | | | | 46.00 | | | 1727.24 | | .00 | Social Security | 114.93- |
| Check #(s) 706895 | | | | | | | Total hours on other jobs | | | | | | .00 | | | | | | State Tax | 48.56- |
| Male  White | | | | | | | Employer Benefits | | | | | | | | | | | 1036.40 | Medicare | 26.88- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | | 22.53 | State UI | 9.73- |
| | | | | | | | Net Wage | | | | | | | | | 1097.16 | | | State DI | 7.04- |
| | | | | | | | | | | | | | | | | | | 391 | Union Dues | 43.18- |
| | | | | | | | | | | | | | | | | | | G23 | G-NJ FAMILY SU | 173.00- |
| | | | | | | | | | | | | | | | | | | 390 | Tax Union Deduc | 126.51- |
| | | | | | | | | | | | | | | | | | | 395 | Employee Union | 27.60- |
| | | | | | | | | | | | | | | | | | | * | WELFARE | 439.30 |
| | | | | | | | | | | | | | | | | | | * | PENSION | 305.90 |
| | | | | | | | | | | | | | | | | | | * | SET | 27.60 |
| | | | | | | | | | | | | | | | | | | * | DCF | 241.50 |
| | | | | | | | | | | | | | | | | | | * | LIUNA H&S | 2.30 |
| | | | | | | | | | | | | | | | | | | * | LIUNA  LECET | 11.50 |
| | | | | | | | | | | | | | | | | | | * | CIAP FUND | 8.28 |

**Certified Payroll Report Ending Mar 09/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT          Pay Period: 201410

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 03 | TUE 04 | WED 05 | THR 06 | FRI 07 | SAT 08 | SUN 09 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 03 | DAWSO1263 FOREMAN | 1 | 134122 R O | | | | | 8.00 .50 | | | 8.00 .50 | 43.04 64.56 | .00 .00 | 344.32 32.28 | .00 .00 | .00 .00 | Hourly Gross | 1581.72 |
| 0011I - Ironworks-North NJ Check #(s) 706808 Male White | | | | | | | | | | | | | 8.50 28.00 | | | 376.60 | | .00 273.88 32.22 | 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI | 338.84 332.64- 119.07- 85.79- 27.85- 10.08- 7.30- |
| | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | | 930.99 | | | 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * ANNUITY * TRAINING * IAF * IMPACT | 64.32- 338.84- 3.68- 428.14 402.41 270.11 36.75 1.84 11.03 |
| | M | 00 | DZUBE7423 FOREMAN | 1 | 134122 R | | | 8.00 | 8.00 | | | | 16.00 | 48.83 | .00 | 781.28 | .00 | .00 | Hourly Gross Federal Taxes Social Security State Tax Medicare State UI State DI | 781.28 75.29- 48.44- 13.70- 11.33- 4.10- 2.97- |
| 0253C - CARP-NJ Check #(s) 706918 Male White | | | | | | | | | | | | | 16.00 .00 | | | 781.28 | | .00 444.40 27.78 | 391 Union Dues 395 Employee Union * HEALTH * PENSION/ANNUITY * ATF * TRAINING/SAFETY | 31.25- 46.87- 203.13 218.76 15.63 6.88 |
| | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | | 547.33 | | | | |

134122 - NJTPK#A600.277- SIGN REPLACEMENT                                                                      Pay Period: 201410

| S.S.N. Name & Address | S WH | Code Class | A W R | Job MON 03 | TUE 04 | WED 05 | THR 06 | FRI 07 | SAT 08 | SUN 09 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 01 | FERIS7235 LABORER | 1 R O | 134122 | 8.00 | 8.00 2.00 | 8.00 | 8.00 1.50 | | | 32.00 3.50 | 35.25 52.88 | .00 .00 | 1128.00 185.06 | .00 .00 | .00 .00 | Hourly Gross | 1313.06 |
| 0472L - LABORERS-NJ NORTH Check #(s) 706923 Male White | | | | | | | | | | | 35.50 .00 | | | 1313.06 | | .00 799.82 22.53 | 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI | 97.63- 158.30- 87.46- 29.46- 20.46- 7.41- 5.36- |
| | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | | 950.48 | | | 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * SET * DCF * LIUNA H&S * LIUNA LECET * CIAP FUND | 32.83- 97.63- 21.30- 339.03 236.08 21.30 186.38 1.78 8.88 6.39 |
| | M 00 | GOUVE9034 FOREMAN | 1 R O | 134122 | 8.00 | 8.00 2.00 | 8.00 | 8.00 2.00 | | | 32.00 4.00 | 38.50 57.75 | .00 .00 | 1232.00 231.00 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI | 1771.00 121.00 272.90- 117.30- 56.76- 27.43- 9.93- 7.19- |
| 0472L - LABORERS-NJ NORTH Check #(s) 706934 Male White | | | | | | | | | | | 36.00 8.00 | | | 1463.00 | | .00 811.08 22.53 | | |
| | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | | 1208.80 | | | 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * SET * DCF * LIUNA H&S * LIUNA LECET * CIAP FUND | 44.29- 121.00- 26.40- 420.20 292.60 26.40 231.00 2.20 11.00 7.92 |

Mar 12, 2014 11:54 am

**Certified Payroll Report Ending Mar 09/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201410

| S.S.N.<br>Name & Address | S | A<br>W | Job<br>WH | Code<br>Class | Job<br>R | MON<br>03 | TUE<br>04 | WED<br>05 | THR<br>06 | FRI<br>07 | SAT<br>08 | SUN<br>09 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 01 | | HALEY7279 | | 134122 | | | | | | | | | | | | | Hourly Gross | 2126.38 |
| | | | 1 | | R | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 | 44.07 | .00 | 1762.80 | .00 | .00 | 190 Taxable Union B | 48.25 |
| | | | | | O | | 1.50 | 1.50 | 2.00 | .50 | | | 5.50 | 66.11 | .00 | 363.58 | .00 | .00 | Federal Taxes | 324.56- |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | | | | | | | | Social Security | 134.83- |
| Check #(s) 706937 | | | | | | | | | | | | | 45.50 | | | 2126.38 | | .00 | State Tax | 72.83- |
| Male  White | | | | | | Total hours on other jobs | | | | | | | .00 | | | | | | Medicare | 31.53- |
| | | | | | | Employer Benefits | | | | | | | | | | | | 1367.06 | State UI | 11.42- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | | 30.05 | State DI | 8.26- |
| | | | | | | Net Wage | | | | | | | | | | 1468.54 | | | 391 Union Dues | 63.78- |
| | | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 48.25- |
| | | | | | | | | | | | | | | | | | | | 395 Employee Union | 10.63- |
| | | | | | | | | | | | | | | | | | | | * PENSION | 313.63 |
| | | | | | | | | | | | | | | | | | | | * WELFARE | 615.22 |
| | | | | | | | | | | | | | | | | | | | * SUB-FUND | 132.72 |
| | | | | | | | | | | | | | | | | | | | * ANNUITY | 205.09 |
| | | | | | | | | | | | | | | | | | | | * CIAP FUND | 3.86 |
| | | | | | | | | | | | | | | | | | | | * ATC | 60.34 |
| | | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 36.22 |
| | S | 04 | | HAND 9307 | | 134122 | | | | | | | | | | | | | Hourly Gross | 2174.85 |
| | | | 1 | | R | 8.00 | | 8.00 | | | | | 16.00 | 44.07 | .00 | 705.12 | .00 | .00 | 190 Taxable Union B | 46.75 |
| | | | | | O | | | 1.50 | | | | | 1.50 | 66.11 | .00 | 99.16 | .00 | .00 | Federal Taxes | 393.57- |
| | | | 1 | | R | | 8.00 | | 8.00 | 8.00 | | | 24.00 | 48.09 | .00 | 1154.16 | .00 | .00 | Social Security | 137.74- |
| 0825O - OPER ENGR NJ | | | | | O | | 1.00 | | 1.50 | .50 | | | 3.00 | 72.14 | .00 | 216.41 | .00 | .00 | State Tax | 105.51- |
| Check #(s) 706823 | | | | | | | | | | | | | | | | | | | State UI | 32.21- |
| Male  White | | | | | | | | | | | | | 44.50 | | | 2174.85 | | .00 | Medicare | 11.66- |
| | | | | | | Total hours on other jobs | | | | | | | .00 | | | | | | State DI | 8.44- |
| | | | | | | Employer Benefits | | | | | | | | | | | | 1324.54 | 300 Federal Withholding | 10.00- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | | 29.76 | 351 Admin Fee (Garnishme | 1.00- |
| | | | | | | Net Wage | | | | | | | | | | 1147.62 | | | 391 Union Dues | 65.23- |
| | | | | | | | | | | | | | | | | | | | G23 G-NJ FAMILY SU | 251.00- |
| | | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 46.75- |
| | | | | | | | | | | | | | | | | | | | 395 Employee Union | 10.87- |
| | | | | | | | | | | | | | | | | | | | * PENSION | 303.88 |
| | | | | | | | | | | | | | | | | | | | * WELFARE | 596.09 |
| | | | | | | | | | | | | | | | | | | | * SUB-FUND | 128.59 |

Mar 12, 2014 11:54 am

**Certified Payroll Report Ending Mar 09/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201410

| S.S.N.<br>Name & Address | S | Code<br>WH | A<br>W | Job<br>R | Class | MON<br>03 | TUE<br>04 | WED<br>05 | THR<br>06 | FRI<br>07 | SAT<br>08 | SUN<br>09 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | * ANNUITY | 198.71 |
| | | | | | | | | | | | | | | | | | | | * CIAP FUND | 3.74 |
| | | | | | | | | | | | | | | | | | | | * ATC | 58.46 |
| | | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 35.09 |
| | S | 04 | | NOGUE6539 | | 134122 | | | | | | | | | | | | | Hourly Gross | 1001.68 |
| | | | 1 | R | | | | | 8.00 | | | | 8.00 | 44.07 | .00 | 352.56 | .00 | .00 | 190 Taxable Union B | 24.00 |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | | 8.00 | | | 352.56 | | .00 | Federal Taxes | 93.05- |
| Check #(s) 706851 | | | | | Total hours on other jobs | | | | | | | | 16.00 | | | | | | Social Security | 63.59- |
| Male Hispanic or Latino | | | | | Employer Benefits | | | | | | | | | | | | | 226.64 | State Tax | 26.24- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | | | | 28.33 | Medicare | 14.87- |
| | | | | | Net Wage | | | | | | | | | | | 694.59 | | | State UI | 5.38- |
| | | | | | | | | | | | | | | | | | | | State DI | 3.90- |
| | | | | | | | | | | | | | | | | | | | 300 Federal Withholding | 25.00- |
| | | | | | | | | | | | | | | | | | | | 304 State Withholding | 40.00- |
| | | | | | | | | | | | | | | | | | | | 391 Union Dues | 30.06- |
| | | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 24.00- |
| | | | | | | | | | | | | | | | | | | | 395 Employee Union | 5.00- |
| | | | | | | | | | | | | | | | | | | | * PENSION | 156.00 |
| | | | | | | | | | | | | | | | | | | | * WELFARE | 306.00 |
| | | | | | | | | | | | | | | | | | | | * SUB-FUND | 66.00 |
| | | | | | | | | | | | | | | | | | | | * ANNUITY | 102.00 |
| | | | | | | | | | | | | | | | | | | | * CIAP FUND | 1.92 |
| | | | | | | | | | | | | | | | | | | | * ATC | 30.00 |
| | | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 18.00 |

Mar 12, 2014 11:54 am

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S WH | Code Class | A W R | Job | MON 03 | TUE 04 | WED 05 | THR 06 | FRI 07 | SAT 08 | SUN 09 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S 02 | OATES0474 FOREMAN | 1 R O | 134122 | 8.00 1.00 | 8.00 1.50 | 8.00 1.50 | 8.00 .50 | | | | 40.00 4.50 | 47.69 71.54 | .00 .00 | 1907.60 321.91 | .00 .00 | .00 .00 | Hourly Gross | 2229.51 |
| | | | | | | | | | | | | | | | | | 190 Taxable Union B | 333.75 |
| 1456C - DOCKBLDER | | | | | | | | | | | | 44.50 | | | 2229.51 | | .00 | Federal Taxes | 531.79- |
| Check #(s) 706970 | | | | | | | | | | | | .00 | | | | | | Social Security | 158.92- |
| Male  White | | | | | Total hours on other jobs | | | | | | | | | | | | 1466.29 | State Tax | 132.12- |
| | | | | | Employer Benefits | | | | | | | | | | | | 32.95 | Medicare | 37.17- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | | | | State UI | 13.46- |
| | | | | | Net Wage | | | | | | | | | | 1301.72 | | | State DI | 9.74- |
| | | | | | | | | | | | | | | | | | 391 Union Dues | 44.59- |
| | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 333.75- |
| | | | | | | | | | | | | | | | | | * WELFARE | 615.88 |
| | | | | | | | | | | | | | | | | | * PENSION | 400.50 |
| | | | | | | | | | | | | | | | | | * ANNUITY | 416.08 |
| | | | | | | | | | | | | | | | | | * AJREIF | 17.80 |
| | | | | | | | | | | | | | | | | | * SUPPLEM & IBC | 6.68 |
| | | | | | | | | | | | | | | | | | * NYCDC LAB MGMT | 6.68 |
| | | | | | | | | | | | | | | | | | * CIAP PROMO FUND | 2.67 |
| | S 00 | RODAS4370 FOREMAN | 1 R O | 134122 | | | | 8.00 .50 | | | | 8.00 .50 | 37.50 56.25 | .00 .00 | 300.00 28.13 | .00 .00 | .00 .00 | Hourly Gross | 1239.33 |
| | | | | | | | | | | | | | | | | | 190 Taxable Union B | 89.38 |
| 0472L - LABORERS-NJ NORTH | | | | | | | | | | | | 8.50 | | | 328.13 | | .00 | Federal Taxes | 241.68- |
| Check #(s) 706866 | | | | | | | | | | | | 24.00 | | | | | | Social Security | 82.38- |
| Male  White | | | | | Total hours on other jobs | | | | | | | | | | | | 191.51 | State Tax | 49.42- |
| | | | | | Employer Benefits | | | | | | | | | | | | 22.53 | Medicare | 19.27- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | | | | State UI | 6.98- |
| | | | | | Net Wage | | | | | | | | | | 784.07 | | | State DI | 5.05- |
| | | | | | | | | | | | | | | | | | 391 Union Dues | 30.98- |
| | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 89.38- |
| | | | | | | | | | | | | | | | | | 395 Employee Union | 19.50- |
| | | | | | | | | | | | | | | | | | * WELFARE | 310.38 |
| | | | | | | | | | | | | | | | | | * PENSION | 216.13 |
| | | | | | | | | | | | | | | | | | * SET | 19.50 |
| | | | | | | | | | | | | | | | | | * DCF | 170.63 |
| | | | | | | | | | | | | | | | | | * LIUNA H&S | 1.63 |
| | | | | | | | | | | | | | | | | | * LIUNA  LECET | 8.13 |
| | | | | | | | | | | | | | | | | | * CIAP FUND | 5.85 |

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201410

| S.S.N.<br>Name & Address | S WH | Code<br>Class | A<br>W | Job<br>R | MON<br>03 | TUE<br>04 | WED<br>05 | THR<br>06 | FRI<br>07 | SAT<br>08 | SUN<br>09 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S 03 | SYLVI0203<br>SHOP STEWARD | 1 | 134122<br>R<br>O | | | | 8.00<br>1.50 | | | | 8.00<br>1.50 | 36.70<br>55.05 | .00<br>.00 | 293.60<br>82.58 | .00<br>.00 | .00<br>.00 | Hourly Gross<br>Federal Taxes<br>Social Security | 1449.66<br>214.92-<br>89.88- |
| 0469T - TEAMSTER-NJ<br>Check #(s) 706876<br>Male   White | | | | | | | | | | | | 9.50<br>27.50 | | | 376.18 | | .00 | State Tax<br>Medicare<br>State UI | 44.50-<br>21.02-<br>7.61- |
| | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | 815.22 | | 263.61<br>27.75 | State DI<br>351 Admin Fee (Garnishme<br>G25 G-PA SCDU | 5.51-<br>1.00-<br>250.00- |
| | | | | | | | | | | | | | | | | | | *      HEALTH & WELFARE<br>*      PENSION<br>*      ANNUITY<br>*      HEALTH & WELFARE | 158.05<br>288.05<br>331.80<br>1280.75 |

Case 2:19-cv-00247 J. Fletcher Creamer & Son, Inc. Document 1 Filed 01/08/19 Page 145 of 208 PageID: 145
Certified Payroll Report Ending Mar 09/14

Pay Period: 201410

134122 - NJTPK#A600.277- SIGN REPLACEMENT

<u>Job Totals</u>

| | A W R | MON 03 | TUE 04 | WED 05 | THR 06 | FRI 07 | SAT 08 | SUN 09 | Tot Hrs |
|---|---|---|---|---|---|---|---|---|---|
| Totals | 1 R | 40.00 | 72.00 | 72.00 | 72.00 | 104.00 | | | 360.00 |
| | O | | 6.50 | 11.50 | 9.50 | 10.00 | | | 37.50 |

Job Gross Total     16,571.28

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Labor Recap

| Class | Description | Rate | Employees |
|-------|-------------|------|-----------|
| A60 | APPRENTICE 60% | 24.02 | 1 |
| CA | | 44.07 | 3 |
| FM | FOREMAN | 37.50 | 1 |
| FM | FOREMAN | 43.04 | 1 |
| FM | FOREMAN | 47.69 | 1 |
| FM | FOREMAN | 48.83 | 2 |
| FM+$1.00 | FOREMAN | 38.50 | 1 |
| L2 | | 35.80 | 1 |
| LB | LABORER | 35.25 | 2 |
| SS | SHOP STEWARD | 36.70 | 1 |
| STER | | 48.09 | 1 |
| | | | 15 |

## Statement of Compliance

Date: Mar 12/14

Job: 134122 - NJTPK#A600.277- SIGN REPLACEMENT
County: Defalt

I, Gebbia, Joann hereby do state:

1) That I pay or supervise the payment of the persons employed by J. Fletcher Creamer & Son, Inc. on the ABOVE PROJECT; that during the payroll period commencing on Mar 03/14 and ending on Mar 09/14 all persons employed on the said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said J. Fletcher Creamer & Son, Inc. from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Sub-title A), issued by the secretary of Labor under the Copeland Act, as amended (48 Stat. 948,63 Stat. 108,72 Stat. 967,76 Stat. 357,40 U.S.C. 276c); and described below:

_____
_____
_____

2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete: that the wage rate or laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated in the contract; that the classification set forth therein for each laborer or mechanic conform with the work preformed.

3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, Unite States Department of Labor.

4) That:

    a. WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS,
        In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

    b. WHERE FRINGE BENEFITS ARE PAID IN CASH
        Each laborer or mechanic listed in the above referenced payroll has been paid as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

    c. EXCEPTIONS:

        EXCEPTIONS (CRAFT)        EXPLANATION

_____
_____
_____

Remarks:

Name: Gebbia, Joann   Title: _Payroll_   Signature: _JoAnn Gebbia_

The willful falsification of any of the above statements may subject the contractor or subcontractor to civil or criminal prosecution. See section 1001 of title 18 and section 231 of title 31 of the United States code.



**J. Fletcher Creamer & Son, Inc. (210680021)**
**Certified Payroll Report Ending Mar 16/14**

Pay Period: 201411

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Hourly | Fringe Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ████████ 00111 - Ironworks-North NJ Check #(s) 707189 Male White | S | 01 | ADAMS9120 APPRENTICE 60% | 1 | 134122 R O | 8.00 | 8.00 1.50 | 8.00 | 8.00 | | | | 32.00 1.50 33.50 | 24.02 36.03 | .00 .00 | 768.64 54.05 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI | 822.69 315.79 175.12- 70.59- 36.64- 16.51- 5.98- |
| | | | | | | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | 822.69 .00 | | .00 1072.03 32.00 463.84 | State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * ANNUITY * TRAINING * IAF * IMPACT | 4.33- 46.25- 315.79- 3.43- 399.01 375.04 251.74 34.25 1.71 10.28 |
| ████████ 0472L - LABORERS-NJ NORTH Check #(s) 707191 Male Hispanic or Latino | M | 00 | ALMEI6383 LABORER | 1 | 134122 R O | | 1.00 | 8.00 | 8.00 2.50 | 8.00 2.50 | | | 24.00 3.50 27.50 18.50 | 35.25 52.88 | .00 .00 | 846.00 185.07 1031.07 | .00 .00 | .00 .00 .00 619.58 22.53 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI | 1727.26 126.51 263.34- 114.93- 54.43- 26.88- 9.73- 7.04- |
| | | | | | | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | 1180.14 | 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * SET * DCF * LIUNA H&S * LIUNA LECET * CIAP FUND | 43.17- 126.51- 27.60- 439.30 305.90 27.60 241.50 2.30 11.50 8.28 |

Mar 19, 2014 01:11 pm

J. Fletcher Creamer & Son, Inc. (210688029 )
**Certified Payroll Report Ending Mar 16/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201411

| S.S.N.<br>Name & Address | S WH | Code<br>Class | A<br>W | Job<br>R | MON<br>10 | TUE<br>11 | WED<br>12 | THR<br>13 | FRI<br>14 | SAT<br>15 | SUN<br>16 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | —— Earnings & Deductions ——<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓▓▓<br>0255C - CARP-NJ<br>Check #(s) 707193<br>Male White | M 05 | AUXER9638<br>FOREMAN | 1 | 134122<br>R<br>O | | 8.00 | 8.00 | 8.00<br>3.00 | 8.00<br>3.00 | | | 32.00<br>6.00<br><br>38.00<br>8.00 | 48.83<br>73.25 | .00<br>.00 | 1562.56<br>439.48<br><br>2002.04 | .00<br>.00 | .00<br>.00<br><br>.00<br><br>1137.48<br>29.93 | Hourly Gross<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI | 2542.68<br>303.07-<br>157.65-<br>82.24-<br>36.87-<br>13.35-<br>9.66- |
| | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | | | 391 Union Dues<br>395 Employee Union<br>*    HEALTH<br>*    PENSION/ANNUITY<br>*    ATF<br>*    TRAINING/SAFETY<br>*    HEALTH<br>*    PENSION/ANNUITY<br>*    ATF<br>*    TRAINING/SAFETY | 95.71-<br>143.54-<br>520.53<br>560.57<br>40.04<br>16.34<br>101.57<br>109.38<br>7.81<br>3.44 |
| | | | | | | | | | | | | | | | 1700.59 | | | | |
| ▓▓▓▓▓▓▓<br>0825O - OPER ENGR NJ<br>Check #(s) 707195<br>Male White | S 00 | BAER 8791 | 1 | 134122<br>R<br>O | | 1.00 | 8.00 | 8.00 | 8.00<br>2.50 | | | 24.00<br>3.50<br><br>27.50<br>18.50 | 48.09<br>72.14 | .00<br>.00 | 1154.16<br>252.48<br><br>1406.64 | .00<br>.00 | .00<br>.00<br><br>.00<br><br>828.74<br>30.14 | Hourly Gross<br>190 Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI | 2356.42<br>49.00<br>530.16-<br>149.14-<br>123.76-<br>34.88-<br>12.63-<br>9.14- |
| | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | | | 391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*    PENSION<br>*    WELFARE<br>*    SUB-FUND<br>*    ANNUITY<br>*    CIAP FUND<br>*    ATC<br>*    LABOR MGMT FUND | 70.69-<br>49.00-<br>11.77-<br>318.50<br>624.78<br>134.78<br>208.28<br>3.92<br>61.28<br>36.78 |
| | | | | | | | | | | | | | | | 1414.25 | | | | |

| S.S.N. Name & Address | S WH | Code Class | A W R | Job | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S 00 | BRIEN1298 | 1 R | 134122 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 | 35.80 | .00 | 1432.00 | .00 | .00 | Hourly Gross | 1915.30 |
| | | | O | | 7.50 | 1.50 | | | | | | 9.00 | 53.70 | .00 | 483.30 | .00 | .00 | Federal Taxes | 392.92- |
| | | | | | | | | | | | | | | | | | | Social Security | 118.75- |
| | | | | | | | | | | | | 49.00 | | | 1915.30 | | .00 | State Tax | 89.46- |
| 0469T - TEAMSTER-NJ | | | | | | | | Total hours on other jobs | | | | .00 | | | | | | Medicare | 27.77- |
| Check #(s) 707471 | | | | | | | | Employer Benefits | | | | | | | | 1364.97 | State UI | 10.06- |
| Male  White | | | | | | | | Hourly Fringe Rate | | | | | | | | 27.86 | State DI | 7.28- |
| | | | | | | | | Net Wage | | | | | | | | | G23 G-NJ FAMILY SU | 160.00- |
| | | | | | | | | | | | | | | | 1109.06 | | | * PENSION | 381.47 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 449.40 |
| | M 05 | CACOI1851 LABORER | 1 R | 134122 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 | 35.25 | .00 | 1410.00 | .00 | .00 | Hourly Gross | 1885.87 |
| | | | O | | 7.50 | 1.50 | | | | | | 9.00 | 52.88 | .00 | 475.87 | .00 | .00 | 190 Taxable Union B | 134.76 |
| | | | | | | | | | | | | | | | | | | Federal Taxes | 210.06- |
| | | | | | | | | | | | | 49.00 | | | 1885.87 | | .00 | Social Security | 125.28- |
| 0472L - LABORERS-NJ NORTH | | | | | | | | Total hours on other jobs | | | | .00 | | | | | | State Tax | 58.74- |
| Check #(s) 707311 | | | | | | | | Employer Benefits | | | | | | | | 1103.98 | Medicare | 29.30- |
| Male  White | | | | | | | | Hourly Fringe Rate | | | | | | | | 22.53 | State UI | 10.61- |
| | | | | | | | | Net Wage | | | | | | | | | State DI | 7.68- |
| | | | | | | | | | | | | | | | 1194.66 | | | 391 Union Dues | 47.14- |
| | | | | | | | | | | | | | | | | | | G23 G-NJ FAMILY SU | 173.00- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 134.76- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 29.40- |
| | | | | | | | | | | | | | | | | | | * WELFARE | 467.95 |
| | | | | | | | | | | | | | | | | | | * PENSION | 325.85 |
| | | | | | | | | | | | | | | | | | | * SET | 29.40 |
| | | | | | | | | | | | | | | | | | | * DCF | 257.25 |
| | | | | | | | | | | | | | | | | | | * LIUNA H&S | 2.45 |
| | | | | | | | | | | | | | | | | | | * LIUNA  LECET | 12.25 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 8.82 |

J. Fletcher Creamer & Son, Inc. (210860025)
**Certified Payroll Report Ending Mar 16/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201411

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 00 | DZUBE7423 FOREMAN | 1 | 134122 R O | 8.00 | 8.00 | 8.00 | 8.00 3.00 | 8.00 3.00 | | | 40.00 6.00 | 48.83 73.25 | .00 .00 | 1953.20 439.48 | .00 .00 | .00 .00 | Hourly Gross | 2392.68 |
| 0253C - CARP-NJ Check #(s) 707335 Male White | | | | | | | | | | | | 46.00 .00 | | | 2392.68 | | .00 | Federal Taxes Social Security State Tax | 398.07- 148.35- 87.30- |
| | | | | | | Total hours on other jobs | | | | | | | | | | | 1359.68 | Medicare State UI | 34.69- 12.56- |
| | | | | | | Employer Benefits Hourly Fringe Rate | | | | | | | | | | | 29.56 | State DI 391 Union Dues | 9.09- 95.71- |
| | | | | | | Net Wage | | | | | | | | | 1463.36 | | | 395 Employee Union | 143.55- |
| | | | | | | | | | | | | | | | | | | * HEALTH | 622.10 |
| | | | | | | | | | | | | | | | | | | * PENSION/ANNUITY | 669.95 |
| | | | | | | | | | | | | | | | | | | * ATF | 47.85 |
| | | | | | | | | | | | | | | | | | | * TRAINING/SAFETY | 19.78 |
| | M 01 | FERIS7235 LABORER | 1 | 134122 R O | 8.00 9.50 | 8.00 3.00 | 8.00 | 8.00 3.50 | 8.00 3.00 | | | 40.00 19.00 | 35.25 52.88 | .00 .00 | 1410.00 1004.63 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B | 2414.63 162.26 |
| 0472L - LABORERS-NJ NORTH Check #(s) 707340 Male White | | | | | | | | | | | | 59.00 .00 | | | 2414.63 | | .00 | Federal Taxes Social Security State Tax | 425.12- 159.77- 97.36- |
| | | | | | | Total hours on other jobs | | | | | | | | | | | 1329.29 | Medicare State UI | 37.36- 13.53- |
| | | | | | | Employer Benefits Hourly Fringe Rate | | | | | | | | | | | 22.53 | State DI 391 Union Dues | 9.79- 60.37- |
| | | | | | | Net Wage | | | | | | | | | 1575.93 | | | 390 Tax Union Deduc | 162.26- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 35.40- |
| | | | | | | | | | | | | | | | | | | * WELFARE | 563.45 |
| | | | | | | | | | | | | | | | | | | * PENSION | 392.35 |
| | | | | | | | | | | | | | | | | | | * SET | 35.40 |
| | | | | | | | | | | | | | | | | | | * DCF | 309.75 |
| | | | | | | | | | | | | | | | | | | * LIUNA H&S | 2.95 |
| | | | | | | | | | | | | | | | | | | * LIUNA LECET | 14.75 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 10.62 |

Mar 19, 2014 01:11 pm

134122 - NJTPK#A600.277- SIGN REPLACEMENT — Pay Period: 201411

| S.S.N. Name & Address | S WH | Code Class | A W R | Job | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions / Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ 0472L - LABORERS-NJ NORTH Check #(s) 707351 Male White | M 00 | GOUVE9034 FOREMAN | 1 R O | 134122 | 8.00 9.50 | 8.00 3.00 | 8.00 | 8.00 3.50 | 8.00 3.00 | | | 40.00 19.00 — 59.00 .00 | 38.50 57.75 | .00 .00 | 1540.00 1097.26 — 2637.26 .00 1684.54 | .00 .00 | .00 .00 — .00 1329.29 22.53 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * SET * DCF * LIUNA H&S * LIUNA LECET * CIAP FUND | 2637.27 162.26 499.78- 173.57- 112.12- 40.59- 14.70- 10.64- 65.93- 162.26- 35.40- 563.45 392.35 35.40 309.75 2.95 14.75 10.62 Total hours on other jobs / Employer Benefits / Hourly Fringe Rate / Net Wage |
| ███ 0825O - OPER ENGR NJ Check #(s) 707354 Male White | M 01 | HALEY7279 | 1 R O | 134122 | 8.00 7.50 | 8.00 1.50 | 8.00 | 8.00 | 8.00 | | | 40.00 9.00 — 49.00 .00 | 44.07 66.11 | .00 .00 | 1762.80 594.95 — 2357.75 1597.98 | .00 .00 | .00 .00 — .00 1515.88 30.94 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * PENSION * WELFARE * SUB-FUND * ANNUITY * CIAP FUND * ATC * LABOR MGMT FUND | 2357.75 53.50 383.71- 149.50- 87.26- 34.98- 12.66- 9.16- 70.73- 53.50- 11.79- 347.75 682.17 147.17 227.42 4.28 66.92 40.17 Total hours on other jobs / Employer Benefits / Hourly Fringe Rate / Net Wage |

J. Fletcher Creamer & Son, Inc. (21088027)
**Certified Payroll Report Ending Mar 16/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201411

| S.S.N. Name & Address | S WH | Code Class | A W R | Job | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | —— Earnings & Deductions —— Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S 04 | HAND 9307 | | 134122 | | | | | | | | | | | | | | Hourly Gross | 1771.21 |
| | | | 1 R | | | | 8.00 | | | | | 8.00 | 44.07 | .00 | 352.56 | .00 | .00 | 190 Taxable Union B | 37.50 |
| | | | 1 R | | 8.00 | 8.00 | | | | | | 16.00 | 48.09 | .00 | 769.44 | .00 | .00 | Federal Taxes | 285.68- |
| | | | O | | 7.50 | 1.50 | | | | | | 9.00 | 72.14 | .00 | 649.21 | .00 | .00 | Social Security | 112.14- |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | 33.00 | | | 1771.21 | | .00 | State Tax | 76.61- |
| Check #(s) 707227 | | | | | | | | | | | | .00 | | | | | | Medicare | 26.23- |
| Male White | | | | | Total hours on other jobs | | | | | | | | | | | | 1062.60 | State UI | 9.50- |
| | | | | | Employer Benefits | | | | | | | | | | | | 32.20 | State DI | 6.87- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | | | | 300 Federal Withholding | 10.00- |
| | | | | | Net Wage | | | | | | | | | | 930.19 | | | 351 Admin Fee (Garnishme | 1.00- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 53.14- |
| | | | | | | | | | | | | | | | | | | G23 G-NJ FAMILY SU | 251.00- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 37.50- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 8.85- |
| | | | | | | | | | | | | | | | | | | * PENSION | 243.75 |
| | | | | | | | | | | | | | | | | | | * WELFARE | 478.17 |
| | | | | | | | | | | | | | | | | | | * SUB-FUND | 103.17 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 159.42 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 3.00 |
| | | | | | | | | | | | | | | | | | | * ATC | 46.92 |
| | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 28.17 |

J. Fletcher Creamer & Son, Inc. (2108080012)
**Certified Payroll Report Ending Mar 16/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S WH | Code Class | A W R | Job | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 04 | JIMEN7684 | 1 | 134122 R O | | | | 8.00 | 8.00 2.50 | | | 16.00 2.50 | 44.07 66.11 | .00 .00 | 705.12 165.26 | .00 .00 | .00 .00 | Hourly Gross | 2093.32 |
| | | | | | | | | | | | | | | | | | | 190 Taxable Union B | 47.50 |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | 18.50 | | | 870.38 | | .00 | Federal Taxes | 259.11- |
| Check #(s) 707358 | | | | | | | Total hours on other jobs | | | | | 26.50 | | | | | | Social Security | 132.73- |
| Male Hispanic or Latino | | | | | | | Employer Benefits | | | | | | | | | | 559.58 | State Tax | 87.24- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | 30.25 | Medicare | 31.04- |
| | | | | | | | Net Wage | | | | | | | | 1510.55 | | | State UI | 11.24- |
| | | | | | | | | | | | | | | | | | | State DI | 8.14- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 62.81- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 47.50- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 10.46- |
| | | | | | | | | | | | | | | | | | | * PENSION | 308.75 |
| | | | | | | | | | | | | | | | | | | * WELFARE | 605.65 |
| | | | | | | | | | | | | | | | | | | * SUB-FUND | 130.65 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 201.90 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 3.80 |
| | | | | | | | | | | | | | | | | | | * ATC | 59.40 |
| | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 35.65 |
| | S 00 | MECSE9197 | 1 | 134122 R | | | | | 8.00 | | | 8.00 | 35.85 | .00 | 286.80 | .00 | .00 | Hourly Gross | 1231.52 |
| | | | | | | | | | | | | | | | | | | Federal Taxes | 217.38- |
| 0469T - TEAMSTER-NJ | | | | | | | | | | | | 8.00 | | | 286.80 | | .00 | Social Security | 76.35- |
| Check #(s) 707253 | | | | | | | Total hours on other jobs | | | | | 25.50 | | | | | | State Tax | 43.49- |
| Male White | | | | | | | Employer Benefits | | | | | | | | | | 216.68 | Medicare | 17.86- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | 27.09 | State UI | 6.47- |
| | | | | | | | Net Wage | | | | | | | | 865.29 | | | State DI | 4.68- |
| | | | | | | | | | | | | | | | | | | * HEALTH & WELFARE | 365.15 |
| | | | | | | | | | | | | | | | | | | * PENSION | 260.80 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 287.70 |

J. Fletcher Creamer & Son, Inc. (2106380265)
**Certified Payroll Report Ending Mar 16/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201411

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 03 | MELOF2291 FOREMAN | 1 | 134122 R O | | 1.00 | 8.00 3.00 | 8.00 | 8.00 2.50 | | | 24.00 6.50 | 47.69 71.54 | .00 .00 | 1144.56 464.99 | .00 .00 | .00 .00 | Hourly Gross | 2551.43 |
| ████████ | | | | | | | | | | | | 30.50 | | | 1609.55 | | .00 | 190 Taxable Union B | 367.50 |
| 1456C - DOCKBLDER | | | | | | | | | | | | 18.50 | | | | | 1004.98 | Federal Taxes | 472.63- |
| Check #(s) 707529 | | | | | | | Total hours on other jobs | | | | | | | | | | 32.95 | Social Security | 180.97- |
| Male White | | | | | | | Employer Benefits | | | | | | | | | | | State Tax | 115.88- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | 1662.19 | | Medicare | 42.32- |
| | | | | | | | Net Wage | | | | | | | | | | | State UI | 15.32- |
| | | | | | | | | | | | | | | | | | | State DI | 11.09- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 51.03- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 367.50- |
| | | | | | | | | | | | | | | | | | | * WELFARE | 678.16 |
| | | | | | | | | | | | | | | | | | | * PENSION | 441.00 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 458.15 |
| | | | | | | | | | | | | | | | | | | * AJREIF | 19.60 |
| | | | | | | | | | | | | | | | | | | * SUPPLEM & IBC | 7.35 |
| | | | | | | | | | | | | | | | | | | * NYCDC LAB MGMT | 7.35 |
| | | | | | | | | | | | | | | | | | | * CIAP PROMO FUND | 2.94 |
| | M 02 | MORAL4611 | 1 | 134122 R O | | 1.00 | 8.00 | 8.00 | 8.00 2.50 | | | 24.00 3.50 | 31.05 46.58 | .00 .00 | 745.20 163.02 | .00 .00 | .00 .00 | Hourly Gross | 1521.46 |
| ████████ | | | | | | | | | | | | 27.50 | | | 908.22 | | .00 | 190 Taxable Union B | 118.91 |
| 0676T - TEAMSTERS - NJ SOUTHERN | | | | | | | | | | | | 18.50 | | | | | 519.75 | Federal Taxes | 181.36- |
| Check #(s) 707255 | | | | | | | Total hours on other jobs | | | | | | | | | | 18.90 | Social Security | 101.70- |
| Male Hispanic or Latino | | | | | | | Employer Benefits | | | | | | | | | | | State Tax | 39.06- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | 1160.71 | | Medicare | 23.79- |
| | | | | | | | Net Wage | | | | | | | | | | | State UI | 8.61- |
| | | | | | | | | | | | | | | | | | | State DI | 6.23- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 118.91- |
| | | | | | | | | | | | | | | | | | | * HEALTH & WELFARE | 346.15 |
| | | | | | | | | | | | | | | | | | | * PENSION | 299.00 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 224.25 |

Mar 19, 2014 01:11 pm

**J. Fletcher Creamer & Son Inc. (210000029)**
**Certified Payroll Report Ending Mar 16/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S WH | Code Class | A W R | Job | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Fringe Gross | Earnings & Deductions / Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ████████ 1456C - DOCKBLDER Check #(s) 707389 Male White | S 02 | OATES0474 FOREMAN | 1 | 134122 R O | 8.00 7.50 | 8.00 1.50 | 8.00 | 8.00 | 8.00 | | | 40.00 9.00 49.00 .00 | 47.69 71.54 | .00 .00 | 1907.60 643.81 2551.41 | .00 .00 | .00 .00 .00 1614.56 32.95 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc * WELFARE * PENSION * ANNUITY * AJREIF * SUPPLEM & IBC * NYCDC LAB MGMT * CIAP PROMO FUND | 2551.41 367.50 631.37- 180.97- 157.02- 42.32- 15.32- 11.09- 51.03- 367.50- 678.16 441.00 458.15 19.60 7.35 7.35 2.94 |
| | | | | | | | | | | | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | .00 2551.41 1462.29 |
| ████████ 0825O - OPER ENGR NJ Check #(s) 707425 Male White | M 00 | WIED 6378 | 1 | 134122 R O | 8.00 | 8.00 | 8.00 3.00 | 8.00 | | | | 32.00 3.00 35.00 .00 | 44.07 66.11 | .00 .00 | 1410.24 198.32 1608.56 | .00 .00 | .00 .00 .00 1034.12 29.55 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * PENSION * WELFARE * SUB-FUND * ANNUITY * CIAP FUND * ATC * LABOR MGMT FUND | 1608.56 36.50 211.17- 101.99- 41.69- 23.85- 8.64- 6.25- 48.26- 36.50- 8.04- 237.25 465.39 100.39 155.14 2.92 45.64 27.39 |
| | | | | | | | | | | | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | .00 1608.56 1158.67 |

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Job Totals

| | A W R | MON 10 | TUE 11 | WED 12 | THR 13 | FRI 14 | SAT 15 | SUN 16 | Tot Hrs |
|---|---|---|---|---|---|---|---|---|---|
| Totals | 1 R | 88.00 | 88.00 | 120.00 | 120.00 | 104.00 | | | 520.00 |
| | O | 56.50 | 19.00 | 3.00 | 16.00 | 24.50 | | | 119.00 |

Job Gross Total        28,472.06

J. Fletcher Creamer & Son, Inc. (210000029)
**Certified Payroll Report Ending Mar 16/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201411

<u>Labor Recap</u>

| Class | Description | Rate | Employees |
|---|---|---|---|
| A60 | APPRENTICE 60% | 24.02 | 1 |
| CA | · | 44.07 | 4 |
| FM | FOREMAN | 47.69 | 2 |
| FM | FOREMAN | 48.83 | 2 |
| FM+$1.00 | FOREMAN | 38.50 | 1 |
| L2 | | 35.80 | 1 |
| L3 | | 35.85 | 1 |
| L5 | | 31.05 | 1 |
| LB | LABORER | 35.25 | 3 |
| STER | | 48.09 | 2 |
| | | | 18 |

Mar 19, 2014 01:11 pm

Page 11

## Statement of Compliance

Date: Mar 19/14

Job: 134122 - NJTPK#A600.277- SIGN REPLACEMENT
County: Defalt

I, Gebbia, Joann hereby do state:

1) That I pay or supervise the payment of the persons employed by J. Fletcher Creamer & Son, Inc. on the ABOVE PROJECT; that during the payroll period commencing on Mar 10/14 and ending on Mar 16/14 all persons employed on the said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said J. Fletcher Creamer & Son, Inc. from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Sub-title A), issued by the secretary of Labor under the Copeland Act, as amended (48 Stat. 948,63 Stat. 108,72 Stat. 967,76 Stat. 357,40 U.S.C. 276c); and described below:

_____
_____
_____

2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete: that the wage rate or laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated in the contract; that the classification set forth therein for each laborer or mechanic conform with the work preformed.

3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, Unite States Department of Labor.

4) That:

    a. WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS,

        In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

    b. WHERE FRINGE BENEFITS ARE PAID IN CASH

        Each laborer or mechanic listed in the above referenced payroll has been paid as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

    c. EXCEPTIONS:

        EXCEPTIONS (CRAFT)        EXPLANATION

_____
_____
_____

Remarks:

Name: Gebbia, Joann   Title: Payroll   Signature: JoAnn Gebbia

The willful falsification of any of the above statements may subject the contractor or subcontractor to civil or criminal prosecution. See section 1001 of title 18 and section 231 of title 31 of the United States code.



**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N.<br>Name & Address | S | WH | Code<br>Class | A<br>W | Job<br>R | MON<br>17 | TUE<br>18 | WED<br>19 | THR<br>20 | FRI<br>21 | SAT<br>22 | SUN<br>23 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 01 | ADAMS9120<br>APPRENTICE 60% | 1 | 134122<br>R<br>O | 8.00<br>2.00 | 8.00<br>2.50 | 8.00 | 8.00<br>2.00 | 1.50 | 9.50 | | 33.50<br>16.00 | 24.02<br>36.03 | .00<br>.00 | 804.67<br>576.49 | .00<br>.00 | .00<br>.00 | Hourly Gross | 1381.17 |
| 00111 - Ironworks-North NJ<br>Check #(s) 707749<br>Male  White | | | | | | | | | | | | | 49.50 | | | 1381.16 | | .00 | 150 Shift Premium<br>190 Taxable Union B<br>Federal Taxes | 5.41<br>530.16<br>372.05- |
| | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | .00 | | | | | 1799.77<br>36.36 | Social Security<br>State Tax<br>Medicare | 118.84-<br>88.21-<br>27.79- |
| | | | | | | | | | | | | | | | | 678.87 | | | State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*    WELFARE<br>*    PENSION<br>*    ANNUITY<br>*    TRAINING<br>*    IAF<br>*    IMPACT | 10.06-<br>7.28-<br>77.72-<br>530.16-<br>5.76-<br>669.88<br>629.63<br>422.63<br>57.50<br>2.88<br>17.25 |
| | M | 00 | ALMEI6383<br>LABORER | 1 | 134122<br>R<br>O | 8.00<br>1.00 | 8.00<br>3.00 | 8.00<br>3.50 | 8.00<br>3.50 | 3.00 | 14.50 | | 35.00<br>25.50 | 35.25<br>52.88 | .00<br>.00 | 1233.75<br>1348.32 | .00<br>.00 | .00<br>.00 | Hourly Gross | 2582.08 |
| 0472L - LABORERS-NJ NORTH<br>Check #(s) 707750<br>Male  Hispanic or Latino | | | | | | | | | | | | | 60.50 | | | 2582.07 | | .00 | 150 Shift Premium<br>190 Taxable Union B<br>Federal Taxes | 7.50<br>166.38<br>488.89- |
| | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | .00 | | | | | 1363.08<br>22.53 | Social Security<br>State Tax<br>Medicare | 170.87-<br>109.46-<br>39.96- |
| | | | | | | | | | | | | | | | | 1654.41 | | | State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*    WELFARE<br>*    PENSION<br>*    SET<br>*    DCF<br>*    LIUNA H&S | 14.47-<br>10.47-<br>64.75-<br>166.38-<br>36.30-<br>577.78<br>402.33<br>36.30<br>317.63<br>3.03 |

**J. Fletcher Creamer & Son, Inc. (210665029    )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | * | LIUNA  LECET | 15.13 |
| | | | | | | | | | | | | | | | | | | * | CIAP FUND | 10.89 |
| ■■■■■ 0255C - CARP-NJ Check #(s) 707752 Male  White | M 05 | AUXER9638 FOREMAN | 1 | 134122 R O | 8.00 | 8.00 | 8.00 | 8.00 1.50 | 8.00 | | | 40.00 1.50 41.50 | 48.83 73.25 | .00 .00 | 1953.20 109.87 2063.07 | .00 .00 | .00 .00 1173.17 28.27 | Hourly Gross Federal Taxes Social Security State Tax Medicare State UI State DI 391 Union Dues 395 Employee Union * HEALTH * PENSION/ANNUITY * ATF * TRAINING/SAFETY | 2063.07 220.67- 127.91- 61.33- 29.91- 10.83- 7.84- 82.52- 123.79- 536.40 577.66 41.26 17.85 |
| | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | .00 | | | | | 1398.27 | | |
| ■■■■■ 0825O - OPER ENGR NJ Check #(s) 707753 Male  White | S 00 | BAER 8791 | 1 | 134122 R O | 8.00 1.00 | 8.00 3.00 | 8.00 1.00 | 8.00 3.50 | 3.00 | 8.00 | | 35.00 16.50 51.50 | 48.09 72.14 | .00 .00 | 1683.15 1190.24 2873.39 | .00 .00 | .00 .00 1705.88 33.12 | Hourly Gross 150 Shift Premium 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * PENSION * WELFARE * SUB-FUND * ANNUITY * CIAP FUND * ATC * LABOR MGMT FUND | 2873.39 21.64 60.20 684.10- 183.22- 162.25- 42.85- 15.51- 11.23- 86.85- 60.20- 14.48- 368.88 723.65 156.15 241.27 4.54 71.02 42.65 |
| | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | .00 | | | | | 1694.54 | | |

Mar 28, 2014 08:58 am

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N. Name & Address | S | Code WH Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | —— Earnings & Deductions —— Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Employer Benefits (*):
| | | |
|---|---|---|
| * | PENSION | 22.44 |
| * | WELFARE | 43.98 |
| * | SUB-FUND | 9.48 |
| * | ANNUITY | 14.67 |
| * | APP. TRAINING AND RE | 4.32 |
| * | CIAP FUND | .27 |
| * | LABOR MGMT FUND | 2.58 |

---

**0469T - TEAMSTER-NJ**
Check #(s) 707933
Male  White

S 00  BRIEN1298

| | Job | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | NCF Hourly | Gross | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 134122 R | 8.00 | 8.00 | 8.00 | 8.00 | 1.50 | | | 33.50 | 35.80 | .00 | 1199.30 | .00 | .00 | | Hourly Gross | 1897.40 |
| | O | 2.00 | 2.50 | | | | 8.50 | | 13.00 | 53.70 | .00 | 698.10 | .00 | .00 | 150 | Shift Premium | 3.75 |
| | | | | | | | | | 46.50 | | | 1897.40 | | .00 | | Federal Taxes | 388.96- |
| | | | | | | | | | .00 | | | | | | | Social Security | 117.87- |
| | | Total hours on other jobs | | | | | | | | | | | | | State Tax | 88.47- |
| | | Employer Benefits | | | | | | | | | | | 1314.05 | | Medicare | 27.57- |
| | | Hourly Fringe Rate | | | | | | | | | | | 28.26 | | State UI | 9.98- |
| | | Net Wage | | | | | | | | | | 1101.08 | | | | State DI | 7.22- |
| | | | | | | | | | | | | | | | G23 | G-NJ FAMILY SU | 160.00- |
| | | | | | | | | | | | | | | | * | PENSION | 362.00 |
| | | | | | | | | | | | | | | | * | ANNUITY | 445.20 |

---

**0472L - LABORERS-NJ NORTH**
Check #(s) 707619
Male  White

M 05  CACOI1851
LABORER

| | Job | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | NCF Hourly | Gross | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 134122 R | 8.00 | 8.00 | 8.00 | 8.00 | 1.50 | | | 33.50 | 35.25 | .00 | 1180.88 | .00 | .00 | | Hourly Gross | 2423.46 |
| | O | 2.00 | 2.00 | 3.50 | 6.50 | | 9.50 | | 23.50 | 52.88 | .00 | 1242.56 | .00 | .00 | 150 | Shift Premium | 3.75 |
| | | | | | | | | | 57.00 | | | 2423.44 | | .00 | 190 | Taxable Union B | 156.76 |
| | | | | | | | | | .00 | | | | | | | Federal Taxes | 350.89- |
| | | Total hours on other jobs | | | | | | | | | | | | | Social Security | 160.21- |
| | | Employer Benefits | | | | | | | | | | | 1284.23 | | State Tax | 93.10- |
| | | Hourly Fringe Rate | | | | | | | | | | | 22.53 | | Medicare | 37.47- |
| | | Net Wage | | | | | | | | | | 1494.26 | | | | State UI | 13.57- |
| | | | | | | | | | | | | | | | | State DI | 9.82- |
| | | | | | | | | | | | | | | | 391 | Union Dues | 60.69- |
| | | | | | | | | | | | | | | | G23 | G-NJ FAMILY SU | 173.00- |
| | | | | | | | | | | | | | | | 390 | Tax Union Deduc | 156.76- |
| | | | | | | | | | | | | | | | 395 | Employee Union | 34.20- |
| | | | | | | | | | | | | | | | * | WELFARE | 544.35 |
| | | | | | | | | | | | | | | | * | PENSION | 379.05 |
| | | | | | | | | | | | | | | | * | SET | 34.20 |

J. Fletcher Creamer & Son, Inc. (210665029 )
Certified Payroll Report Ending Mar 23/14

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | * DCF | 299.25 |
| | | | | | | | | | | | | | | | | | | * LIUNA H&S | 2.85 |
| | | | | | | | | | | | | | | | | | | * LIUNA LECET | 14.25 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 10.26 |
| | S 00 | CHERR9605 | 1 | 134122 R O | | | | 9.50 | | | | .00 9.50 | 44.07 66.11 | .00 .00 | .00 628.00 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B Federal Taxes | 2886.60 65.50 683.23- |
| 0825O - OPER ENGR NJ Check #(s) 707624 Male White | | | | | | | | | | | | 9.50 47.50 | | | 628.00 | | .00 403.94 42.52 | Social Security State Tax Medicare | 183.03- 162.03- 42.81- |
| | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | | | | | 391 Union Dues 390 Tax Union Deduc 395 Employee Union | 86.60- 65.50- 14.43- |
| | | | | | | | | | | | | | | | | 1714.47 | * PENSION * WELFARE * SUB-FUND * ANNUITY * CIAP FUND * ATC * LABOR MGMT FUND | 425.75 835.21 180.21 278.46 5.24 81.96 49.21 |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 02 | DEMAT2465 LABORER | 1 | 134122 R O | | | | 8.00 1.50 | 8.00 10.00 | | | 16.00 11.50 | 35.25 52.88 | .00 .00 | 564.00 608.06 | .00 .00 | .00 .00 | Hourly Gross 150 Shift Premium 190 Taxable Union B | 2070.95 146.88 144.38 |
| 0472L - LABORERS-NJ NORTH Check #(s) 707643 Male  White | | | | | | | | | | | | | 27.50 25.00 | | | 1172.06 | | .00 | Federal Taxes Social Security State Tax | 352.45- 146.46- 83.09- |
| | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | | | 1493.25 | | 619.58 22.53 | Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * SET * DCF * LIUNA H&S * LIUNA  LECET * CIAP FUND | 34.25- 12.40- 8.98- 55.45- 144.38- 31.50- 501.38 349.13 31.50 275.63 2.63 13.13 9.45 |

Mar 28, 2014 08:58 am

**J. Fletcher Creamer & Son, Inc. (210665029  )**
**Certified Payroll Report Ending Mar 23/14**

Pay Period: 201412

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions — Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 00 | DZUBE7423 FOREMAN | 1 | 134122 R O | 8.00 | 8.00 | 8.00 | 8.00 1.50 | 8.00 | | | 40.00 1.50 | 48.83 73.25 | .00 .00 | 1953.20 109.87 | .00 .00 | .00 .00 | Hourly Gross Federal Taxes Social Security | 2063.07 315.67- 127.91- |
| 0253C - CARP-NJ Check #(s) 707647 Male  White | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | 41.50 .00 | | | 2063.07 1297.41 | | .00 1173.17 28.27 | State Tax Medicare State UI State DI 391 Union Dues 395 Employee Union *   HEALTH *   PENSION/ANNUITY *   ATF *   TRAINING/SAFETY | 67.19- 29.91- 10.83- 7.84- 82.52- 123.79- 536.40 577.66 41.26 17.85 |
| | M | 01 | FERIS7235 LABORER | 1 | 134122 R O | 8.00 3.00 | 8.00 3.50 | 8.00 | 8.00 5.00 | 8.00 | | | 40.00 11.50 | 35.25 52.88 | .00 .00 | 1410.00 608.07 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security | 2018.07 141.63 320.83- 133.90- |
| 0472L - LABORERS-NJ NORTH Check #(s) 707652 Male  White | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | 51.50 .00 | | | 2018.07 1359.21 | | .00 1160.30 22.53 | State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union *   WELFARE *   PENSION *   SET *   DCF *   LIUNA H&S *   LIUNA  LECET *   CIAP FUND | 71.91- 31.32- 11.34- 8.21- 50.45- 141.63- 30.90- 491.83 342.48 30.90 270.38 2.58 12.88 9.27 |

Mar 28, 2014 08:58 am

**J. Fletcher Creamer & Son, Inc. (210665027 )**
**Certified Payroll Report Ending Mar 23/14**

Pay Period: 201412

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 00 | FERNA9491 FOREMAN | 1 | 134122 R O | | | | 8.00 1.50 | 8.00 10.00 | | | 16.00 11.50 | 37.50 56.25 | .00 .00 | 600.00 646.88 | .00 .00 | .00 .00 | Hourly Gross 150 Shift Premium 190 Taxable Union B | 2203.13 146.88 144.38 |
| 0472L - LABORERS-NJ NORTH Check #(s) 707658 Male White | | | | | | | | | | | | 27.50 25.00 | | | 1246.88 | | .00 619.58 22.53 | Federal Taxes Social Security Medicare State Tax State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union WELFARE PENSION SET DCF LIUNA H&S LIUNA LECET CIAP FUND | 423.50- 154.65- 93.50- 36.17- 13.10- 9.48- 58.76- 144.38- 31.50- 501.38 349.13 31.50 275.63 2.63 13.13 9.45 |
| | | | | | | | | | | | | | | | 1529.35 | | | | |

Total hours on other jobs
Employer Benefits
Hourly Fringe Rate
Net Wage

**J. Fletcher Creamer & Son, Inc. (210665029)**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 00 | GOUVE9034 FOREMAN | 1 | 134122 R O | 8.00 3.00 | 8.00 3.50 | 8.00 | 8.00 5.00 | 8.00 2.00 | | | 40.00 13.50 | 38.50 57.75 | .00 .00 | 1540.00 779.63 | .00 .00 | .00 .00 | Hourly Gross | 2319.63 |
| | | | | | | | | | | | | | | | | | | 190 Taxable Union B | 147.13 |
| 0472L - LABORERS-NJ NORTH | | | | | | | | | | | | 53.50 | | | 2319.63 | | .00 | Federal Taxes | 416.59- |
| Check #(s) 707664 | | | | | Total hours on other jobs | | | | | | | .00 | | | | | | Social Security | 152.94- |
| Male  White | | | | | Employer Benefits | | | | | | | | | | | | 1205.36 | State Tax | 91.82- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | | | 22.53 | Medicare | 35.77- |
| | | | | | Net Wage | | | | | | | | | | 1510.09 | | | State UI | 12.95- |
| | | | | | | | | | | | | | | | | | | State DI | 9.37- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 58.00- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 147.13- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 32.10- |
| | | | | | | | | | | | | | | | | | | *   WELFARE | 510.93 |
| | | | | | | | | | | | | | | | | | | *   PENSION | 355.78 |
| | | | | | | | | | | | | | | | | | | *   SET | 32.10 |
| | | | | | | | | | | | | | | | | | | *   DCF | 280.88 |
| | | | | | | | | | | | | | | | | | | *   LIUNA H&S | 2.68 |
| | | | | | | | | | | | | | | | | | | *   LIUNA  LECET | 13.38 |
| | | | | | | | | | | | | | | | | | | *   CIAP FUND | 9.63 |
| | M 01 | HALEY7279 | 1 | 134122 R O | 8.00 2.00 | 8.00 1.50 | 8.00 3.50 | 8.00 4.00 | 1.50 | | 9.50 | 33.50 20.50 | 44.07 66.11 | .00 .00 | 1476.35 1355.16 | .00 .00 | .00 .00 | Hourly Gross | 2831.51 |
| | | | | | | | | | | | | | | | | | | 150 Shift Premium | 9.92 |
| | | | | | | | | | | | | 54.00 | | | 2831.51 | | .00 | 190 Taxable Union B | 64.25 |
| 0825O - OPER ENGR NJ | | | | | Total hours on other jobs | | | | | | | .00 | | | | | | Federal Taxes | 507.32- |
| Check #(s) 707667 | | | | | Employer Benefits | | | | | | | | | | | | 1820.72 | Social Security | 180.15- |
| Male  White | | | | | Hourly Fringe Rate | | | | | | | | | | | | 33.72 | State Tax | 117.44- |
| | | | | | Net Wage | | | | | | | | | | 1868.65 | | | Medicare | 42.13- |
| | | | | | | | | | | | | | | | | | | State UI | 15.25- |
| | | | | | | | | | | | | | | | | | | State DI | 11.04- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 85.24- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 64.25- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 14.21- |
| | | | | | | | | | | | | | | | | | | *   PENSION | 417.63 |
| | | | | | | | | | | | | | | | | | | *   WELFARE | 819.29 |
| | | | | | | | | | | | | | | | | | | *   SUB-FUND | 176.79 |
| | | | | | | | | | | | | | | | | | | *   ANNUITY | 273.17 |
| | | | | | | | | | | | | | | | | | | *   CIAP FUND | 5.14 |

Mar 28, 2014 08:58 am

**J. Fletcher Creamer & Son, Inc. (210665029 )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | * ATC | 80.42 |
| | | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 48.29 |
| | S | 04 | HAND 9307 | | 134122 | | | | | | | | | | | | | | | |
| | | | | 1 | R | 8.00 | 8.00 | 8.00 | 8.00 | 1.50 | | | 33.50 | 48.09 | .00 | 1611.02 | .00 | .00 | Hourly Gross | 2693.05 |
| | | | | | O | 2.50 | 2.00 | 1.00 | | | 9.50 | | 15.00 | 72.14 | .00 | 1082.03 | .00 | .00 | 150 Shift Premium | 10.82 |
| | | | | | | | | | | | | | | | | | | | 190 Taxable Union B | 56.23 |
| 08250 - OPER ENGR NJ | | | | | | | | | | | | | 48.50 | | | 2693.05 | | .00 | Federal Taxes | 544.35- |
| Check #(s) 707798 | | | | | | | | | | | | | .00 | | | | | | Social Security | 171.13- |
| Male White | | | | | | | Total hours on other jobs | | | | | | | | | 1593.23 | State Tax | 143.21- |
| | | | | | | | Employer Benefits | | | | | | | | | 32.85 | Medicare | 40.02- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | State UI | 14.49- |
| | | | | | | | Net Wage | | | | | | | 1423.55 | | | State DI | 10.49- |
| | | | | | | | | | | | | | | | | | | 300 Federal Withholding | 10.00- |
| | | | | | | | | | | | | | | | | | | 351 Admin Fee (Garnishme | 1.00- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 81.12- |
| | | | | | | | | | | | | | | | | | | G23 G-NJ FAMILY SU | 251.00- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 56.23- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 13.51- |
| | | | | | | | | | | | | | | | | | | * PENSION | 354.25 |
| | | | | | | | | | | | | | | | | | | * WELFARE | 694.95 |
| | | | | | | | | | | | | | | | | | | * SUB-FUND | 149.95 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 231.70 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 4.36 |
| | | | | | | | | | | | | | | | | | | * ATC | 68.20 |
| | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 40.95 |
| | | | | | | | | | | | | | | | | | | * PENSION | 11.22 |
| | | | | | | | | | | | | | | | | | | * WELFARE | 21.99 |
| | | | | | | | | | | | | | | | | | | * SUB-FUND | 4.74 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 7.34 |
| | | | | | | | | | | | | | | | | | | * APP. TRAINING AND RE | 2.16 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | .14 |
| | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 1.29 |

Mar 28, 2014 08:58 am

**J. Fletcher Creamer & Son, Inc. (210665027 )**
**Certified Payroll Report Ending Mar 23/14**

Pay Period: 201412

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N.<br>Name & Address | S | A<br>WH | Code<br>Class | Job<br>R | MON<br>17 | TUE<br>18 | WED<br>19 | THR<br>20 | FRI<br>21 | SAT<br>22 | SUN<br>23 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 04 | JIMEN7684 | 134122 | | | | | | | | | | | | | | Hourly Gross | 2996.78 |
| | | | | 1 R | 8.00 | 8.00 | 8.00 | 8.00 | 3.00 | | | 35.00 | 44.07 | .00 | 1542.45 | .00 | .00 | 150 Shift Premium | 19.83 |
| | | | | O | 1.00 | 3.00 | 3.50 | 3.50 | | 11.00 | | 22.00 | 66.11 | .00 | 1454.33 | .00 | .00 | 190 Taxable Union B | 68.00 |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | 57.00 | | | 2996.78 | | .00 | Federal Taxes | 495.05- |
| Check #(s) 707671 | | | | | | Total hours on other jobs | | | | | | .00 | | | | | | Social Security | 191.25- |
| Male  Hispanic or Latino | | | | | | Employer Benefits | | | | | | | | | | | 1926.99 | State Tax | 125.92- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | 33.81 | Medicare | 44.73- |
| | | | | | | Net Wage | | | | | | | | | 2026.17 | | | State UI | 16.19- |
| | | | | | | | | | | | | | | | | | | State DI | 11.72- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 90.50- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 68.00- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 15.08- |
| | | | | | | | | | | | | | | | | | | *      PENSION | 442.00 |
| | | | | | | | | | | | | | | | | | | *      WELFARE | 867.11 |
| | | | | | | | | | | | | | | | | | | *      SUB-FUND | 187.11 |
| | | | | | | | | | | | | | | | | | | *      ANNUITY | 289.11 |
| | | | | | | | | | | | | | | | | | | *      CIAP FUND | 5.44 |
| | | | | | | | | | | | | | | | | | | *      ATC | 85.11 |
| | | | | | | | | | | | | | | | | | | *      LABOR MGMT FUND | 51.11 |

**J. Fletcher Creamer & Son, Inc. (210665029    )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N.<br>Name & Address | S | A<br>M WH | Code<br>Class | A<br>W | Job<br>R | MON<br>17 | TUE<br>18 | WED<br>19 | THR<br>20 | FRI<br>21 | SAT<br>22 | SUN<br>23 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 03 | MARIA5221<br>LABORER | 1 | 134122<br>R<br>O | | | | 8.00<br>1.50 | 8.00<br>10.00 | | | 16.00<br>11.50<br><br>27.50<br>25.00 | 35.25<br>52.88 | .00<br>.00 | 564.00<br>608.06<br><br>1172.06 | .00<br>.00 | .00<br>.00<br><br>.00<br>619.58<br>22.53 | Hourly Gross<br>150 Shift Premium<br>190 Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI | 2070.95<br>146.88<br>144.38<br>333.45-<br>146.46-<br>81.92-<br>34.25-<br>12.40-<br>8.98- |
| 0472L - LABORERS-NJ NORTH<br>Check #(s) 707686<br>Male  White | | | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | 1513.42 | | | 391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*     WELFARE<br>*     PENSION<br>*     SET<br>*     DCF<br>*     LIUNA H&S<br>*     LIUNA  LECET<br>*     CIAP FUND | 55.45-<br>144.38-<br>31.50-<br>501.38<br>349.13<br>31.50<br>275.63<br>2.63<br>13.13<br>9.45 |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 23/14**

Pay Period: 201412

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 05 | MEIGS0464 | 1 | 134122 R O | | | | 14.50 | | | | .00 14.50 | 44.07 66.11 | .00 .00 | .00 958.52 | .00 .00 | .00 .00 | Hourly Gross | 2721.32 |
| 0825O - OPER ENGR NJ Check #(s) 707691 Male  White | | | | | | | | | | | | | 14.50 40.00 | | | 958.52 | | .00 616.54 42.52 | 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI | 61.75 400.67- 172.55- 105.25- 40.35- 14.61- 10.58- |
| | | | | | | | | | | | | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | |
| | | | | | | | | | | | | | | | | | | 1882.07 | 391 Union Dues 390 Tax Union Deduc 395 Employee Union * PENSION * WELFARE * SUB-FUND * ANNUITY * CIAP FUND * ATC * LABOR MGMT FUND | 81.64- 61.75- 13.60- 401.38 787.39 169.89 262.51 4.94 77.26 46.39 |
| | M | 03 | MELOF2291 FOREMAN | 1 | 134122 R O | 8.00 1.00 | 8.00 3.00 | 8.00 3.50 | 8.00 3.50 | 3.00 | 11.00 | | 35.00 22.00 | 47.69 71.54 | .00 .00 | 1669.15 1573.78 | .00 .00 | .00 .00 | Hourly Gross | 3242.93 |
| 1456C - DOCKBLDER Check #(s) 707990 Male  White | | | | | | | | | | | | | 57.00 .00 | | | 3242.93 | | .00 1878.16 32.95 | 190 Taxable Union B Federal Taxes Social Security State Tax Medicare State UI State DI | 427.50 673.03- 227.57- 168.28- 53.22- 18.75- 13.57- |
| | | | | | | | | | | | | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | |
| | | | | | | | | | | | | | | | | | | 2023.65 | 391 Union Dues 390 Tax Union Deduc * WELFARE * PENSION * ANNUITY * AJREIF * SUPPLEM & IBC * NYCDC LAB MGMT * CIAP PROMO FUND | 64.86- 427.50- 788.88 513.00 532.95 22.80 8.55 8.55 3.42 |

Mar 28, 2014 08:58 am

**J. Fletcher Creamer & Son, Inc. (210685027     )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT                                                                          Pay Period: 201412

| S.S.N. Name & Address | S WH | Code Class | A W R | Job | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███████ 0676T - TEAMSTERS - NJ SOUTHERN Check #(s) 707824 Male  Hispanic or Latino | M 02 | MORAL4611 | 1 | 134122 R O | 8.00 1.00 | 8.00 3.00 | 8.00 1.00 | 8.00 3.50 | | | | 32.00 8.50 40.50 9.50 | 31.05 46.58 | .00 .00 | 993.60 395.90 1389.50 | .00 .00 | .00 .00 .00 765.45 18.90 1268.21 | Hourly Gross<br>190 Taxable Union B<br>190 Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>390 Tax Union Deduc<br>*    HEALTH & WELFARE<br>*    PENSION<br>*    ANNUITY | 1690.90<br>129.25<br>216.94-<br>112.85-<br>50.03-<br>26.39-<br>9.56-<br>6.92-<br>129.25-<br>376.25<br>325.00<br>243.75 |
| | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | | | | | | |
| ███████ 0472L - LABORERS-NJ NORTH Check #(s) 707701 Male  White | M 02 | NEVES4366 LABORER | 1 | 134122 R O | | | | 8.00 1.50 | | | | 8.00 1.50 9.50 25.00 | 35.25 52.88 | .00 .00 | 282.00 79.31 361.31 | .00 .00 | .00 .00 .00 214.04 22.53 989.57 | Hourly Gross<br>150 Shift Premium<br>190 Taxable Union B<br>190 Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*    WELFARE<br>*    PENSION<br>*    SET<br>*    DCF<br>*    LIUNA H&S<br>*    LIUNA  LECET<br>*    CIAP FUND | 1260.19<br>89.38<br>94.88<br>151.97-<br>89.56-<br>30.03-<br>20.94-<br>7.58-<br>5.49-<br>33.73-<br>94.88-<br>20.70-<br>329.48<br>229.43<br>20.70<br>181.13<br>1.73<br>8.63<br>6.21 |
| | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | | | | | | |

**J. Fletcher Creamer & Son, Inc. (210665027     )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S 02 | OATES0474 FOREMAN | 1 | 134122 R O | 8.00 2.00 | 8.00 1.50 | 8.00 2.50 | 8.00 2.00 | 1.50 9.50 | | | 33.50 17.50 | 47.69 71.54 | .00 .00 | 1597.62 1251.86 | .00 .00 | .00 .00 | Hourly Gross | 2849.49 |
| | | | | | | | | | | | | 51.00 | | | 2849.48 | | .00 | 190 Taxable Union B | 382.50 |
| 1456C - DOCKBLDER | | | | | | | | | | | | .00 | | | | | | Federal Taxes | 719.04- |
| Check #(s) 707704 | | | | | Total hours on other jobs | | | | | | | | | | | | | Social Security | 200.38- |
| Male  White | | | | | Employer Benefits | | | | | | | | | | | | 1680.46 | State Tax | 178.93- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | | | 32.95 | Medicare | 46.66- |
| | | | | | Net Wage | | | | | | | | | | | 1618.04 | | State UI | 16.97- |
| | | | | | | | | | | | | | | | | | | State DI | 12.28- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 56.99- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 382.50- |
| | | | | | | | | | | | | | | | | | | *  WELFARE | 705.84 |
| | | | | | | | | | | | | | | | | | | *  PENSION | 459.00 |
| | | | | | | | | | | | | | | | | | | *  ANNUITY | 476.85 |
| | | | | | | | | | | | | | | | | | | *  AJREIF | 20.40 |
| | | | | | | | | | | | | | | | | | | *  SUPPLEM & IBC | 7.65 |
| | | | | | | | | | | | | | | | | | | *  NYCDC LAB MGMT | 7.65 |
| | | | | | | | | | | | | | | | | | | *  CIAP PROMO FUND | 3.06 |
| | M 00 | ROBER9415 APPRENTICE 60% | 1 | 134122 R O | 8.00 3.00 | 8.00 1.00 | 8.00 3.50 | 3.00 | | 9.00 | | 27.00 16.50 | 24.02 36.03 | .00 .00 | 648.54 594.50 | .00 .00 | .00 .00 | Hourly Gross | 1243.04 |
| | | | | | | | | | | | | 43.50 | | | 1243.04 | | .00 | 150 Shift Premium | 10.81 |
| 0011I - Ironworks-North NJ | | | | | | | | | | | | .00 | | | | | | 190 Taxable Union B | 477.14 |
| Check #(s) 708014 | | | | | Total hours on other jobs | | | | | | | | | | | | | Federal Taxes | 232.65- |
| Male  White | | | | | Employer Benefits | | | | | | | | | | | | 1619.78 | Social Security | 107.32- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | | | 37.24 | State Tax | 46.94- |
| | | | | | Net Wage | | | | | | | | | | | 751.03 | | Medicare | 25.10- |
| | | | | | | | | | | | | | | | | | | State UI | 9.09- |
| | | | | | | | | | | | | | | | | | | State DI | 6.58- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 69.96- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 477.14- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 5.18- |
| | | | | | | | | | | | | | | | | | | *  WELFARE | 602.89 |
| | | | | | | | | | | | | | | | | | | *  PENSION | 566.66 |
| | | | | | | | | | | | | | | | | | | *  ANNUITY | 380.36 |
| | | | | | | | | | | | | | | | | | | *  TRAINING | 51.75 |
| | | | | | | | | | | | | | | | | | | *  IAF | 2.59 |
| | | | | | | | | | | | | | | | | | | *  IMPACT | 15.53 |

Mar 28, 2014 08:58 am

**J. Fletcher Creamer & Son, Inc. (210665027 )**
**Certified Payroll Report Ending Mar 23/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201412

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 04 | SERIO7473 LABORER | 1 | 134122 R O | | | | 8.00 1.50 | | | | 8.00 1.50 | 35.25 52.88 | .00 .00 | 282.00 79.31 | .00 .00 | .00 .00 | | Hourly Gross | 1224.11 |
| | | | | | | | | | | | | | | | | | | | 150 Shift Premium | 25.63 |
| 0472L - LABORERS-NJ NORTH | | | | | | | | Total hours on other jobs | | | | | 9.50 24.00 | | | 361.31 | | .00 | 190 Taxable Union B | 92.13 |
| Check #(s) 707856 | | | | | | | | Employer Benefits | | | | | | | | | | | Federal Taxes | 113.78- |
| Male White | | | | | | | | Hourly Fringe Rate | | | | | | | | | | 214.04 | Social Security | 83.20- |
| | | | | | | | | Net Wage | | | | | | | | 944.32 | | 22.53 | State Tax | 25.50- |
| | | | | | | | | | | | | | | | | | | | Medicare | 19.46- |
| | | | | | | | | | | | | | | | | | | | State UI | 7.04- |
| | | | | | | | | | | | | | | | | | | | State DI | 5.10- |
| | | | | | | | | | | | | | | | | | | | 391 Union Dues | 31.24- |
| | | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 92.13- |
| | | | | | | | | | | | | | | | | | | | 395 Employee Union | 20.10- |
| | | | | | | | | | | | | | | | | | | | * WELFARE | 319.93 |
| | | | | | | | | | | | | | | | | | | | * PENSION | 222.78 |
| | | | | | | | | | | | | | | | | | | | * SET | 20.10 |
| | | | | | | | | | | | | | | | | | | | * DCF | 175.88 |
| | | | | | | | | | | | | | | | | | | | * LIUNA H&S | 1.68 |
| | | | | | | | | | | | | | | | | | | | * LIUNA LECET | 8.38 |
| | | | | | | | | | | | | | | | | | | | * CIAP FUND | 6.03 |

Mar 28, 2014 08:58 am

**J. Fletcher Creamer & Son, Inc. (210685027 )**
**Certified Payroll Report Ending Mar 23/14**

Pay Period: 201412

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N.<br>Name & Address | S | WH | Code<br>Class | A<br>W | Job<br>R | MON<br>17 | TUE<br>18 | WED<br>19 | THR<br>20 | FRI<br>21 | SAT<br>22 | SUN<br>23 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■■■■■■<br>0472L - LABORERS-NJ NORTH<br>Check #(s) 707859<br>Male  White | M | 04 | SILVA6427<br>LABORER | 1 | 134122<br>R<br>O | | | | | 18.00 | | | .00<br>18.00<br>18.00<br>32.00 | 35.25<br>52.88 | .00<br>.00 | .00<br>951.75<br>951.75<br>1470.90 | .00<br>.00 | .00<br>.00<br>.00<br>405.54<br>22.53 | Hourly Gross<br>190 Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*   WELFARE<br>*   PENSION<br>*   SET<br>*   DCF<br>*   LIUNA H&S<br>*   LIUNA  LECET<br>*   CIAP FUND | 2102.16<br>137.50<br>283.82-<br>138.86-<br>73.27-<br>32.48-<br>11.76-<br>8.51-<br>52.56-<br>137.50-<br>30.00-<br>477.50<br>332.50<br>30.00<br>262.50<br>2.50<br>12.50<br>9.00 |
| | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | | | | | | | | |
| ■■■■■■<br>0825O - OPER ENGR NJ<br>Check #(s) 707606 707608<br>Male  White | M | 00 | WIED 6378 | 1<br>A | 134122<br>R<br>R | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | 40.00<br>8.00<br>48.00<br>.00 | 44.07<br>44.07 | .00<br>.00 | 1762.80<br>352.56<br>2115.36<br>1529.17 | .00<br>.00 | .00<br>.00<br>.00<br>1359.84<br>28.33 | Hourly Gross<br>190 Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*   PENSION<br>*   WELFARE<br>*   SUB-FUND<br>*   ANNUITY<br>*   CIAP FUND<br>*   ATC | 2115.36<br>48.00<br>270.36-<br>134.12-<br>56.73-<br>31.37-<br>11.35-<br>8.22-<br>63.47-<br>48.00-<br>10.57-<br>260.00<br>510.00<br>110.00<br>170.00<br>3.20<br>50.00 |
| | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | | | | | | | | |

J. Fletcher Creamer & Son, Inc. (210665027)
Certified Payroll Report Ending Mar 23/14

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N.<br>Name & Address | Code<br>S WH Class | A Job<br>W R | MON<br>17 | TUE<br>18 | WED<br>19 | THR<br>20 | FRI<br>21 | SAT<br>22 | SUN<br>23 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | —— Earnings & Deductions ——<br>Employer Benefits (*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | *    LABOR MGMT FUND      30.00 |

J. Fletcher Creamer & Son, Inc. (210685029     )
Certified Payroll Report Ending Mar 23/14

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Job Totals

| | A W R | MON 17 | TUE 18 | WED 19 | THR 20 | FRI 21 | SAT 22 | SUN 23 | Tot Hrs |
|---|---|---|---|---|---|---|---|---|---|
| Totals | 1 R | 128.00 | 136.00 | 136.00 | 176.00 | 88.00 | | | 664.00 |
| | O | 23.50 | 37.00 | 24.00 | 65.50 | 74.00 | 100.00 | | 324.00 |
| | A R | | | | | | 8.00 | | 8.00 |

Job Gross Total          45,834.84

Mar 28, 2014 08:58 am

J. Fletcher Creamer & Son, Inc. (210685029 )
Certified Payroll Report Ending Mar 23/14

Pay Period: 201412

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Labor Recap

| Class | Description | Rate | Employees |
|-------|-------------|------|-----------|
| A60 | APPRENTICE 60% | 24.02 | 2 |
| CA | | 44.07 | 5 |
| FM | FOREMAN | 37.50 | 1 |
| FM | FOREMAN | 47.69 | 2 |
| FM | FOREMAN | 48.83 | 2 |
| FM+$1.00 | FOREMAN | 38.50 | 1 |
| L2 | | 35.80 | 1 |
| L5 | | 31.05 | 1 |
| LB | LABORER | 35.25 | 8 |
| STER | | 48.09 | 2 |
| | | | 25 |

Mar 28, 2014 08:58 am

## Statement of Compliance

Date: Mar 28/14

Job: 134122 - NJTPK#A600.277- SIGN REPLACEMENT
County: Defalt

I, Gebbia, Joann hereby do state:

1) That I pay or supervise the payment of the persons employed by J. Fletcher Creamer & Son, Inc. on the ABOVE PROJECT; that during the payroll period commencing on Mar 17/14 and ending on Mar 23/14 all persons employed on the said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said J. Fletcher Creamer & Son, Inc. from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Sub-title A), issued by the secretary of Labor under the Copeland Act, as amended (48 Stat. 948,63 Stat. 108,72 Stat. 967,76 Stat. 357,40 U.S.C. 276c); and described below:

2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete: that the wage rate or laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated in the contract; that the classification set forth therein for each laborer or mechanic conform with the work preformed.

3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, Unite States Department of Labor.

4) That:

    a. WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS,
        In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

    b. WHERE FRINGE BENEFITS ARE PAID IN CASH
        Each laborer or mechanic listed in the above referenced payroll has been paid as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

    c. EXCEPTIONS:

        EXCEPTIONS (CRAFT)        EXPLANATION

Remarks:

Name: Gebbia, Joann   Title: _Payroll_   Signature: _Jo Ann Gebbia_

The willful falsification of any of the above statements may subject the contractor or subcontractor to civil or criminal prosecution. See section 1001 of title 18 and section 231 of title 31 of the United States code.

**J. Fletcher Creamer & Son, Inc. (210665029    )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 01 | ADAMS9120 APPRENTICE 60% | 1 | 134122 R O | 8.00 .50 | 8.00 | 8.00 | | | | | 24.00 .50 | 24.02 36.03 | .00 .00 | 576.48 18.02 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B Federal Taxes | 594.50 228.20 96.81- |
| 0011I - Ironworks-North NJ Check #(s) 708062 Male White | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | 24.50 .00 | | | 594.50 374.02 | | .00 774.68 31.62 | Social Security State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * ANNUITY * TRAINING * IAF * IMPACT | 51.01- 17.38- 11.93- 4.32- 3.13- 33.42- 228.20- 2.48- 288.34 271.01 181.91 24.75 1.24 7.43 |
| | M | 00 | ALMEI6383 LABORER | 1 | 134122 R O | 8.00 .50 | 8.00 5.00 | 8.00 | 8.00 7.00 | 8.00 7.00 | | | 40.00 19.50 | 35.25 52.88 | .00 .00 | 1410.00 1031.08 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B Federal Taxes | 2441.08 163.63 451.08- |
| 0472L - LABORERS-NJ NORTH Check #(s) 708064 Male Hispanic or Latino | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | 59.50 .00 | | | 2441.08 1570.22 | | .00 1340.54 22.53 | Social Security State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * SET * DCF * LIUNA H&S * LIUNA LECET * CIAP FUND | 161.49- 100.23- 37.77- 13.67- 9.90- 61.02- 163.63- 35.70- 568.23 395.68 35.70 312.38 2.98 14.88 10.71 |

Apr 02, 2014 02:30 pm

**J. Fletcher Creamer & Son, Inc. (210665029    )**
**Certified Payroll Report Ending Mar 30/14**

Pay Period: 201413

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▉▉▉▉▉▉▉ | M | 02 | ALVES8031 | 1 | 134122 R O | | 8.00 5.00 | 7.00 | 8.00 7.00 | 8.00 7.00 | | | 31.00 19.00 | 44.07 66.11 | .00 .00 | 1366.17 1256.01 | .00 .00 | .00 .00 | | Hourly Gross | 3200.30 |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | | 50.00 | | | 2622.18 | | | 150 | Shift Premium | 244.58 |
| Check #(s) 708205 | | | | | | | Total hours on other jobs | | | | | | 12.50 | | | | | | 190 | Taxable Union B | 73.75 |
| Male  White | | | | | | | Employer Benefits | | | | | | | | | | | 1686.11 | | Federal Taxes | 651.81- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | | 33.72 | | Social Security | 218.16- |
| | | | | | | | Net Wage | | | | | | | | | 2212.49 | | | | State Tax | 159.00- |
| | | | | | | | | | | | | | | | | | | | | Medicare | 51.02- |
| | | | | | | | | | | | | | | | | | | | | State UI | 18.47- |
| | | | | | | | | | | | | | | | | | | | | State DI | 13.37- |
| | | | | | | | | | | | | | | | | | | | 391 | Union Dues | 103.35- |
| | | | | | | | | | | | | | | | | | | | 390 | Tax Union Deduc | 73.75- |
| | | | | | | | | | | | | | | | | | | | 395 | Employee Union | 17.21- |
| | | | | | | | | | | | | | | | | | | | * | PENSION | 479.38 |
| | | | | | | | | | | | | | | | | | | | * | WELFARE | 940.43 |
| | | | | | | | | | | | | | | | | | | | * | SUB-FUND | 202.93 |
| | | | | | | | | | | | | | | | | | | | * | ANNUITY | 313.55 |
| | | | | | | | | | | | | | | | | | | | * | CIAP FUND | 5.90 |
| | | | | | | | | | | | | | | | | | | | * | ATC | 92.30 |
| | | | | | | | | | | | | | | | | | | | * | LABOR MGMT FUND | 55.43 |

**J. Fletcher Creamer & Son, Inc. (210665029 )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 05 | AUXER9638 FOREMAN | 1 | R O | 8.00 1.00 | 8.00 2.00 | 8.00 | | | | | 24.00 3.00 | 48.83 73.25 | .00 .00 | 1171.92 219.74 | .00 .00 | .00 .00 | Hourly Gross Federal Taxes | 2412.94 248.14- |
| | | | | | | | | | | | | | | | | | | Social Security | 149.60- |
| 0255C - CARP-NJ | | | | | | | | | | | | 27.00 | | | 1391.66 | | .00 | State Tax | 70.19- |
| Check #(s) 708066 | | | | | | Total hours on other jobs | | | | | | 16.00 | | | | | | Medicare | 34.99- |
| Male White | | | | | | Employer Benefits | | | | | | | | | | | 790.94 | State UI | 12.67- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | 29.29 | State DI | 9.17- |
| | | | | | | Net Wage | | | | | | | | | 1670.87 | | | 391 Union Dues | 86.93- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 130.38- |
| | | | | | | | | | | | | | | | | | | * HEALTH | 361.83 |
| | | | | | | | | | | | | | | | | | | * PENSION/ANNUITY | 389.66 |
| | | | | | | | | | | | | | | | | | | * ATF | 27.83 |
| | | | | | | | | | | | | | | | | | | * TRAINING/SAFETY | 11.61 |
| | | | | | | | | | | | | | | | | | | * HEALTH | 203.13 |
| | | | | | | | | | | | | | | | | | | * PENSION/ANNUITY | 218.76 |
| | | | | | | | | | | | | | | | | | | * ATF | 15.63 |
| | | | | | | | | | | | | | | | | | | * TRAINING/SAFETY | 6.88 |
| | S 00 | BAER 8791 | 1 | R O | 8.00 .50 | 8.00 4.50 | 8.00 | 8.00 7.00 | 8.00 7.00 | | | 40.00 19.00 | 48.09 72.14 | .00 .00 | 1923.60 1370.58 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B | 3294.18 68.50 |
| | | | | | | | | | | | | | | | | | | Federal Taxes | 798.19- |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | 59.00 | | | 3294.18 | | .00 | Social Security | 208.49- |
| Check #(s) 708068 | | | | | | Total hours on other jobs | | | | | | .00 | | | | | | State Tax | 190.77- |
| Male White | | | | | | Employer Benefits | | | | | | | | | | | 1941.08 | Medicare | 48.76- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | 32.90 | State UI | 17.65- |
| | | | | | | Net Wage | | | | | | | | | 1902.25 | | | State DI | 12.78- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 98.82- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 68.50- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 16.47- |
| | | | | | | | | | | | | | | | | | | * PENSION | 445.25 |
| | | | | | | | | | | | | | | | | | | * WELFARE | 873.47 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 188.47 |
| | | | | | | | | | | | | | | | | | | * SUB-FUND | 291.22 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 5.48 |
| | | | | | | | | | | | | | | | | | | * ATC | 85.72 |
| | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 51.47 |

Apr 02, 2014 02:30 pm

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | S | WH | Code<br>Class | A<br>W | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■■■■■■<br>0472L - LABORERS-NJ NORTH<br>Check #(s) 708208<br>Male  White | M | 03 | BARRO0521<br>LABORER | 1 | 134122<br>R<br>O | | | | 17.50 | 8.00<br>9.00 | | | 8.00<br>26.50<br>——<br>34.50<br>40.00 | 35.25<br>52.88 | .00<br>.00 | 282.00<br>1401.19<br>——<br>1683.19<br>2159.14 | .00<br>.00 | .00<br>.00<br>——<br>.00<br>777.29<br>22.53 | Hourly Gross<br>150 Shift Premium<br>190 Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*    WELFARE<br>*    PENSION<br>*    SET<br>*    DCF<br>*    LIUNA H&S<br>*    LIUNA  LECET<br>*    CIAP FUND | 3375.20<br>53.75<br>204.88<br>662.78-<br>225.30-<br>165.71-<br>52.69-<br>19.08-<br>13.81-<br>85.74-<br>204.88-<br>44.70-<br>711.48<br>495.43<br>44.70<br>391.13<br>3.73<br>18.63<br>13.41 |

Total hours on other jobs
Employer Benefits
Hourly Fringe Rate
Net Wage

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

Pay Period: 201413

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S | A W | WH | Code Class | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 00 | | BERMU8107 | 134122 | | | | | | | | .00 | 35.25 | .00 | .00 | .00 | .00 | Hourly Gross | 2169.51 |
| | | | 1 | LABORER | R | | | | | 8.00 | | | 8.00 | 52.88 | .00 | 423.00 | .00 | .00 | 150 Shift Premium | 10.00 |
| | | | | | O | | | | | | | | | | | | | | 190 Taxable Union B | 143.00 |
| 0472L - LABORERS-NJ NORTH | | | | | | | | | | | | | 8.00 | | | 423.00 | | .00 | Federal Taxes | 480.14- |
| Check #(s) 708078 | | | | | | Total hours on other jobs | | | | | | | 44.00 | | | | | | Social Security | 144.00- |
| Male  Hispanic or Latino | | | | | | Employer Benefits | | | | | | | | | | | | 180.24 | State Tax | 111.09- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | | 22.53 | Medicare | 33.67- |
| | | | | | | Net Wage | | | | | | | | | | | | | State UI | 12.20- |
| | | | | | | | | | | | | | | | | 1307.02 | | | State DI | 8.83- |
| | | | | | | | | | | | | | | | | | | | 391 Union Dues | 51.36- |
| | | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 143.00- |
| | | | | | | | | | | | | | | | | | | | 395 Employee Union | 31.20- |
| | | | | | | | | | | | | | | | | | | | *    WELFARE | 496.60 |
| | | | | | | | | | | | | | | | | | | | *    PENSION | 345.80 |
| | | | | | | | | | | | | | | | | | | | *    SET | 31.20 |
| | | | | | | | | | | | | | | | | | | | *    DCF | 273.00 |
| | | | | | | | | | | | | | | | | | | | *    LIUNA H&S | 2.60 |
| | | | | | | | | | | | | | | | | | | | *    LIUNA  LECET | 13.00 |
| | | | | | | | | | | | | | | | | | | | *    CIAP FUND | 9.36 |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | S | WH | Code<br>Class | A<br>W | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 00 | BRIEN1298 | | 134122 | | | | | | | | | | | | | | Hourly Gross | 1915.30 |
| | | | | 1 | R | 8.00 | 8.00 | 8.00 | 8.00 | 5.00 | | | 37.00 | 35.80 | .00 | 1324.60 | .00 | .00 | 150 Shift Premium | 43.75 |
| | | | | | O | .50 | | | 3.00 | | 7.50 | | 11.00 | 53.70 | .00 | 590.70 | .00 | .00 | Federal Taxes | 405.17- |
| | | | | | | | | | | | | | 48.00 | | | 1915.30 | | .00 | Social Security | 121.46- |
| 0469T - TEAMSTER-NJ | | | | | | | | | | | | | .00 | | | | | | State Tax | 92.52- |
| Check #(s) 708401 | | | | | | Total hours on other jobs | | | | | | | | | | | | 1346.29 | Medicare | 28.41- |
| Male  White | | | | | | Employer Benefits | | | | | | | | | | | | 28.05 | State UI | 10.29- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | | | State DI | 7.44- |
| | | | | | | Net Wage | | | | | | | | | | 1133.76 | | | G23 G-NJ FAMILY SU | 160.00- |
| | | | | | | | | | | | | | | | | | | | * PENSION | 373.68 |
| | | | | | | | | | | | | | | | | | | | * ANNUITY | 449.40 |
| | M | 05 | CACOI1851 | | 134122 | | | | | | | | | | | | | | Hourly Gross | 2123.81 |
| | | | LABORER | 1 | R | 8.00 | 8.00 | 8.00 | 8.00 | 5.00 | | | 37.00 | 35.25 | .00 | 1304.25 | .00 | .00 | 150 Shift Premium | 53.13 |
| | | | | | O | .50 | 2.00 | | 5.50 | | 7.50 | | 15.50 | 52.88 | .00 | 819.56 | .00 | .00 | 190 Taxable Union B | 144.38 |
| | | | | | | | | | | | | | 52.50 | | | 2123.81 | | .00 | Federal Taxes | 285.23- |
| 0472L - LABORERS-NJ NORTH | | | | | | | | | | | | | .00 | | | | | | Social Security | 143.92- |
| Check #(s) 708213 | | | | | | Total hours on other jobs | | | | | | | | | | | | 1182.84 | State Tax | 77.08- |
| Male  White | | | | | | Employer Benefits | | | | | | | | | | | | 22.53 | Medicare | 33.66- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | | | State UI | 12.19- |
| | | | | | | Net Wage | | | | | | | | | | 1357.12 | | | State DI | 8.82- |
| | | | | | | | | | | | | | | | | | | | 391 Union Dues | 54.42- |
| | | | | | | | | | | | | | | | | | | | G23 G-NJ FAMILY SU | 173.00- |
| | | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 144.38- |
| | | | | | | | | | | | | | | | | | | | 395 Employee Union | 31.50- |
| | | | | | | | | | | | | | | | | | | | * WELFARE | 501.38 |
| | | | | | | | | | | | | | | | | | | | * PENSION | 349.13 |
| | | | | | | | | | | | | | | | | | | | * SET | 31.50 |
| | | | | | | | | | | | | | | | | | | | * DCF | 275.63 |
| | | | | | | | | | | | | | | | | | | | * LIUNA H&S | 2.63 |
| | | | | | | | | | | | | | | | | | | | * LIUNA  LECET | 13.13 |
| | | | | | | | | | | | | | | | | | | | * CIAP FUND | 9.45 |

Apr 02, 2014 02:30 pm

**J. Fletcher Creamer & Son, Inc. (210665029    )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | S WH | Code<br>Class | A Job<br>W R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S 00 | CARRE1984<br>LABORER | 134122<br>1 R<br>O | | | | 17.50 | 8.00<br>9.00 | | | 8.00<br>26.50 | 35.25<br>52.88 | .00<br>.00 | 282.00<br>1401.19 | .00<br>.00 | .00<br>.00 | Hourly Gross<br>150 Shift Premium<br>190 Taxable Union B | 2811.20<br>53.75<br>182.88 |
| 0472L - LABORERS-NJ NORTH<br>Check #(s) 708216<br>Male  Hispanic or Latino | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | 34.50<br>32.00 | | | 1683.19<br><br>1613.91 | | .00<br><br>777.29<br>22.53 | Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*    WELFARE<br>*    PENSION<br>*    SET<br>*    DCF<br>*    LIUNA H&S<br>*    LIUNA  LECET<br>*    CIAP FUND | 710.03-<br>188.97-<br>168.73-<br>44.19-<br>16.00-<br>11.58-<br>71.64-<br>182.88-<br>39.90-<br>635.08<br>442.23<br>39.90<br>349.13<br>3.33<br>16.63<br>11.97 |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 00 | CHERR9605 | 1 | 134122 R | | | | 8.00 | | | | .00 8.00 | 44.07 66.11 | .00 .00 | .00 528.84 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B Federal Taxes | 2071.30 47.00 449.76- |
| 0825O - OPER ENGR NJ Check #(s) 708218 Male  White | | | | | O | | | | | | | | 8.00 34.00 | | | 528.84 | | .00 340.16 42.52 | Social Security State Tax Medicare 391 Union Dues 390 Tax Union Deduc 395 Employee Union * PENSION * WELFARE * SUB-FUND * ANNUITY * CIAP FUND * ATC * LABOR MGMT FUND | 131.33- 103.67- 30.72- 62.15- 47.00- 10.35- 305.50 599.30 129.30 199.80 3.76 58.80 35.30 |
| | | | | | | | | | | | | | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | |
| | | | | | | | | | | | | | | | | 1283.32 | | | | |
| | M | 00 | DZUBE7423 FOREMAN | 1 | 134122 R | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 3.00 | 48.83 73.25 | .00 .00 | 1953.20 219.74 | .00 .00 | .00 .00 | Hourly Gross Federal Taxes Social Security | 2172.94 343.14- 134.72- |
| 0253C - CARP-NJ Check #(s) 708238 Male  White | | | | | O | 1.00 | 2.00 | | | | | | 43.00 .00 | | | 2172.94 | | .00 1235.34 28.73 | Medicare State UI State DI 391 Union Dues 395 Employee Union * HEALTH * PENSION/ANNUITY * ATF * TRAINING/SAFETY * HEALTH * PENSION/ANNUITY * ATF * TRAINING/SAFETY | 31.51- 11.41- 8.26- 86.92- 130.37- 101.57 109.38 7.81 3.44 463.40 499.04 35.65 15.05 |
| | | | | | | | | | | | | | | | | 1352.71 | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | S | WH | Code Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 01 | FERIS7235 | | 134122 | | | | | | | | | | | | | | Hourly Gross | 3974.48 |
| | | | LABORER | 1 | R | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 | 35.25 | .00 | 1410.00 | .00 | .00 | 190 Taxable Union B | 243.39 |
| | | | | | O | 3.00 | 5.00 | 1.00 | 2.00 | 19.50 | | | 30.50 | 52.88 | .00 | 1612.70 | .00 | .00 | Federal Taxes | 685.41- |
| | | | LABORER | A | R | | | | | | | | .00 | 35.25 | .00 | .00 | .00 | .00 | Social Security | 261.51- |
| 0472L - LABORERS-NJ NORTH | | | | | O | | | | | 18.00 | | | 18.00 | 52.88 | .00 | 951.75 | .00 | .00 | State Tax | 157.08- |
| Check #(s) 708060 708243 | | | | | | | | | | | | | | | | | | | Medicare | 61.16- |
| Male  White | | | | | | | | | | | | | 88.50 | | | 3974.45 | | .00 | State UI | 22.15- |
| | | | | | | | Total hours on other jobs | | | | | | .00 | | | | | | State DI | 16.02- |
| | | | | | | | Employer Benefits | | | | | | | | | | | 1993.91 | 391 Union Dues | 99.38- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | | 22.53 | 390 Tax Union Deduc | 243.39- |
| | | | | | | | Net Wage | | | | | | | | | 2618.71 | | | 395 Employee Union | 53.10- |
| | | | | | | | | | | | | | | | | | | | *    WELFARE | 171.90 |
| | | | | | | | | | | | | | | | | | | | *    PENSION | 588.53 |
| | | | | | | | | | | | | | | | | | | | *    SET | 53.10 |
| | | | | | | | | | | | | | | | | | | | *    DCF | 464.63 |
| | | | | | | | | | | | | | | | | | | | *    LIUNA H&S | .90 |
| | | | | | | | | | | | | | | | | | | | *    LIUNA  LECET | 22.13 |
| | | | | | | | | | | | | | | | | | | | *    CIAP FUND | 15.93 |
| | M | 02 | FOREN7100 | | 134122 | | | | | | | | | | | | | | Hourly Gross | 1057.68 |
| | | | | 1 | R | | | 8.00 | | | | | 8.00 | 44.07 | .00 | 352.56 | .00 | .00 | 190 Taxable Union B | 24.00 |
| | | | | | | | | | | | | | 8.00 | | | 352.56 | | .00 | Federal Taxes | 97.55- |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | | 16.00 | | | | | | Social Security | 67.06- |
| Check #(s) 708432 | | | | | | | Total hours on other jobs | | | | | | | | | | | 226.64 | State Tax | 19.51- |
| Male  White | | | | | | | Employer Benefits | | | | | | | | | | | 28.33 | Medicare | 15.68- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | | | State UI | 5.68- |
| | | | | | | | Net Wage | | | | | | | | | 811.07 | | | State DI | 4.11- |
| | | | | | | | | | | | | | | | | | | | 391 Union Dues | 31.74- |
| | | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 24.00- |
| | | | | | | | | | | | | | | | | | | | 395 Employee Union | 5.28- |
| | | | | | | | | | | | | | | | | | | | *    PENSION | 156.00 |
| | | | | | | | | | | | | | | | | | | | *    WELFARE | 306.00 |
| | | | | | | | | | | | | | | | | | | | *    SUB-FUND | 66.00 |
| | | | | | | | | | | | | | | | | | | | *    ANNUITY | 102.00 |
| | | | | | | | | | | | | | | | | | | | *    CIAP FUND | 1.92 |
| | | | | | | | | | | | | | | | | | | | *    ATC | 30.00 |

Apr 02, 2014 02:30 pm

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | S | WH | Code<br>Class | A<br>W | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | — Earnings & Deductions —<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | *   LABOR MGMT FUND | 18.00 |
| ■■■■■■■■<br><br><br><br><br>Check #(s) 708435<br>Male  White | M | 03 | FREED6005<br>JOURNEYMAN | 1 | 134122<br>R | | | | 8.00 | 8.00 | | | 16.00<br>16.00<br>24.00 | 42.46 | .00 | 679.36<br>679.36<br>1163.18 | .00 | .00<br>.00<br>387.32<br>24.21 | Hourly Gross<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391  Union Dues<br>395  Employee Union<br>*   HEALTH<br>*   PENSION/ANNUITY<br>*   ATF<br>*   TRAINING/SAFETY<br>*   HEALTH<br>*   PENSION/ANNUITY<br>*   ATF<br>*   TRAINING/SAFETY | 1698.40<br>178.66-<br>105.30-<br>41.43-<br>24.63-<br>8.92-<br>6.45-<br>67.93-<br>101.90-<br>176.63<br>190.22<br>13.59<br>6.88<br>264.95<br>285.33<br>20.38<br>10.32 |
| | | | | | | | | | | | | | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | |
| ■■■■■■■■<br><br><br><br>0472L - LABORERS-NJ NORTH<br>Check #(s) 708254<br>Male  White | M | 00 | GOUVE9034<br>FOREMAN | 1 | 134122<br>R<br>O | 8.00<br>3.00 | 8.00<br>5.00 | 8.00<br>1.00 | 8.00<br>2.00 | 8.00<br>1.50 | | | 40.00<br>12.50<br>52.50<br>.00 | 38.50<br>57.75 | .00<br>.00 | 1540.00<br>721.88<br>2261.88<br>1478.39 | .00<br>.00 | .00<br>.00<br>.00<br>1182.83<br>22.53 | Hourly Gross<br>190  Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391  Union Dues<br>390  Tax Union Deduc<br>395  Employee Union<br>*   WELFARE<br>*   PENSION<br>*   SET<br>*   DCF<br>*   LIUNA H&S | 2261.88<br>144.39<br>401.47-<br>149.19-<br>88.13-<br>34.89-<br>12.63-<br>9.14-<br>56.54-<br>144.39-<br>31.50-<br>501.38<br>349.13<br>31.50<br>275.63<br>2.63 |
| | | | | | | | | | | | | | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | |

Apr 02, 2014 02:30 pm

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | S | Code WH Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | ——— Earnings & Deductions ——— Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | * LIUNA LECET | 13.13 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | * CIAP FUND | 9.45 |

| | M 03 | GUZMA4664 FOREMAN | 1 | 134122 R O | | | 8.00 | | | | | .00 8.00 8.00 32.50 | 43.04 64.56 | .00 .00 | .00 516.48 516.48 1296.90 | .00 .00 | .00 .00 .00 375.60 46.95 | Hourly Gross 190 Taxable Union B Federal Taxes Social Security Medicare State Tax State UI State DI 300 Federal Withholding 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * ANNUITY * TRAINING * IAF * IMPACT | 2016.04 412.60 327.56- 150.58- 35.22- 80.96- 12.75- 9.23- 20.00- 78.36- 412.60- 4.48- 521.34 490.01 328.91 44.75 2.24 13.43 |

0399I - IRONWORKER-NJ SOUTH
Check #(s) 708112
Male  Hispanic or Latino

Total hours on other jobs
Employer Benefits
Hourly Fringe Rate
Net Wage

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | S | A W | Job WH | Code Class | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 01 | | HALEY7279 | 134122 | | | | | | | | | | | | | | Hourly Gross | 2589.12 |
| | | | 1 | | R | 8.00 | 8.00 | 8.00 | 8.00 | 5.00 | | | 37.00 | 44.07 | .00 | 1630.59 | .00 | .00 | 150 Shift Premium | 115.68 |
| | | | | | O | 1.50 | 2.50 | | 3.00 | 7.50 | | | 14.50 | 66.11 | .00 | 958.53 | .00 | .00 | 190 Taxable Union B | 58.75 |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | | | | | | | | Federal Taxes | 471.79- |
| Check #(s) 708257 | | | | | | | Total hours on other jobs | | | | | | 51.50 | | | 2589.12 | | .00 | Social Security | 171.34- |
| Male  White | | | | | | | Employer Benefits | | | | | | .00 | | | | | | State Tax | 108.75- |
| | | | | | | | Hourly Fringe Rate | | | | | | | | | | | 1664.75 | Medicare | 40.07- |
| | | | | | | | Net Wage | | | | | | | | | 1793.17 | | 32.33 | State UI | 14.51- |
| | | | | | | | | | | | | | | | | | | | State DI | 10.50- |
| | | | | | | | | | | | | | | | | | | | 391 Union Dues | 81.14- |
| | | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 58.75- |
| | | | | | | | | | | | | | | | | | | | 395 Employee Union | 13.53- |
| | | | | | | | | | | | | | | | | | | | *    PENSION | 381.88 |
| | | | | | | | | | | | | | | | | | | | *    WELFARE | 749.14 |
| | | | | | | | | | | | | | | | | | | | *    SUB-FUND | 161.64 |
| | | | | | | | | | | | | | | | | | | | *    ANNUITY | 249.76 |
| | | | | | | | | | | | | | | | | | | | *    CIAP FUND | 4.70 |
| | | | | | | | | | | | | | | | | | | | *    ATC | 73.51 |
| | | | | | | | | | | | | | | | | | | | *    LABOR MGMT FUND | 44.14 |

Apr 02, 2014 02:30 pm

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

Pay Period: 201413

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S | Code WH Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 04   HAND 9307 | | 134122 | | | | | | | | | | | | | | Hourly Gross | 2757.06 |
| | | | 1 | R | | | 8.00 | | | | | 8.00 | 44.07 | .00 | 352.56 | .00 | .00 | 150 Shift Premium | 126.24 |
| | | | 1 | R | 8.00 | 8.00 | | 8.00 | 5.00 | | | 29.00 | 48.09 | .00 | 1394.61 | .00 | .00 | 190 Taxable Union B | 60.63 |
| | | | | O | 1.50 | 2.00 | | 3.00 | 7.50 | | | 14.00 | 72.14 | .00 | 1009.89 | .00 | .00 | Federal Taxes | 595.82- |
| 0825O - OPER ENGR NJ | | | | | | | | | | | | | | | | | | Social Security | 182.52- |
| Check #(s) 708114 | | | | | | | | | | | | 51.00 | | | 2757.06 | | .00 | State Tax | 156.08- |
| Male   White | | | | | | | | | | | | .00 | | | | | | Medicare | 42.69- |
| | | | | | | Total hours on other jobs | | | | | | | | | | | 1717.81 | State UI | 15.46- |
| | | | | | | Employer Benefits | | | | | | | | | | | 33.68 | State DI | 11.19- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | | 300 Federal Withholding | 10.00- |
| | | | | | | Net Wage | | | | | | | | | | 1516.64 | | 351 Admin Fee (Garnishme | 1.00- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 86.49- |
| | | | | | | | | | | | | | | | | | | G23 G-NJ FAMILY SU | 251.00- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 60.63- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 14.41- |
| | | | | | | | | | | | | | | | | | | *       PENSION | 263.25 |
| | | | | | | | | | | | | | | | | | | *       WELFARE | 516.43 |
| | | | | | | | | | | | | | | | | | | *       SUB-FUND | 111.43 |
| | | | | | | | | | | | | | | | | | | *       ANNUITY | 172.18 |
| | | | | | | | | | | | | | | | | | | *       CIAP FUND | 3.24 |
| | | | | | | | | | | | | | | | | | | *       ATC | 50.68 |
| | | | | | | | | | | | | | | | | | | *       LABOR MGMT FUND | 30.43 |
| | | | | | | | | | | | | | | | | | | *       PENSION | 130.90 |
| | | | | | | | | | | | | | | | | | | *       WELFARE | 256.55 |
| | | | | | | | | | | | | | | | | | | *       SUB-FUND | 55.30 |
| | | | | | | | | | | | | | | | | | | *       ANNUITY | 85.59 |
| | | | | | | | | | | | | | | | | | | *       APP. TRAINING AND RE | 25.20 |
| | | | | | | | | | | | | | | | | | | *       CIAP FUND | 1.58 |
| | | | | | | | | | | | | | | | | | | *       LABOR MGMT FUND | 15.05 |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | S | Code WH Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 04 | JIMEN7684 | 134122 | | | | | | | | | | | | | | | |
| | 1 | | | R | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | 40.00 | 44.07 | .00 | 1762.80 | .00 | .00 | Hourly Gross | 1928.06 |
| | | | | O | .50 | 2.00 | | | | | | 2.50 | 66.11 | .00 | 165.26 | .00 | .00 | 190 Taxable Union B | 43.75 |
| | | | | | | | | | | | | | | | | | | Federal Taxes | 216.85- |
| 08250 - OPER ENGR NJ | | | | | | | | | | | | 42.50 | | | 1928.06 | | .00 | Social Security | 122.25- |
| Check #(s) 708261 | | | | | | Total hours on other jobs | | | | | | .00 | | | | | | State Tax | 56.93- |
| Male  Hispanic or Latino | | | | | | Employer Benefits | | | | | | | | | | | 1239.50 | Medicare | 28.59- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | 29.16 | State UI | 10.35- |
| | | | | | | Net Wage | | | | | | | | | 1418.12 | | | State DI | 7.49- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 57.84- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 43.75- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 9.64- |
| | | | | | | | | | | | | | | | | | | * PENSION | 284.38 |
| | | | | | | | | | | | | | | | | | | * WELFARE | 557.83 |
| | | | | | | | | | | | | | | | | | | * SUB-FUND | 120.33 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 185.95 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 3.50 |
| | | | | | | | | | | | | | | | | | | * ATC | 54.70 |
| | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 32.83 |
| | S | 01 | JONES7877 | 134122 | | | | | | | | | | | | | | | |
| | 1 | | | R | | | | 8.00 | | | | .00 | 40.57 | .00 | .00 | .00 | .00 | Hourly Gross | 2147.51 |
| | | | | O | | | | | | | | 8.00 | 60.86 | .00 | 486.84 | .00 | .00 | 190 Taxable Union B | 53.00 |
| | | | | | | | | | | | | | | | | | | Federal Taxes | 437.50- |
| 08250 - OPER ENGR NJ | | | | | | | | | | | | 8.00 | | | 486.84 | | .00 | Social Security | 136.43- |
| Check #(s) 708122 | | | | | | Total hours on other jobs | | | | | | 38.00 | | | | | | State Tax | 89.89- |
| Male  White | | | | | | Employer Benefits | | | | | | | | | | | 340.16 | Medicare | 31.91- |
| | | | | | | Hourly Fringe Rate | | | | | | | | | | | 42.52 | State UI | 9.80- |
| | | | | | | Net Wage | | | | | | | | | 1361.66 | | | State DI | 6.90- |
| | | | | | | | | | | | | | | | | | | 391 Union Dues | 62.92- |
| | | | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 53.00- |
| | | | | | | | | | | | | | | | | | | 395 Employee Union | 10.50- |
| | | | | | | | | | | | | | | | | | | * PENSION | 344.50 |
| | | | | | | | | | | | | | | | | | | * WELFARE | 675.82 |
| | | | | | | | | | | | | | | | | | | * SUB-FUND | 145.82 |
| | | | | | | | | | | | | | | | | | | * ANNUITY | 225.32 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 4.24 |
| | | | | | | | | | | | | | | | | | | * ATC | 66.32 |

Apr 02, 2014 02:31 pm

**J. Fletcher Creamer & Son, Inc. (210665029     )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | S | A<br>WH | Code<br>Class | A<br>W | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | —— Earnings & Deductions ——<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 39.82 |
| | M | 03 | MELOF2291<br>JOURNEYMAN | 1 | 134122<br>R<br>O | 8.00<br>.50 | 8.00<br>4.50 | 8.00 | 8.00<br>7.00 | 8.00<br>7.00 | | | 40.00<br>19.00 | 41.47<br>62.21 | .00<br>.00 | 1658.80<br>1181.90 | .00<br>.00 | .00<br>.00 | Hourly Gross<br>190 Taxable Union B | 2840.71<br>442.50 |
| 1456C - DOCKBLDER<br>Check #(s) 708459<br>Male  White | | | | | | | | | | | | | 59.00<br>.00 | | | 2840.70 | | .00<br>1944.06<br>32.95 | Federal Taxes<br>Social Securty<br>State Tax<br>Medicare<br>391 Union Dues<br>390 Tax Union Deduc | 564.61-<br>203.56-<br>100.79-<br>47.61-<br>56.82-<br>442.50- |
| | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | | 1867.32 | | | * WELFARE<br>* PENSION<br>* ANNUITY<br>* AJREIF<br>* SUPPLEM & IBC<br>* NYCDC LAB MGMT<br>* CIAP PROMO FUND | 816.56<br>531.00<br>551.65<br>23.60<br>8.85<br>8.85<br>3.54 |
| | M | 01 | MEYER8169<br>FOREMAN | 1 | 134122<br>R | | | | 8.00 | 8.00 | | | 16.00 | 48.83 | .00 | 781.28 | .00 | .00 | Hourly Gross<br>Federal Taxes | 1989.83<br>278.36- |
| 0253C - CARP-NJ<br>Check #(s) 708283<br>Male  White | | | | | | | | | | | | | 16.00<br>24.50 | | | 781.28 | | .00<br>444.40<br>27.78 | Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI | 123.37-<br>61.55-<br>28.85-<br>1.82-<br>1.32- |
| | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | | 1295.57 | | | 391 Union Dues<br>395 Employee Union<br>* HEALTH<br>* PENSION/ANNUITY<br>* ATF<br>* TRAINING/SAFETY<br>* HEALTH<br>* PENSION/ANNUITY<br>* ATF<br>* TRAINING/SAFETY | 79.59-<br>119.40-<br>203.13<br>218.76<br>15.63<br>6.88<br>314.22<br>338.39<br>24.17<br>10.54 |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | S | A<br>WH | Code<br>Class | A<br>W | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | — Earnings & Deductions —<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 02 | MORAL4611 | 1 | 134122<br>R<br>O | | 8.00<br>4.50 | 8.00 | 8.00<br>7.00 | 8.00<br>7.00 | | | 32.00<br>18.50 | 31.05<br>46.58 | .00<br>.00 | 993.60<br>861.65 | .00<br>.00 | .00<br>.00 | | Hourly Gross<br>Taxable Union B | 2100.85<br>151.23 |
| 0676T - TEAMSTERS - NJ SOUTHERN<br>Check #(s) 708146<br>Male  Hispanic or Latino | | | | | | | | | | | | | 50.50<br>8.00 | | | 1855.25 | | .00<br>954.45<br>18.90 | 190 | Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI | 324.92-<br>139.63-<br>76.38-<br>32.66-<br>11.82-<br>8.56- |
| | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | 1506.88 | | | 390<br>*<br>*<br>* | Tax Union Deduc<br>HEALTH & WELFARE<br>PENSION<br>ANNUITY | 151.23-<br>440.21<br>380.25<br>285.19 |
| | S | 02 | NEWCO6984<br>LABORER | 1 | 134122<br>R | 8.00 | 8.00 | | 8.00 | | | | 24.00 | 35.25 | .00 | 846.00 | .00 | .00 | | Hourly Gross<br>Taxable Union B | 1089.80<br>77.00 |
| 0172L - LABORERS-NJ NORTH<br>Check #(s) 708151<br>Male  White | | | | | | | | | | | | | 24.00<br>4.00 | | | 846.00 | | .00<br>540.72<br>22.53 | 190 | Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI | 138.20-<br>72.34-<br>32.01-<br>16.92-<br>6.13-<br>4.43- |
| | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | | 768.33 | | | 391<br>390<br>395<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Union Dues<br>Tax Union Deduc<br>Employee Union<br>WELFARE<br>PENSION<br>SET<br>DCF<br>LIUNA H & S<br>LIUNA LECET<br>CIAP FUND | 34.84-<br>77.00-<br>16.80-<br>267.40<br>188.20<br>16.80<br>147.00<br>1.40<br>7.00<br>5.04 |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT                                                                                          Pay Period: 201413

| S.S.N. Name & Address | Code S WH Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S 04 NOGUE6539 | 1 | 134122 R O | | | | | | 8.00 | | .00 8.00 | 40.57 60.86 | .00 .00 | .00 486.84 | .00 .00 | .00 .00 | | Hourly Gross | 2721.49 |
| | | | | | | | | | | | | | | | | | 190 | Taxable Union B | 64.00 |
| 0825O - OPER ENGR NJ | | | | | | | | | | | 8.00 | | | 486.84 | | .00 | | Federal Taxes | 516.46- |
| Check #(s) 708153 | | | | | Total hours on other jobs | | | | | | 48.00 | | | | | | | Social Security | 172.70- |
| Male  Hispanic or Latino | | | | | Employer Benefits | | | | | | | | | | | 340.16 | | State Tax | 136.95- |
| | | | | | Hourly Fringe Rate | | | | | | | | | | | 42.52 | | Medicare | 40.39- |
| | | | | | Net Wage | | | | | | | | | 1673.90 | | | | State UI | 14.63- |
| | | | | | | | | | | | | | | | | | | State DI | 10.59- |
| | | | | | | | | | | | | | | | | | 300 | Federal Withholding | 25.00- |
| | | | | | | | | | | | | | | | | | 304 | State Withholding | 40.00- |
| | | | | | | | | | | | | | | | | | 391 | Union Dues | 77.90- |
| | | | | | | | | | | | | | | | | | 390 | Tax Union Deduc | 64.00- |
| | | | | | | | | | | | | | | | | | 395 | Employee Union | 12.97- |
| | | | | | | | | | | | | | | | | | * | PENSION | 416.00 |
| | | | | | | | | | | | | | | | | | * | WELFARE | 816.08 |
| | | | | | | | | | | | | | | | | | * | SUB-FUND | 176.08 |
| | | | | | | | | | | | | | | | | | * | ANNUITY | 272.08 |
| | | | | | | | | | | | | | | | | | * | CIAP FUND | 5.12 |
| | | | | | | | | | | | | | | | | | * | ATC | 80.08 |
| | | | | | | | | | | | | | | | | | * | LABOR MGMT FUND | 48.08 |

Apr 02, 2014 02:31 pm

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | S | A<br>WH | Code<br>Class | A<br>W | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 02 | OATES0474<br>FOREMAN | 1 | 134122<br>R<br>O | 8.00<br>.50 | 8.00<br>2.00 | 8.00 | 8.00<br>3.00 | 5.00<br>7.50 | | | 37.00<br>13.00<br><br>50.00<br>.00 | 47.69<br>71.54 | .00<br>.00 | 1764.53<br>929.96<br><br>2694.49 | .00<br>.00 | .00<br>.00<br><br>.00<br><br>1647.51<br>32.95<br><br>1536.91 | Hourly Gross<br>190 Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>* WELFARE<br>* PENSION<br>* ANNUITY<br>* AJREIF<br>* SUPPLEM & IBC<br>* NYCDC LAB MGMT<br>* CIAP PROMO FUND | 2694.49<br>375.00<br>673.54-<br>190.31-<br>167.56-<br>44.51-<br>16.11-<br>11.66-<br>53.89-<br>375.00-<br>692.00<br>450.00<br>467.50<br>20.00<br>7.50<br>7.50<br>3.00 |
| 1458C - DOCKBLDER<br>Check #(s) 708294<br>Male  White | | | | | | | | | | | | | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | |
| | M | 02 | OLIVE0855<br>FOREMAN | 1 | 134122<br>R<br>O | | | | 17.50 | 8.00<br>9.00 | | | 8.00<br>26.50<br><br>34.50<br>41.50 | 38.50<br>57.75 | .00<br>.00 | 308.00<br>1530.38<br><br>1838.38 | .00<br>.00 | .00<br>.00<br><br>.00<br><br>777.29<br>22.53<br><br>2348.39 | Hourly Gross<br>150 Shift Premium<br>190 Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>* WELFARE<br>* SET<br>* DCF<br>* LIUNA H&S<br>* LIUNA  LECET | 3773.01<br>53.75<br>209.01<br>796.61-<br>250.22-<br>195.20-<br>58.52-<br>21.19-<br>15.34-<br>95.69-<br>209.01-<br>45.60-<br>725.80<br>505.40<br>45.60<br>399.00<br>3.80<br>19.00 |
| 0472L - LABORERS-NJ NORTH<br>Check #(s) 708295<br>Male  Hispanic or Latino | | | | | | | | | | | | | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | |

Apr 02, 2014 02:31 pm

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | A W | S WH | Code Class | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 13.68 |
| | M 02 | | PAGAN0252 LABORER | 134122 R O | | | | | | | | | | | | | | | |
| | | 1 | | | | | 8.00 | | | | | .00 8.00 | 35.25 52.88 | .00 .00 | .00 423.00 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B Federal Taxes | 1652.45 111.38 188.62- |
| 0172L - LABORERS-NJ NORTH Check #(s) 708156 Male  Hispanic or Latino | | | | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | 8.00 32.50 | | | 423.00 1190.83 | | .00 180.24 22.53 | Social Security State Tax Medicare State UI State DI 391 Union Dues 390 Tax Union Deduc 395 Employee Union * WELFARE * PENSION * SET * DCF * LIUNA H & S * LIUNA LECET * CIAP FUND | 109.36- 42.57- 25.58- 9.26- 6.71- 55.22- 111.38- 24.30- 386.78 269.33 24.30 212.63 2.03 10.13 7.29 |

Apr 02, 2014 02:31 pm

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N. Name & Address | S WH | Code Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S 01 | PESTR6067 LABORER | 1 | 134122 R O | | | | 8.00 | | | | .00 8.00 | 35.25 52.88 | .00 .00 | .00 423.00 | .00 .00 | .00 .00 | Hourly Gross | 1652.45 |
| | | | | | | | | | | | | 8.00 | | | 423.00 | | .00 | 190 Taxable Union B | 111.38 |
| 0172L - LABORERS-NJ NORTH Check #(s) 708159 Male  White | | | | | | | | | | | | 32.50 | | | | | 180.24 22.53 | Federal Taxes Social Security State Tax Medicare State UI State DI | 312.71- 109.36- 73.10- 25.58- 9.26- 6.71- |
| | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | | | | 1036.21 | | | 391 Union Dues 390 Tax Union Deduc 395 Employee Union *   WELFARE *   PENSION *   SET *   DCF *   LIUNA H & S *   LIUNA LECET *   CIAP FUND | 55.22- 111.38- 24.30- 386.78 269.33 24.30 212.63 2.03 10.13 7.29 |
| | M 00 | ROBER9415 APPRENTICE 60% | 1 | 134122 R O | 8.00 1.00 | 8.00 4.50 | 8.00 | 8.00 7.00 | 8.00 7.00 | | | 40.00 19.50 | 24.02 36.03 | .00 .00 | 960.80 702.59 | .00 .00 | .00 .00 | Hourly Gross 190 Taxable Union B | 1663.39 638.49 |
| | | | | | | | | | | | | 59.50 | | | 1663.39 | | .00 | Federal Taxes Social Security | 375.37- 142.72- |
| 00111 - Ironworks-North NJ Check #(s) 708482 Male  White | | | | | | | | | | | | .00 | | | | | 2167.53 36.43 | State Tax Medicare State UI State DI | 81.76- 33.38- 12.08- 8.75- |
| | | | | Total hours on other jobs Employer Benefits Hourly Fringe Rate Net Wage | | | | | | | | | | | 908.81 | | | 391 Union Dues 390 Tax Union Deduc 395 Employee Union *   WELFARE *   PENSION *   ANNUITY *   TRAINING *   IAF *   IMPACT | 93.59- 638.49- 6.93- 806.76 758.29 508.99 69.25 3.46 20.78 |

**J. Fletcher Creamer & Son, Inc. (210665029    )**
**Certified Payroll Report Ending Mar 30/14**

Pay Period: 201413

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N.<br>Name & Address | S | A<br>WH | Code<br>Class | A<br>W | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | 02 | ROCHA4658<br>LABORER | 1 | 134122<br>R<br>O | | 8.00<br>5.00 | | | | | | 8.00<br>5.00 | 35.25<br>52.88 | .00<br>.00 | 282.00<br>264.38 | .00<br>.00 | .00<br>.00 | Hourly Gross<br>190 Taxable Union B<br>Federal Taxes | 2141.45<br>133.38<br>330.61- |
| 0472L - LABORERS-NJ NORTH<br>Check #(s) 708314<br>Male  White | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | 13.00<br>35.50 | | | 546.38<br><br><br>1455.83 | | .00<br><br>292.89<br>22.53 | Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI<br>391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>*    WELFARE<br>*    PENSION<br>*    SET<br>*    DCF<br>*    LIUNA H&S<br>*    LIUNA  LECET<br>*    CIAP FUND | 141.04-<br>77.76-<br>32.99-<br>11.94-<br>8.64-<br>53.54-<br>133.38-<br>29.10-<br>463.18<br>322.53<br>29.10<br>254.63<br>2.43<br>12.13<br>8.73 |

**J. Fletcher Creamer & Son, Inc. (210665029    )**
**Certified Payroll Report Ending Mar 30/14**

Pay Period: 201413

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N.<br>Name & Address | S WH | Code<br>Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 04 | SERIO7473 | | 134122 | | | | | 8.00 | | | 8.00 | 35.95 | .00 | 287.60 | .00 | .00 | Hourly Gross | 3693.88 |
| | | TRAFFIC CONTROL CO | R | | | | | 17.50 | 9.00 | | | 26.50 | 53.93 | .00 | 1429.02 | .00 | .00 | 150 Shift Premium | 111.25 |
| | | | O | | | | | | | 8.00 | | 8.00 | 35.95 | .00 | 287.60 | .00 | .00 | 190 Taxable Union B | 232.38 |
| | | TRAFFIC CONTROL CO | R | | | | | | | 10.00 | | 10.00 | 53.93 | .00 | 539.25 | .00 | .00 | Federal Taxes | 552.39- |
| | | | O | | | | | | | | | | | | | | | Social Security | 250.33- |
| | | | | | | | | | | | | 52.50 | | | 2543.47 | | | State Tax | 142.48- |
| 0472L - LABORERS-NJ NORTH | | | | | | | | | | | | 32.00 | | | | | .00 | Medicare | 58.54- |
| Check #(s) 708059 708180 | | | | | | | | | | | | | | | | | | State UI | 21.19- |
| Male  White | | | | | | | | Total hours on other jobs | | | | | | | | | 1182.83 | State DI | 15.34- |
| | | | | | | | | Employer Benefits | | | | | | | | | 22.53 | 391 Union Dues | 95.13- |
| | | | | | | | | Hourly Fringe Rate | | | | | | | 2619.03 | | | 390 Tax Union Deduc | 232.38- |
| | | | | | | | | Net Wage | | | | | | | | | | 395 Employee Union | 50.70- |
| | | | | | | | | | | | | | | | | | | * WELFARE | 171.90 |
| | | | | | | | | | | | | | | | | | | * PENSION | 561.93 |
| | | | | | | | | | | | | | | | | | | * SET | 50.70 |
| | | | | | | | | | | | | | | | | | | * DCF | 443.63 |
| | | | | | | | | | | | | | | | | | | * LIUNA H&S | .90 |
| | | | | | | | | | | | | | | | | | | * LIUNA LECET | 21.13 |
| | | | | | | | | | | | | | | | | | | * CIAP FUND | 15.21 |

Apr 02, 2014 02:31 pm

**J. Fletcher Creamer & Son, Inc. (210665029  )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | A<br>S | Code<br>WH Class | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M 01 | TAVAR5486<br>LABORER | 134122<br>1 R | | | | | 8.00 | | | 8.00 | 35.25 | .00 | 282.00 | .00 | .00 | Hourly Gross | 1410.00 |
| | | | | | | | | | | | 8.00 | | | 282.00 | | .00 | 190 Taxable Union B | 110.00 |
| | | | | | | | | | | | 32.00 | | | | | | Federal Taxes | 174.70- |
| 0472L - LABORERS-NJ NORTH | | | | | | Total hours on other jobs | | | | | | | | | | | Social Security | 94.24- |
| Check #(s) 708499 | | | | | | Employer Benefits | | | | | | | | | 180.24 | State Tax | 33.72- |
| Male  White | | | | | | Hourly Fringe Rate | | | | | | | | | 22.53 | Medicare | 22.04- |
| | | | | | | Net Wage | | | | | | | | | | State UI | 7.98- |
| | | | | | | | | | | | | | | 1012.29 | | State DI | 5.78- |
| | | | | | | | | | | | | | | | | 391 Union Dues | 35.25- |
| | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 110.00- |
| | | | | | | | | | | | | | | | | 395 Employee Union | 24.00- |
| | | | | | | | | | | | | | | | | *    WELFARE | 382.00 |
| | | | | | | | | | | | | | | | | *    PENSION | 266.00 |
| | | | | | | | | | | | | | | | | *    SET | 24.00 |
| | | | | | | | | | | | | | | | | *    DCF | 210.00 |
| | | | | | | | | | | | | | | | | *    LIUNA H&S | 2.00 |
| | | | | | | | | | | | | | | | | *    LIUNA LECET | 10.00 |
| | | | | | | | | | | | | | | | | *    CIAP FUND | 7.20 |
| | M 02 | TEDES4547 | 134122<br>1 R | | | | | 8.00 | | | 8.00 | 44.07 | .00 | 352.56 | .00 | .00 | Hourly Gross | 1762.80 |
| | | | | | | | | | | | 8.00 | | | 352.56 | | .00 | 190 Taxable Union B | 40.00 |
| | | | | | | | | | | | 32.00 | | | | | | Federal Taxes | 212.60- |
| 0825O - OPER ENGR NJ | | | | | | Total hours on other jobs | | | | | | | | | | | Social Security | 111.77- |
| Check #(s) 708327 | | | | | | Employer Benefits | | | | | | | | | 226.64 | State Tax | 55.35- |
| Male  White | | | | | | Hourly Fringe Rate | | | | | | | | | 28.33 | Medicare | 26.14- |
| | | | | | | Net Wage | | | | | | | | | | State UI | 9.46- |
| | | | | | | | | | | | | | | 1278.93 | | State DI | 6.85- |
| | | | | | | | | | | | | | | | | 391 Union Dues | 52.89- |
| | | | | | | | | | | | | | | | | 390 Tax Union Deduc | 40.00- |
| | | | | | | | | | | | | | | | | 395 Employee Union | 8.81- |
| | | | | | | | | | | | | | | | | *    PENSION | 260.00 |
| | | | | | | | | | | | | | | | | *    WELFARE | 510.00 |
| | | | | | | | | | | | | | | | | *    SUB-FUND | 110.00 |
| | | | | | | | | | | | | | | | | *    ANNUITY | 170.00 |
| | | | | | | | | | | | | | | | | *    CIAP FUND | 3.20 |
| | | | | | | | | | | | | | | | | *    ATC | 50.00 |

**J. Fletcher Creamer & Son, Inc. (210665029   )**
**Certified Payroll Report Ending Mar 30/14**

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

| S.S.N.<br>Name & Address | A<br>S WH | Code<br>Class | A<br>W | Job<br>R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | Pay<br>Rate | Cash<br>Fringe | Gross<br>Pay | Non Cash Fringe<br>Hourly | Gross | Earnings & Deductions<br>Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | * LABOR MGMT FUND | 30.00 |
| ███████████ | H 00 | THOMP5111 | A | 134122<br>R<br>O | | | | | | 8.00 | | .00<br>8.00<br>8.00<br>.00 | 48.09<br>72.14 | .00<br>.00 | .00<br>577.08<br>577.08 | .00<br>.00 | .00<br>.00<br>.00 | Hourly Gross<br>190 Taxable Union B<br>Federal Taxes<br>Social Security<br>State Tax<br>Medicare<br>State UI<br>State DI | 577.08<br>12.00<br>73.16-<br>36.52-<br>9.86-<br>8.54-<br>3.09-<br>2.24- |
| 0825O - OPER ENGR NJ<br>Check #(s) 708329<br>Male  White | | | | | | | Total hours on other jobs<br>Employer Benefits<br>Hourly Fringe Rate<br>Net Wage | | | | | | | | | 340.16<br>42.52<br>423.47 | 391 Union Dues<br>390 Tax Union Deduc<br>395 Employee Union<br>* PENSION<br>* WELFARE<br>* SUB-FUND<br>* ANNUITY<br>* CIAP FUND<br>* ATC<br>* LABOR MGMT FUND | 17.31-<br>12.00-<br>2.89-<br>78.00<br>153.04<br>33.04<br>51.04<br>.96<br>15.04<br>9.04 |

Apr 02, 2014 02:31 pm

**J. Fletcher Creamer & Son, Inc. (210665029 )**
**Certified Payroll Report Ending Mar 30/14**

Pay Period: 201413

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | S | A W | WH | Code Class | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | Earnings & Deductions Employer Benefits (*) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 01 | | WEISS 6410 FOREMAN | 134122 | | | | 8.00 | 8.00 | | | 16.00 | 48.83 | .00 | 781.28 | .00 | .00 | Hourly Gross | 1953.20 |
| | | 1 | | | R | | | | | | | | 16.00 | | | 781.28 | | .00 | Federal Taxes | 382.26- |
| | | | | | | | | | | | | | 24.00 | | | | | | Social Security | 121.10- |
| 0253C - CARP-NJ | | | | | | | Total hours on other jobs | | | | | | | | | | | 444.40 | State Tax | 90.76- |
| Check #(s) 708508 | | | | | | | Employer Benefits | | | | | | | | | | | 27.78 | Medicare | 28.32- |
| Male White | | | | | | | Hourly Fringe Rate | | | | | | | | | | | | State UI | 10.25- |
| | | | | | | | Net Wage | | | | | | | | | | 1117.77 | | State DI | 7.42- |
| | | | | | | | | | | | | | | | | | | 391 | Union Dues | 78.13- |
| | | | | | | | | | | | | | | | | | | 395 | Employee Union | 117.19- |
| | | | | | | | | | | | | | | | | | | * | HEALTH | 203.13 |
| | | | | | | | | | | | | | | | | | | * | PENSION/ANNUITY | 218.76 |
| | | | | | | | | | | | | | | | | | | * | ATF | 15.63 |
| | | | | | | | | | | | | | | | | | | * | TRAINING/SAFETY | 6.88 |
| | | | | | | | | | | | | | | | | | | * | HEALTH | 304.70 |
| | | | | | | | | | | | | | | | | | | * | PENSION/ANNUITY | 328.14 |
| | | | | | | | | | | | | | | | | | | * | ATF | 23.44 |
| | | | | | | | | | | | | | | | | | | * | TRAINING/SAFETY | 10.32 |
| | M | 00 | | WIED 6378 | 134122 | 8.00 | | | | | | | 8.00 | 44.07 | .00 | 352.56 | .00 | .00 | Hourly Gross | 418.67 |
| | | 1 | | | R | 1.00 | | | | | | | 1.00 | 66.11 | .00 | 66.11 | .00 | .00 | 190 Taxable Union B | 9.50 |
| | | | | | O | | | | | | | | 9.00 | | | 418.67 | | | Federal Taxes | 26.52- |
| | | | | | | | | | | | | | .00 | | | | | .00 | Social Security | 26.55- |
| 0825O - OPER ENGR NJ | | | | | | | Total hours on other jobs | | | | | | | | | | | | State Tax | 6.64- |
| Check #(s) 707807 | | | | | | | Employer Benefits | | | | | | | | | | | 269.16 | Medicare | 6.21- |
| Male White | | | | | | | Hourly Fringe Rate | | | | | | | | | | | 29.91 | State UI | 2.25- |
| | | | | | | | Net Wage | | | | | | | | | | 334.22 | | State DI | 1.63- |
| | | | | | | | | | | | | | | | | | | 391 | Union Dues | 12.56- |
| | | | | | | | | | | | | | | | | | | 390 | Tax Union Deduc | 9.50- |
| | | | | | | | | | | | | | | | | | | 395 | Employee Union | 2.09- |
| | | | | | | | | | | | | | | | | | | * | PENSION | 61.75 |
| | | | | | | | | | | | | | | | | | | * | WELFARE | 121.13 |
| | | | | | | | | | | | | | | | | | | * | SUB-FUND | 26.13 |
| | | | | | | | | | | | | | | | | | | * | ANNUITY | 40.38 |
| | | | | | | | | | | | | | | | | | | * | CIAP FUND | .76 |
| | | | | | | | | | | | | | | | | | | * | ATC | 11.88 |
| | | | | | | | | | | | | | | | | | | * | LABOR MGMT FUND | 7.13 |

Apr 02, 2014 02:31 pm

J. Fletcher Creamer & Son, Inc. (210665029 )
Certified Payroll Report Ending Mar 30/14

Pay Period: 201413

134122 - NJTPK#A600.277- SIGN REPLACEMENT

| S.S.N. Name & Address | Code S WH Class | A W | Job R | MON 24 | TUE 25 | WED 26 | THR 27 | FRI 28 | SAT 29 | SUN 30 | Tot Hrs | Pay Rate | Cash Fringe | Gross Pay | Non Cash Fringe Hourly | Gross | —— Earnings & Deductions —— Employer Benefits (*) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

J. Fletcher Creamer & Son, Inc. (210665029  )
Certified Payroll Report Ending Mar 30/14

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

<u>Job Totals</u>

| | A<br>W R | MON<br>24 | TUE<br>25 | WED<br>26 | THR<br>27 | FRI<br>28 | SAT<br>29 | SUN<br>30 | Tot<br>Hrs | |
|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 1 R | 136.00 | 152.00 | 135.00 | 160.00 | 177.00 | | | 760.00 | |
| | O | 17.00 | 57.50 | 2.00 | 173.50 | 129.00 | 23.50 | | 402.50 | |
| | A R | | | | | | 8.00 | | 8.00 | |
| | O | | | | | | 36.00 | | 36.00 | |

Job Gross Total     55,773.45

Apr 02, 2014 02:31 pm

J. Fletcher Creamer & Son, Inc. (210665029   )
Certified Payroll Report Ending Mar 30/14

134122 - NJTPK#A600.277- SIGN REPLACEMENT

Pay Period: 201413

Labor Recap

| Class | Description | Rate | Employees |
|-------|-------------|------|-----------|
| A60 | APPRENTICE 60% | 24.02 | 2 |
| CA | | 44.07 | 8 |
| CC | | 40.57 | 2 |
| FM | FOREMAN | 43.04 | 1 |
| FM | FOREMAN | 47.69 | 1 |
| FM | FOREMAN | 48.83 | 4 |
| FM+$1.00 | FOREMAN | 38.50 | 2 |
| JM | JOURNEYMAN | 41.47 | 1 |
| JM | JOURNEYMAN | 42.46 | 1 |
| L2 | | 35.80 | 1 |
| L5 | | 31.05 | 1 |
| LB | LABORER | 35.25 | 11 |
| STER | | 48.09 | 3 |
| TCC | TRAFFIC CONTROL COORDINATOR | 35.95 | 1 |
| | | | 39 |

Apr 02, 2014 02:31 pm

## Statement of Compliance

Date: Apr 02/14

Job: 134122 - NJTPK#A600.277- SIGN REPLACEMENT
County: Defalt

I, Gebbia, Joann hereby do state:

1) That I pay or supervise the payment of the persons employed by J. Fletcher Creamer & Son, Inc. on the ABOVE PROJECT; that during the payroll period commencing on Mar 24/14 and ending on Mar 30/14 all persons employed on the said project have been paid the full weekly wages earned, that no rebates have been or will be made either directly or indirectly to or on behalf of said J. Fletcher Creamer & Son, Inc. from the full weekly wages earned by any person, and that no deductions have been made either directly or indirectly from the full wages earned by any person, other than permissible deductions as defined in Regulations, Part 3 (29 CFR Sub-title A), issued by the secretary of Labor under the Copeland Act, as amended (48 Stat. 948,63 Stat. 108,72 Stat. 967,76 Stat. 357,40 U.S.C. 276c); and described below:

2) That any payrolls otherwise under this contract required to be submitted for the above period are correct and complete: that the wage rate or laborers or mechanics contained therein are not less than the applicable wage rates contained in any wage determination incorporated in the contract; that the classification set forth therein for each laborer or mechanic conform with the work preformed.

3) That any apprentices employed in the above period are duly registered in a bona fide apprenticeship program registered with a State apprenticeship agency recognized by the Bureau of Apprenticeship and Training, United States Department of Labor, or if no such recognized agency exists in a State, are registered with the Bureau of Apprenticeship and Training, Unite States Department of Labor.

4) That:

    a. WHERE FRINGE BENEFITS ARE PAID TO APPROVED PLANS, FUNDS, OR PROGRAMS,
        In addition to the basic hourly wage rates paid to each laborer or mechanic listed in the above referenced payroll, payments of fringe benefits as listed in the contract have been or will be made to appropriate programs for the benefit of such employees, except as noted in Section 4(c) below.

    b. WHERE FRINGE BENEFITS ARE PAID IN CASH
        Each laborer or mechanic listed in the above referenced payroll has been paid as indicated on the payroll, an amount not less than the sum of the applicable basic hourly wage rate plus the amount of the required fringe benefits as listed in the contract, except as noted in Section 4(c) below.

    c. EXCEPTIONS:

        EXCEPTIONS (CRAFT)        EXPLANATION

Remarks:

Name: Gebbia, Joann  Title: _Payroll_  Signature: _Jo Ann Gebbia_

The willful falsification of any of the above statements may subject the contractor or subcontractor to civil or criminal prosecution. See section 1001 of title 18 and section 231 of title 31 of the United States code.